United States District Court
Southern District of Texas
FILED

DEC 1 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL TORRES AND DOMINGA TORRES, Individually and as Next Friends of DEREK TORRES; § § § § ERIKA DUREE, Individually and as Next Friend of ERIN JONATHON DUREE § § § § Plaintiffs, § § VS. § § AMERICAN HOME PRODUCTS § CORPORATION d/b/a WYETH, ET AL. § § Defendants. § | Civil Action No. 03-CV-222<br><br>JURY DEMAND |

## VACCINE DEFENDANTS' RULE 12(b) AND 12(c) MOTION TO DISMISS

The Vaccine Defendants[1] hereby Pursuant to Rules 12(b) and 12(c) of the Federal Rules of Civil Procedure, the National Childhood Vaccine Injury Act, 42 U.S.C. §§ 300aa-1 *et seq.*, and for the reasons set forth in the accompanying Memorandum, move for dismissal of Plaintiffs' claims in their entirety, or, in the alternative, that any claims which are not dismissed be stayed.

THIS, the 12th day of December, 2003.

---

[1] The "Vaccine Defendants" are Aventis Pasteur Inc., Baxter Healthcare, Inc. (incorrectly named as Baxter International, Inc.), Merck & Co., Inc., SmithKline Beecham Corporation d/b/a GlaxoSmithKline (incorrectly named as GlaxoSmithKline, individually and as successor in interest to SmithKline Beecham Corp.), and Wyeth (incorrectly named as American Home Products d/b/a Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle Vaccines, and Lederle Laboratories).

Respectfully submitted,

**MEHAFFY WEBER, P.C.**

By *Gene M. Williams/gte*
                                              *with permission*
GENE M. WILLIAMS
Attorney-in-Charge
Texas State Bar No. 21535300
Southern ID No. 1328
Post Office Box 16
Beaumont, Texas 77704
Telephone: (409) 835-5011
Telecopier: (409) 835-5729
genewilliams@mehaffyweber.com

**ATTORNEY FOR DEFENDANT BAXTER HEALTHCARE, INC.
ON BEHALF OF VACCINE DEFENDANTS**

BEAULITIGATION:608128.1

## CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the above and forgoing has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this the 12th day of December, 2003.

    Steve T. Hastings
    Hastings & Alfaro
    101 N. Shoreline Boulevard, Suite 430
    Corpus Christi, TX 78401

    Michael A. Simpson/Derrick S. Boyd
    Simpson & Boyd, P.L.L.C.
    P.O. Box 957
    Decatur, TX 76234

    Greg McCarthy
    Miller & McCarthy
    3811 Turtle Creek Boulevard, Suite 1950
    Dallas, TX 75219

    ATTORNEY FOR PLAINTIFFS, MANUAL TORRESand
    DOMINGA TORRES Individually and a/n/f of DEREK TORRES, ET AL.

    Micheal R. Klatt/Susan E. Burnett
    Jeffrey R. Lilly
    Clark, Thomas & Winters
    P.O. Box 1148
    Austin, TX 78767

    ATTORNEY FOR WYETH f/k/a AMERICAN
    HOME PRODUCTS CORPORATION

    Bradley S Wolf/M. Diane Owens
    Swift Currie McGhee & Heiers, LLP
    1355 Peachtree Street, N.E., Suite 300
    Atlanta, GA 30309-3238

    Wade L. McClure
    Gibson McClure Wallace & Daniels
    8080 N. Central Expressway, Suite 1300, LB50
    Dallas, TX 75206-1808

    ATTORNEY FOR AVENTIS PASTEUR, INC., Individually

and as Successor in Interest to CONNAUGHT LABOATORIES INC., f/d/b/a PASTERU MERIEUX CONNAUGHT

David M. Macdonald
McCauley Macdonald & Devin, P.C.
1201 Elm Street, Suite 3800
Dallas, TX 75270-2014

ATTORNEY FOR SIGMA-ALDRICH, INC.

Matthew H. Hand
Brown & Fortunato, P.C.
905 S. Fillmore, Suite 500
P.O. Box 9418
Amarillo, TX 79105-9418

ATTORNEY FOR ORIBI, INC., Individually and d/b/a
MERIDIAN CHEMICAL & EQUIPMENT, INC., d/b/a
GLOBAL FINE CHEMICALS and NATIONAL ASSOCIATION
OF COMPOUNDING PHARMACISTS

Jeffery S. Wolf/Charles Jason Rother
Fulbright & Jarworski L.L.P
1301 McKinney, Suite 5100
Houston, TX 77010-3095

Stephanie A. Smith
Fulbright & Jarworski L.L.P
600 Congress Avenue, Suite 2400
Austin, TX 78701

ATTORNEY FOR SMITHKLINE BEECHAM CORPORATION

Richard L. Josephson/Douglas Roberson
Baker Botts, LLP
910 Louisiana
Houston, TX 77002

ATTORNEY FOR MERCK & COMPANY, INC.

M. Scott Michelman
Shook, Hardy & Bacon, L.L.P.
JPMORGAN CHASE TOWER
600 Travis Street, Suite 1600
Houston, Texas 77002-2911


ATTORNEY FOR ELI LILLY and COMPANY

John Gilbert
Gilbert & Gilbert
222 North Velasco
P.P. Box 1819
Angleton, TX 77516

ATTORNEY FOR DOW CHEMICAL COMPANY

THIS the 12th day of December, 2003.

_____
GENE M. WILLIAMS

*/s/ Gene M. Williams/JSC with permiss.*