# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**DEC 1 5 2003**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL TORRES AND DOMINGA TORRES, INDIVIDUALLY AND AS NEXT FRIENDS OF DEREK TORRES, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NO.03-CV-222 (Jury requested) |
| AMERICAN HOME PRODUCTS, *et al.*, | § § | Judge Hanen |
| Defendants. | § | |

## DEFENDANT THE DOW CHEMICAL COMPANY'S RULE 12(b)(6)
## MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

John R. Gilbert
Gilbert & Gilbert
222 North Velasco
P. O. Box 1819
Angleton, TX  77516-1819
Telephone:  (979) 849-5741
Facsimile:  (979) 849-7729

**TABLE OF CONTENTS**

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii, iv

ISSUES TO BE RULED ON BY THE COURT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

NATURE AND STAGE OF THE PROCEEDING . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

STATEMENT OF MATERIAL FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-4

SUMMARY OF THE ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

I.      All Plaintiffs' Claims Fail Because TDCC Did Not Design, Manufacture, Market And
        Distribute Vaccines Or Thimerosal Received By Plaintiffs' Children . . . . . . . . . . . . . . . 4

        A.      TDCC Could Not Have Designed, Manufactured, Marketed, Distributed, Or In
                Any Other Way Placed Into The Stream Of Commerce The Vaccine Plaintiffs'
                Children Received Because TDCC Has Not Had a License To Manufacture Any
                Vaccine Since 1978 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

        B.      TDCC Did Not Design, Manufacture, Market, Distribute, Or In Any Other Way
                Place Into the Stream Of Commerce Any Thimerosal For Use In Any Vaccine
                That Plaintiffs' Children Received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

II.     Plaintiffs' Product Liability Claims Must Fail Because TDCC Did Not Design,
        Manufacture, Market, Distribute, Or In Any Other Way Place Into the Stream Of
        Commerce For Use Any Vaccine Or Vaccine Component Received By The Plaintiffs'
        Children . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

        A.      Plaintiffs' Claim For Strict Liability Fails . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

        B.      Similarly, Plaintiffs' Claims For Negligence Fail Because TDCC Does Not Owe
                Any Duty To Plaintiffs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

        C.      Plaintiffs' Claims For Breach of Warranty Fail Because TDCC Did Not Sell Any
                Vaccine Or Component Thereof . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

III.    Plaintiffs' Cause of Action For Conspiracy Is Without Support In Law Or In Fact . . . . . 9

IV.     Plaintiff Parents' Derivative Claims Have No Legal Or Factual Basis . . . . . . . . . . . . . . 10

        A.      Plaintiff Parents' Claims Against TDCC Are Entirely Derivative Of The

i

Plaintiffs' Children's Claims And Should Be Dismissed Because Plaintiffs'
Children Have No Viable Claim Against TDCC . . . . . . . . . . . . . . . . . . . . . . . . 10

B.    Plaintiff Parents' Mental Aguish Damage Claim Is Not Viable  . . . . . . . . . . . 11

C.    Plaintiff Parents' "Lost Services" Claim is Not Viable in Texas  . . . . . . . . . . 11

CONCLUSION  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

# TABLE OF AUTHORITIES

## FEDERAL CASES

*Barron v. Reich*, 13 F.3d 1370 (9th Cir. 1994) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

*Cimino v. Raymark Industrial, Inc.*, 151 F.3d 297 (5th Cir. 1998) . . . . . . . . . . . . . . . 5

*In re Fibreboard Corp.*, 893 F.2d 706 (5th Cir. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . 4

*Owens ex rel. Schafer v. American Home Products Corp.*, 203 F. Supp. 2d
748 (S.D. Tex. 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*United States v. Tijerina*, 407 F.2d 349 (10th Cir. 1969) . . . . . . . . . . . . . . . . . . . . . . . 5

## STATE CASES

*American Indus. Life Ins. Co. v. Ruvalcaba*, 64 S.W.3d 126, 144 (Tex.
App.-Houston 2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*Firestone Steel Product Co. v. Barajas*, 927 S.W.2d 608 (Tex. 1996) . . . . . . . . . . . . . 8

*General Motors Corp. v. Saenz*, 873 S.W.2d 353 (Tex. 1993) . . . . . . . . . . . . . . . . . . . 8

*Houston Lighting & Power Co. v. Reynolds*, 765 S.W.2d 784 (Tex. 1988) . . . . . . . . . 7

*Insurance Co. of N. America v. Morris*, 981 S.W.2d 667 (Tex. 1988) . . . . . . . . . . . . . 4

*Laxson v. Giddens*, 48 S.W.3d 408, 410 (Tex. App. - Waco 2001, pet. denied) . . . . . . . 9

*Lubbock Manufacturing Co. v. Sames*, 598 S.W.2d 234 (Tex. 1980) . . . . . . . . . . . . . . 7

*Lyda Constructors, Inc. v. Butler Manuf'g Co.*, 103 S.W.3d 632 (Tex. App. - San Antonio
2003, n.w.h) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*Morgan v. Wal-Mart Stores, Inc.*, 30 S.W.3d 455 (Tex. App. - Austin 2000, no pet.) . . 8

*Nebgen v. Minnesota Mining & Manufacturing Co.*, 898 S.W.2d 363
(Tex.App.--San Antonio 1995, writ denied) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5, 8

*Operation Rescue - National v. Planned Parenthood*, 975 S.W.2d 546 (Tex.
1998) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Reagan v. Vaughn*, 804 S.W.2d 463 (Tex. 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

*Reed Tool Co. v. Copelin*, 610 S.W.2d 736 (Tex. 1980) . . . . . . . . . . . . . . . . . . . . . . . . 10

*Sanchez v. Schindler*, 651 S.W.2d 249 (Tex. 1983) . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*Tilton v. Marshall*, 925 S.W.2d 672 (Tex. 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*Verinakis v. Medical Profiles, Inc.*, 987 S.W.2d 90 (Tex. App.-Houston [14th Dist.] 1998, pet. denied) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

## FEDERAL STATUTES

Fed. R. Civ. P. 12(b)(6) and 56 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

## STATE STATUTES

Texas Business & Commerce Code § 2.103 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Texas Business & Commerce Code §§ 2.313 - 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

## ISSUES TO BE RULED ON BY THE COURT

Pursuant to Fed. R. Civ. P. 12(b)(6) and 56, defendant The Dow Chemical Company ("TDCC") moves for dismissal and summary judgment as to all claims against TDCC because TDCC did not design, manufacture, market, distribute or otherwise place into the stream of commerce any vaccine or Thimerosal alleged to have caused injury to Plaintiffs' children.[1] Where the plaintiff can prove no set of facts which would entitle plaintiff to relief, the causes of action must be dismissed under Rule 12(b). *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957). Additionally, summary judgment should be granted if the party moving for summary judgment can "show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56. Plaintiffs have not alleged and cannot prove any set of facts under which TDCC can be held liable for their children's alleged vaccine-related injuries or damages. Therefore, TDCC should be dismissed, with prejudice, from this action and summary judgment should be entered in favor of TDCC.

TDCC also moves for dismissal of the Plaintiff parents' individual claims against TDCC. Their claims are entirely derivative of their children's claims, and because there is no basis for the children's claims, there can be no basis for recovery by the parents.

---

[1]    TDCC is *not* a manufacturer of vaccines or Thimerosal for use in vaccines, although some opinions in related vaccine cases appear to identify TDCC as a "manufacturer[ ] of one or more chemical constituents found within vaccines" and as a "manufacturer [of] the raw materials used to formulate vaccines." *Strauss v. American Home Prod., et al.*, No. G-02-226 (S.D. Tex. June 11, 2002), opinion at 2-3 & note 1. However, on October 8, 2002, in *Strauss*, the District Court for the Southern District of Texas clarified that its prior order simply grouped the defendants into two broad categories so as to apply the Vaccine Act to all defendants. Plaintiffs here incorrectly allege that TDCC manufactured vaccines, which cannot be the case, since TDCC has not held a license to manufacture vaccines since 1978. Furthermore, TDCC did not manufacture any Thimerosal for use in any vaccine at issue, as the evidence cited herein shows. Accordingly, TDCC should be dismissed from this action.

## NATURE AND STAGE OF THE PROCEEDING

Plaintiffs have brought suit against TDCC and other defendants for alleged injuries to Plaintiffs' children from vaccines containing Thimerosal. Plaintiffs' Original Petition ("Petition") p. 6. The Petition was filed in Cameron County, Texas and removed to this Court on December 8, 2003. Plaintiffs assert four causes of action against TDCC: (1) strict liability; (2) negligence; (3) breach of warranty; and (4) civil conspiracy.

Plaintiffs allege that all defendants, "designed, manufactured, marketed and distributed" vaccines containing Thimerosal which were administered to their child, without specifying which defendants actually designed, manufactured, marketed and distributed the vaccine or vaccines that alleged injured their child. Petition p. 6. They allege that as a result of the mercury in the thimerosal-containing vaccinations that their child received as an infant, the Plaintiffs' child, has "suffered from, and in the future will continue to suffer, from the neurological effects of mercury." *Id.* The suit arises solely from personal injuries sustained by Plaintiffs' child and not any injuries sustained by the Plaintiff parents.

TDCC could not have caused any alleged injury to Plaintiffs' minor child because it did not design, manufacture, market, distribute or otherwise place into the stream of commerce the vaccines at issue, or any component thereof. In fact, TDCC has not manufactured vaccines since at least 1978. Therefore, TDCC cannot be liable for the alleged injuries to Plaintiffs' child or for the Plaintiff parents' derivative claims. Plaintiffs' entire case against TDCC should be summarily dismissed.

2

## STATEMENT OF MATERIAL FACTS

1.      Plaintiff children's alleged injuries were caused by vaccines administered to the Plaintiff minor children after 1993. Plaintiffs' Original Petition pp. 2, 6.

2.      All licenses TDCC previously held to manufacture vaccines were revoked by 1978, and therefore, TDCC did not design, manufacture, market, distribute or otherwise place into the stream of commerce any vaccine that Plaintiffs' minor children might have received. *See* **Appendix** at pp. 5-6 – Institute of Medicine, *The Children's Vaccine Initiative–Achieving the Vision*, (Violaine S. Mitchell, *et al.*, eds., 1993), setting forth at Table H a record of the licenses granted and revoked by the United States Food & Drug Administration ("FDA") for the manufacture of vaccines, by date; *see also* **Appendix** at p. 19 – Federal Register, vol. 50, No. 240, excerpted pp. 51003, 51004, 51058, and 51104, (Dec. 13, 1985).

3.      TDCC did not supply any Thimerosal used in the manufacture of vaccines administered to Plaintiffs' children. This is shown from the following responses to interrogatories and requests for admission, and affidavits or statements obtained from the other defendants in this case:

(a)      **Appendix** pp. 21-52 – Responses to requests for admission obtained from the following defendants in a similar case alleging vaccine injuries to a child, *Stephen Pyburn v. Aventis Pasteur, Inc., et al.*, Cause No. 19710*JG02; In the District Court for the 239th District, Brazoria County, Texas:

        i.      Sigma-Aldrich Corporation - **Appendix**, pp. 27-28;

        ii.      SmithKline Beecham Corporation d/b/a GlaxoSmithKline - **Appendix**, p. 34;

        iii.      Eli Lilly and Company - **Appendix**, pp. 35-36;

iv.    Aventis Pasteur, Inc. - **Appendix**, pp. 46-47; and

v.    Wyeth, fka American Home Products Corporation - **Appendix**, pp.48-49;

(b)    **Appendix**, pp. 83-84 - Affidavit of Merck & Co., Inc. stating that Merck has "never used thimerosal as a component of or additive to" its two vaccines, M-M-R II® (measles, mumps and rubella vaccine) and VARIVAX® (varicella a/k/a "chickenpox"), filed in *Joseph Counter and Theresa Counter, Individually and as Next Friend of Joseph Alexander Counter v. Abbott Laboratories, et al.*, Cause No. 15285*BH01, In the 23rd Judicial District Court of Brazoria County, Texas (*see* p. 84, ¶¶ 7-8).

## SUMMARY OF THE ARGUMENT

Plaintiffs cannot prove any set of facts to support their claims against TDCC. They have sued TDCC without any good faith basis therefor. TDCC is entitled to dismissal and summary judgment on the entire petition because TDCC did not design, manufacture, market, distribute or otherwise place into the stream of commerce any vaccine that the minor Plaintiff received, or any Thimerosal contained in any such vaccine. Accordingly, TDCC cannot be liable for any of the four causes of action alleged against it or for the parents' derivative damages claims.

## ARGUMENT

### I.    All Plaintiffs' Claims Fail Because TDCC Did Not Design, Manufacture, Market And Distribute Vaccines Or Thimerosal Received By Plaintiffs' Children.

Plaintiffs seek to impose liability on TDCC even though TDCC did not design, manufacture, market and distribute any vaccines at issue or any Thimerosal contained in any such vaccine, and thus cannot show causation. Under Texas law, it is a "fundamental principle of traditional products liability law . . . that the plaintiffs must prove that the defendant supplied the product which caused the injury." *In re Fibreboard Corp.*, 893 F.2d 706, 711 (5th Cir. 1990).

4

This proof must "focus on individuals, not groups." *Id.* Texas requires an individualized

showing of causation and damages as to each defendant. *Cimino v. Raymark Indus., Inc.*, 151

F.3d 297, 313-14 (5th Cir. 1998). Indeed, each of the causes of action alleged against TDCC

requires causation. *Nebgen v. Minnesota Mining & Mfg. Co.*, 898 S.W.2d 363, 366 (Tex.App.--

San Antonio 1995, writ denied) (negligence, strict liability and breach of warranty); *Insurance*

*Co. of N. Am. v. Morris*, 981 S.W.2d 667, 674-75 (Tex. 1988) (conspiracy). Because TDCC did

not design, manufacture, market, distribute, or any other way place into the stream of commerce

any vaccine that the Plaintiff children received, and did not design, manufacture, market,

distribute, or any other way place into the stream of commerce any Thimerosal that might have

been contained in any vaccine that the Plaintiff children received, TDCC cannot be held liable for

Plaintiffs' damages.

A.     **TDCC Could Not Have Designed, Manufactured, Marketed, Distributed, Or
       In Any Other Way Placed Into the Stream Of Commerce The Vaccine The
       Plaintiff Children Received Because TDCC Has Not Had A License To
       Manufacture Any Vaccine Since 1978.**

The Petition asserts that the Plaintiff children's injuries were caused by vaccines

administered after 1993. Petition pp. 2, 6. TDCC cannot be liable for these injuries, however,

because it could not have designed, manufactured, marketed, distributed, or any other way placed

into the stream of commerce any vaccine administered during this time frame. All licenses

TDCC previously held to manufacture vaccines were revoked by 1978. This is demonstrated

from the following documents:

5

1.  **Appendix,** pp 3-12 - Institute of Medicine, *The Children's Vaccine Initiative-- Achieving the Vision.*[2]  Table H of the publication sets forth a record of the licenses granted and revoked by the United States Food & Drug Administration ("FDA") for the manufacture of vaccines, by date.

2.  **Appendix,** p. 19 - Federal Register, vol. 50, No. 240, excerpted pp. 51003, 51004, 51058, and 51104, (Dec. 13, 1985).[3]

TDCC cannot be liable, therefore, for the Plaintiff children's alleged injuries caused by

the vaccines at issue under any of the alleged causes of action.

**B.    TDCC Did Not Design, Manufacture, Market, Distribute, Or In Any Other Way Place Into the Stream Of Commerce Any Thimerosal For Use In Any Vaccine That The Plaintiff Children Received.**

Evidence from other vaccine cases demonstrates that TDCC could not have designed,

manufactured, marketed, distributed, or any other way placed into the stream of commerce

Thimerosal used in the manufacture of vaccines administered to the Plaintiff children.[4]  Based on

---

[2]    TDCC asks the Court to take judicial notice of the FDA record contained in this publication. *See Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994) (judicial notice taken of government agency records).

[3]    TDCC asks the Court to take judicial notice of the excerpt from the Federal Register. *See United States v. Tijerina*, 407 F.2d 349, 354 n.12 (10th Cir. 1969) (judicial notice taken of Federal Register).

[4]    In a similar case alleging vaccine injuries to a children, *Stephen Pyburn v. Aventis Pasteur, Inc, et al.*, Cause No. 19710*JG02; (District Court for the 239th District, Brazoria County, Texas), TDCC obtained from various vaccine manufacturers and suppliers who are also defendants in this case responses to requests for admission confirming that TDCC did not supply Thimerosal for any vaccines that might be at issue here. These defendants' responses to the requests for admission are attached hereto as   Appendix pp. 21-52 (responses of Sigma-Aldrich Corporation, SmithKline Beecham Corporation d/b/a GlaxoSmithKline, Eli Lilly and Company, Aventis Pasteur, Inc., and Wyeth, fka American Home Products Corporation, respectively). In *Joseph Counter and Theresa Counter, Individually and as Next Friend of Joseph Alexander Counter v. Abbott Laboratories, et al.*, Cause No. 15285*BH01, In the 23rd Judicial District Court of Brazoria County, Texas, defendant Merck & Co., Inc. filed an affidavit stating that Merck has "never used thimerosal as a component of or additive to" its two vaccines, M-M-R II® (measles, mumps and rubella vaccine) and VARIVAX® (varicella a/k/a "chickenpox"). *See* Appendix pp. 83-84.

these facts, TDCC did not design, manufacture, market, distribute, or any other way place into the stream of commerce the Thimerosal allegedly used in the vaccines that Plaintiffs' children received. Therefore, TDCC cannot be liable for any of Plaintiffs' claims in the Petition.

**II.    Plaintiffs' Product Liability Claims Must Fail Because TDCC Did Not Design, Manufacture, Market, Distribute, Or In Any Other Way Place Into The Stream Of Commerce For Use Any Vaccine Or Vaccine Component Received By The Plaintiff Children.**

**A.    Plaintiffs' Claim for Strict Liability Fails.**

To recover on a claim of strict product liability, Plaintiffs must show (1) the defendant placed a product into the stream of commerce; (2) the product was in a defective or unreasonably dangerous condition; and (3) there was a causal connection between such condition and the Plaintiffs' injuries or damages. *Houston Lighting & Power Co. v. Reynolds*, 765 S.W.2d 784, 785 (Tex. 1988); *see also Lubbock Mfg. Co. v. Sames*, 598 S.W.2d 234, 236 (Tex. 1980) (adopting definition of strict liability in Section 402A of Restatement (Second) of Torts, which requires proof that the seller is engaged in the business of selling such a product).

Plaintiffs allege their injuries were caused by the vaccines given to Plaintiffs' children. However, as demonstrated above in Section I, TDCC did not design, manufacture, market, distribute, or any other way place into the stream of commerce any vaccine or any Thimerosal contained in any vaccine administered to Plaintiffs' children. Therefore, TDCC cannot be liable under strict liability for any alleged injuries caused by the vaccines at issue because TDCC did not place any such vaccine that allegedly injured Plaintiffs' children into the stream of commerce and could not have caused the children's injuries. Accordingly, the Court should grant summary judgment in favor of TDCC on the strict liability cause of action.

**B.      Similarly, Plaintiffs' Claims For Negligence Fail Because TDCC Does Not Owe Any Duty to Plaintiffs.**

To recover for negligence, a plaintiff must show (1) a legal duty owed by one person to another; (2) a breach of that duty; and (3) damages proximately resulting from the breach. *Firestone Steel Prod. Co. v. Barajas*, 927 S.W.2d 608, 613 (Tex. 1996). Thus, to establish tort liability against TDCC for negligence, well as strict liability and breach of warranty, a plaintiff must establish both the existence and the violation of a legal duty owed by TDCC. *Nebgen*, 898 S.W.2d at 366; *see also General Motors Corp. v. Saenz*, 873 S.W.2d 353, 356 (Tex. 1993) (strict liability). Moreover, Texas has adopted the "learned intermediary" doctrine which provides a manufacturer or supplier of a prescription drug (*e.g.*, a vaccine) owes a duty to warn of risks associated with that drug only to the prescribing or administering physician. *See Morgan v. Wal-Mart Stores, Inc.*, 30 S.W.3d 455, 461 (Tex. App.--Austin 2000, no pet.). The physician, in turn, assumes the duty to warn his patients of risks associated with a particular prescribed drug. *Id.* at 462.

As discussed above in Section I , TDCC did not design, manufacture, market or distribute any vaccine administered to the Plaintiff children; thus, TDCC owed the Plaintiff children's physicians no legal duty to warn about any alleged risks associated with the vaccines or with Thimerosal. Therefore, Plaintiffs' claims against TDCC based on a legal duty--specifically, negligence, strict liability and breach of warranty--must be summarily dismissed.

**C.      Plaintiffs' Claims For Breach of Warranty Fail Because TDCC Did Not Sell Any Vaccine Or Component Thereof.**

To recover on a claim of breach of warranty, whether express or implied, Plaintiffs must show that TDCC was actually a seller of the product warranted. *See Lyda Constructors, Inc. v. Butler Manuf'g Co.*, 103 S.W.3d 632 (Tex. App. - San Antonio 2003, n.w.h.); Texas Bus. &

8

Com. Code §§ 2.313 - 15.  Under the Texas Code, a seller is defined as "a person who sells or contracts to sell goods."  Texas Bus. & Com. Code § 2.103.

Because, as demonstrated above in Section I, TDCC did not sell, design, manufacture, market, distribute, or any other way place into the stream of commerce any vaccine or any Thimerosal contained in any vaccine administered to the Plaintiff children, TDCC cannot be liable under any theory of breach of warranty for any alleged injuries caused by the vaccines at issue because TDCC did not place any such vaccine or vaccine component that allegedly injured the Plaintiff children into the stream of commerce and could not have caused the children's injuries.  Accordingly, the Court should grant summary judgment in favor of TDCC on the breach of warranty cause of action.

III.    **Plaintiffs' Cause of Action For Conspiracy Is Without Support In Law Or In Fact Because TDCC Is Not Liable For Any Underlying Wrong.**

Plaintiffs allege that TDCC and other Defendants "engaged in a civil conspiracy to design, manufacture, market and/or distribute vaccines that contained mercury . ... while withholding information from consumers and the public in general about toxic hazards and potential health ramifications resulting from the use of these mercury-containing products." Petition p. 8.  A conspiracy is "a combination by two or more persons to accomplish an unlawful purpose or to accomplish a lawful purpose by unlawful means." *Laxson v. Giddens*, 48 S.W.3d 408, 410 (Tex. App.--Waco 2001, pet. denied).  To recover, Plaintiffs must prove that (1) two or more persons acted together; (2) they acted to accomplish an object; (3) they had a meeting of the minds on the object or course of action; (4) they committed one or more unlawful overt acts; and (5) plaintiffs suffered an injury as a proximate result. *Operation Rescue - Nat'l v. Planned Parenthood,* 975 S.W.2d 546, 553 (Tex. 1998).  There is  no independent liability for civil

9

conspiracy; proof of participation in an underlying tort is required. *Tilton v. Marshall*, 925 S.W.2d 672, 681 (Tex. 1996).

There is no evidence that TDCC committed an underlying tort because TDCC did not design, manufacture, market, distribute or place into the stream of commerce any vaccine or supply any Thimerosal contained in any vaccine administered to Plaintiffs' children. Because TDCC is not liable for any underlying wrongful act which caused injury to the Plaintiffs, the conspiracy claim fails.

**IV.    Plaintiff Parents' Derivative Claims Have No Legal Or Factual Basis.**

> **A.    Plaintiff Parents' Claims Against TDCC Are Entirely Derivative Of The Plaintiffs' Children's Claims And Should Be Dismissed Because Plaintiffs' Children Have No Viable Claim Against TDCC.**

Plaintiff parents' claims are entirely derivative of the children's underlying personal injury claims. The viability of these claims thus depends on the validity of the Plaintiff children's claims. Such a claim is barred unless the tortfeasor's liability for the underlying injury can be shown. *See Reed Tool Co. v. Copelin*, 610 S.W.2d 736, 738 (Tex. 1980).

In addition to the four causes of action asserted against TDCC, Plaintiffs seek compensatory damages allegedly suffered by the Plaintiff parents based upon loss of consortium, mental anguish, loss of services and loss of companionship, all of which are wholly derivative of the Plaintiff children's claims. *See Reagan v. Vaughn*, 804 S.W.2d 463, 467 (Tex. 1990) ("a cause of action for loss of consortium is derivative of the [injured person's] claim for personal injury"); *American Indus. Life Ins. Co. v. Ruvalcaba*, 64 S.W.3d 126, 144 (Tex. App.–Houston 2002) ("if loss of filial consortium claims were recognized in Texas, they would be derivative of the children's personal injury claims and would be barred if the children has no recovery"); *Owens ex rel. Schafer v. American Home Prods. Corp.*, 203 F. Supp. 2d 748, 754 (S.D. Tex.

2002) (observing that under Texas law, in a case brought by parents of a children allegedly injured by a vaccine, parents' individual claims are derivative of the children's claims). Because each of the causes of action based on injuries to Plaintiffs' children fail for the reasons set forth above in Sections I through III, the Plaintiff parents' derivative causes of action must necessarily also fail because there is no underlying basis for the claims.

### B.    Plaintiff Parents' Mental Aguish Damage Claim Is Not Viable.

Plaintiff parents' mental anguish damage claim as to TDCC is barred for the additional reason that Plaintiffs cannot show the anguish (1) was the foreseeable result of a breach of duty arising out of certain special relationships; (2) involved intentional or malicious conduct; (3) resulted from wrongful death; (4) arose from the infliction of "serious bodily injury"; or (5) resulted from witnessing a serious or fatal accident involving a close family member (*i.e.*, a "bystander" action). *See Verinakis v. Med. Profiles, Inc.*, 987 S.W.2d 90, 95 (Tex. App.–Houston [14th Dist.] 1998, pet. denied).

Here, Plaintiff parents clearly did not witness and perceive the type of shocking accident contemplated by the bystander theory of recovery. Rather, Plaintiff parents witnessed the children's routine vaccination and subsequent physical deterioration that is allegedly linked to Thimerosal. Moreover, Plaintiff parents did not learn of the children's alleged mercury poisoning until sometime after the vaccinations were administered. Accordingly, the bystander theory is inapplicable to the facts of this case, as a matter of Texas law. The mental anguish damage claim against TDCC must be dismissed.

### C.    Plaintiff Parents' "Lost Services" Claim is Not Viable in Texas.

The Texas Supreme Court rejected the "antiquated concept of the children as an economic asset" when it explained that "[t]he real loss sustained by a parent is not the loss of any

11

financial benefit to be gained from the children, but is the loss of love, advice, comfort, companionship and society." *Sanchez v. Schindler*, 651 S.W.2d 249, 251 (Tex. 1983). Therefore, as a matter of Texas law, the Plaintiff parents cannot maintain their cause of action for loss of services based upon the children's alleged injuries.

## CONCLUSION

TDCC is entitled to summary judgment because TDCC did not design, manufacture, market, distribute or place into the stream of commerce any product that allegedly injured the Plaintiff children. Furthermore, Plaintiff parents' derivative claims are barred under Texas law. TDCC therefore respectfully requests that the Court grant summary judgment in its favor and against Plaintiffs as to all claims against TDCC in the petition.

Respectfully submitted,

**GILBERT & GILBERT**

BY: _____
John R. Gilbert
State Bar No. 07898500
So. Dist. Texas No. 3754
222 North Velasco
P. O. Box 1819
Angleton, TX 77516-1819
(979) 849-5741
Fax (979) 849-7729

ATTORNEY-IN-CHARGE FOR DEFENDANT,
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the foregoing pleading by certified mail, return receipt requested and/or First Class Mail to the following, on the ___12th___ day of December, 2003:

Christina M. Buss

Gregory J. McCarthy
Miller & McCarthy
3811 Turtle Creek Blvd., Suite 1950
Dallas, TX 75219

Steve T. Hastings
Hastings & Alfaro
101 N. Shoreline Blvd., Suite 430
Corpus Christi, TX 78401

Michael Alan Simpson
Simpson & Boyd
PO Box 957
Decatur, TX 76234

Michael R. Klatt
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Wade L. McClure
Gibson, McClure, Wallace & Daniels
8080 N. Central Expwy.
Suite 1300 LB 50
Dallas, TX 75206-1838

Jeffrey S. Woff
Fulbright & Jaworski - Houston
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Stephanie Smith
Fulbright & Jaworski
One American Center
600 Congress, Suite 2400
Austin, TX 78701

Richard L. Josephson
Baker Botts - Houston
910 Louisiana Street, Suite 3000
Houston, TX 77002

Laura J. O'Rourke
Vinson & Elkins
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975

Jennifer Gray Jackson
Locke Liddell & Sapp
Chase Tower
2200 Ross Ave., Suite 2200
Dallas, TX 75201

M. Scott Michelman
Shook Hardy & Bacon
Chase Tower
600 Travis St., Suite 1600
Houston, TX 77002

David Michael MacDonald
McCauley, MacDonald & Devin
Renaissance Tower
1201 Elm Street, Suite 3800
Dallas, TX 75270

Matthew Henry Hand
Brown & Fortunato
P.O. Box 9418
Amarillo, TX 79105-9418

Bryan Haynes
Locke, Liddell & Supp
Chase Tower
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6775

13

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES AND DOMINGA TORRES, | § | |
| INDIVIDUALLY AND AS NEXT FRIENDS OF | § | |
| DEREK TORRES, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CAUSE NO.03-CV-222 |
| | § | (Jury requested) |
| AMERICAN HOME PRODUCTS, *et al.*, | § | |
| | § | Judge Hanen |
| Defendants. | § | |

## APPENDIX

## DEFENDANT THE DOW CHEMICAL COMPANY'S RULE 12(b)(6) MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT

John R. Gilbert
Gilbert & Gilbert
222 North Velasco
P. O. Box 1819
Angleton, TX 77516-1819
Telephone: (979) 849-5741
Facsimile: (979) 849-7729

http://www.nap.edu/openbook/0309049407/html/R1.html, copyright 1993, 2000 The National Academy of Sciences, all rights reserved

# The Children's Vaccine Initiative

## Achieving the Vision

Violaine S. Mitchell, Nalini M. Philipose,
and Jay P. Sanford, *Editors*

Committee on the Children's Vaccine Initiative:
Planning Alternative Strategies
Toward Full U.S. Participation

Division of International Health

INSTITUTE OF MEDICINE

NATIONAL ACADEMY PRESS
Washington, D.C.   1993

1

http://www.nap.edu/openbook/0309049407/html/R2.html, copyright 1993, 2000 The National Academy of Sciences, all rights reserved

National Academy Press  •  2101 Constitution Avenue, N. W.  •  Washington, D.C. 20418

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

This report has been reviewed by a group other than the authors according to procedures approved by a Report Review Committee consisting of members of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine.

The Institute of Medicine was chartered in 1970 by the National Academy of Sciences to enlist distinguished members of the appropriate professions in the examination of policy matters pertaining to the health of the public. In this, the Institute acts under both the Academy's 1863 congressional charter responsibility to be an adviser to the federal government and its own initiative in identifying issues of medical care, research, and education.

Support for this project was provided by the Agency for International Development; the Department of Health and Human Services; the Pharmaceutical Manufacturers Association; the United Nations Development Program; and the World Health Organization, Children's Vaccine Initiative.

Library of Congress Catalog Card No. 93-84552
International Standard Book Number 0-309-04940-7

Additional copies of this report are available from:

National Academy Press
2101 Constitution Avenue, N.W.
Box 285
Washington, D.C.  20055

Call 800-624-6242 or 202-334-3313 (in the Washington Metropolitan Area)

B179

Copyright 1993 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America

The serpent has been a symbol of long life, healing, and knowledge among almost all cultures and religions since the beginning of recorded history. The serpent adopted as a logotype by the Institute of Medicine is a relief carving from ancient Greece, now held by the Staatlichemuseen in Berlin.

COVER: Samantha Edington (age 4 years) provided the cover drawing for this report. Thanks are also due to Stefanie Hairston (5), Mira Kelada-Antoun (4), Stephanie Howson (6), Nadia Scott (4), and Anna Stoto (6).

http://www.nap.edu/openbook/C309049407/html/R3.html, copyright 1993, 2000 The National Academy of Sciences, all rights reserved

COMMITTEE ON THE CHILDREN'S VACCINE INITIATIVE:
PLANNING ALTERNATIVE STRATEGIES
TOWARD FULL U.S. PARTICPATION

JAY P. SANFORD (*Chair*),* Dean Emeritus, Uniformed Services University of the Health Sciences, Dallas, Texas

MARY LOU CLEMENTS, Professor and Head, Division of Vaccine Sciences, Department of International Health, Johns Hopkins School of Hygiene and Public Health, Baltimore, Maryland

CIRO de QUADROS, Regional Advisor, Pan American Health Organization, Washington, D.C.

MICHAEL A. EPSTEIN, Partner, Weil, Gotshal & Manges, New York, New York

RONALD W. HANSEN, Associate Dean for Academic Affairs, William E. Simon Graduate School of Business Administration, University of Rochester, Rochester, New York

DONALD E. HILL, President, Don Hill & Associates, Silver Spring, Maryland

JOHN LLOYD HUCK (Retired), Former Chairman of the Board, Merck & Co., Inc., New Vernon, New Jersey

DAVID T. KARZON, Professor, Department of Pediatrics, and Department of Microbiology and Immunology, Vanderbilt University School of Medicine, Nashville, Tennessee

THOMAS D. KILEY, Attorney, Hillsborough, California

RICHARD T. MAHONEY, Vice President and Director, Technology Promotion, Program for Appropriate Technology in Health, Seattle, Washington

WENDY K. MARINER, Professor of Health Law, Boston University School of Public Health, Boston, Massachusetts

DAVID C. MOWERY, Associate Professor of Business and Public Policy, Walter A. Haas School of Business, University of California, Berkeley.

MARK NOVITCH, Vice Chairman of the Board, The Upjohn Company, Kalamazoo, Michigan

SURYANARAYAN RAMACHANDRAN, Immediate Past Secretary, Department of Biotechnology, New Delhi, India

ANTHONY ROBBINS, Professor of Public Health, Boston University School of Public Health, Boston, Massachusetts

JERALD C. SADOFF, Director, Division of Communicable Diseases and Immunology, Walter Reed Army Institute for Research, Washington, D.C.

---

* Member, Institute of Medicine

*iii*

3

http://www.nap.edu/openbook/0309049407/html/R4.html, copyright 1993, 2000 The National Academy of Sciences, all rights reserved

GEORGE R. SIBER, Director, Massachusetts Public Health Biologic Laboratories, Massachusetts Department of Health, Jamaica Plain, Massachusetts

JANE E. SISK, Professor, Columbia University School of Public Health, New York, New York

*Former Member*
WILLIAM A. PACKER, President, Virus Research Institute, Cambridge, Massachusetts, and former Senior Vice President and Director, SmithKline Beecham Biologicals & Strategic Projects, Philadelphia, Pennsylvania

*Institute of Medicine Staff*
VIOLAINE S. MITCHELL, Study Director (from September 1992)
STEPHANIE R. SAGEBIEL, Study Director (until September 1992)
NALINI M. PHILIPOSE, Research Assistant
DEE SUTTON, Administrative Assistant (from July 1992)
AMY STRONG, Senior Secretary (until July 1992)
POLLY F. HARRISON, Director, Division of International Health
SUSAN M. WYATT, Financial Associate
MICHAEL EDINGTON, Managing Editor

*Consultants*
ROBERT D. CRANGLE, President, Rose & Crangle, Ltd., Lincoln, Kansas
MICHAEL K. HAYES, Contract Editor
GREG W. PEARSON, Consultant Editor/Writer

*iv*

4

http://www.nap.edu/openbook/C309049407/html/196.html, copyright 1993, 2000 The National Academy of Sciences, all rights reserved

# H

# Historical Record of Vaccine Product License Holders in the United States

TABLE H-1    Vaccine Product License Holders in the United States

| Company and Vaccine or Product | Date of License | Date of Revocation |
|---|---|---|
| Bionetics Research Inc.[a] | | |
| BCG vaccine | 05/29/1987 | 06/21/1989 |
| | | |
| Connaught Laboratories, Inc.[b] | | |
| BCG live | 05/21/1990 | |
| BCG vaccine | 03/31/1967 | 05/21/1990 |
| Diphtheria & tetanus toxoids & acellular pertussis vaccine, adsorbed | 09/20/1992 | |
| Diphtheria & tetanus toxoids & pertussis vaccine (DTP) | 01/03/1978 | 11/29/1982 |
| Diphtheria & tetanus toxoids, & pertussis vaccine, adsorbed | 01/03/1978 | |
| Diphtheria & tetanus toxoids adsorbed | 09/18/1984 | |
| Diphtheria toxoid | 01/03/1978 | |
| Haemophilus influenzae type b Conjugate (diphtheria toxoid conjugate) | 12/22/1987 | |

196

http://www.nap.edu/openbook/0309049407/html/197.html, copyright 1993, 2000 The National Academy of Sciences, all rights reserved

*HISTORICAL RECORD OF PRODUCT LICENSE HOLDERS*                                   197

**TABLE H-1** *Continued*

| Company and Vaccine or Product | Date of License | Date of Revocation |
|---|---|---|
| *Haemophilus influenzae* | | |
| type b polysaccharide | 12/20/1985 | |
| Influenza | 01/03/1978 | |
| Meningococcal polysaccharide group A | 01/03/1978 | |
| Meningococcal polysaccharide group C | 01/03/1978 | |
| Meningococcal polysaccharide vaccine, groups A and C combined | 01/03/1978 | |
| Meningococcal polysaccharide vaccine, groups A, C, Y, W135 combined | 11/23/1981 | |
| Pertussis vaccine | 01/03/1978 | |
| Poliomyelitis virus, inactivated human diploid cell | 11/20/1987 | |
| Poliomyelitis virus, inactivated monkey kidney cell | 01/24/1963 | |
| Rabies vaccine | 12/27/1991 | |
| Smallpox vaccine | 01/03/1978 | |
| Tetanus toxoid | 01/03/1978 | |
| Tetanus toxoid, adsorbed | 01/03/1978 | |
| Tetanus & diphtheria toxoids adsorbed (for adult use) | 01/03/1978 | |
| Yellow fever | 01/03/1978 | |
| | | |
| Connaught Laboratories, Limited[b] | | |
| Diphtheria toxoid | 04/28/1928 | 05/27/1977 |
| Tetanus toxoid | 01/14/1943 | |
| Small pox vaccine | 10/23/1967 | 04/01/1980 |
| | | |
| Dow Chemical Company[a] | | |
| Diphtheria & tetanus toxoids & pertussis vaccine adsorbed | 09/11/1970 | 06/07/1977 |
| Diphtheria toxoid | 09/18/1934 | 06/07/1977 |
| DT, adsorbed | 09/11/1970 | 06/07/1977 |
| DP, adsorbed | 09/11/1970 | 06/07/1977 |
| Measles, live | 02/05/1965 | 06/07/1978 |
| Measles and rubella, live | 04/17/1974 | 06/21/1978 |
| Measles, mumps, rubella, live | 04/17/1974 | 06/21/1978 |
| Mumps virus vaccine, live | 04/17/1974 | 06/21/1978 |
| Pertussis vaccine | 10/01/1932 | 06/07/1977 |
| Rubella virus, live | 03/01/1974 | 06/21/1978 |
| Tetanus toxoid | 08/01/1936 | 06/07/1977 |
| Tetanus toxoid, adsorbed | 09/01/1970 | 06/07/1977 |
| | | |
| Eli Lilly and Company[a] | | |
| Cholera | 10/31/1917 | 06/07/1979 |
| Diphtheria & tetanus toxoids | 09/09/1970 | 06/07/1979 |
| | | *Continues* |

6

http://www.nap.edu/openbook/0309049407/html/198.html, copyright 1993, 2000 The National Academy of Sciences, all rights reserved

198                                                           *APPENDIX H*

## TABLE H-1 *Continued*

| Company and Vaccine or Product | Date of License | Date of Revocation |
|---|---|---|
| Diphtheria & tetanus toxoids and | | |
| pertussis vaccine adsorbed | 09/09/1970 | 12/02/1985 |
| DT, adsorbed | 09/09/1970 | 06/07/1979 |
| Influenza | 11/09/1945 | 04/11/1977 |
| Mumps vaccine | 01/27/1950 | 04/11/1977 |
| Pertussis vaccine | 03/31/1915 | 03/07/1978 |
| Rabies vaccine | 06/07/1915 | 08/11/1982 |
| Streptococcus vaccine | 04/17/1952 | 10/27/1988 |
| Tetanus toxoid | 12/10/1935 | 06/07/1979 |
| Tetanus toxoid, adsorbed | 09/09/1970 | 06/07/1979 |
| Tetanus & diphtheria toxoid | | |
| adsorbed (for adult use) | 09/09/1970 | 06/07/1979 |
| Typhoid | 02/04/1954 | 11/13/1978 |
| Typhus | 03/11/1941 | 06/07/1979 |
| | | |
| Evans Medical Ltd.[c] | | |
| Influenza | 08/12/1988 | |
| | | |
| Glaxo Operations, U.K. Ltd.[d] | | |
| BCG vaccine | 01/24/1963 | 07/17/1990 |
| | | |
| Lederle Laboratories,[d] | | |
| American Cyanamid Company | | |
| Cholera | 12/26/1941 | |
| Diphtheria & tetanus toxoids and | | |
| acellular pertussis, adsorbed | 12/17/1991 | |
| Diphtheria & tetanus toxoids | | |
| and pertussis vaccine adsorbed | 07/24/1970 | |
| DT, adsorbed | 07/29/1970 | |
| *Haemophilus influenzae* type b | 12/20/1985 | |
| polysaccharide vaccine | | |
| Influenza | 12/07/1945 | |
| Measles virus, live | 05/03/1966 | 05/21/1980 |
| Mumps vaccine | 06/22/1950 | 05/24/1978 |
| Pertussis vaccine | 01/19/1914 | 05/29/1980 |
| Pneumococcal vaccine, polyvalent | 08/15/1979 | |
| Polio virus, live, oral trivalent | 06/25/1963 | |
| Polio virus, oral, type 1 | 03/27/1962 | |
| Polio virus, oral, type 2 | 03/27/1962 | |
| Polio virus, oral, type 3 | 03/27/1962 | |
| Rocky mountain spotted fever | 04/13/1942 | 06/11/1979 |
| Small pox | 03/01/1937 | 05/24/1978 |
| Tetanus toxoid | 06/15/1935 | |
| Tetanus toxoid, adsorbed | 07/29/1970 | |

7

http://www.nap.edu/openbook/0309049457/html/199.html, copyright 1993, 2000 The National Academy of Sciences, all rights reserved

*HISTORICAL RECORD OF PRODUCT LICENSE HOLDERS*                                      199

**TABLE H-1** *Continued*

| Company and Vaccine or Product | Date of License | Date of Revocation |
| --- | --- | --- |
| Tetanus & Diphtheria toxoids adsorbed | | |
|   (for adult use) | 07/29/1970 | |
| Typhus | 05/24/1967 | 11/20/1980 |
| | | |
| Massachusetts Public Health Biologic Laboratories | | |
| Diphtheria & tetanus toxoids | | |
|   & pertussis vaccine adsorbed | 07/27/1970 | |
| Diphtheria toxoid | 07/07/1932 | 05/19/1980 |
| DT, adsorbed | 07/27/1970 | |
| Small pox | 03/20/1917 | |
| Tetanus toxoid | 05/16/1949 | 10/11/1989 |
| Tetanus toxoid, adsorbed | 07/29/1970 | |
| Tetanus & diphtheria toxoids adsorbed | | |
|   (for adult use) | 07/27/1970 | |
| Typhoid | 03/20/1917 | 10/26/1988 |
| | | |
| Merck and Company | | |
| Cholera | 05/04/1952 | 01/31/1986 |
| Diphtheria & tetanus toxoids | | |
|   and pertussis vaccine adsorbed | 08/31/1970 | 01/31/1986 |
| *Haemophilus influenzae* type b | | |
|   conjugate (meningococcal | | |
|   protein conjugate) | 12/20/1989 | |
| Hepatitis B vaccine | 11/16/1981 | |
| Hepatitis B recombinant | 07/23/1986 | |
| Influenza | 11/30/1945 | |
| Measles, live and small pox | 11/17/1967 | 03/12/1987 |
| Measles virus, live | 03/21/1963 | |
| Measles and mumps virus, live | 07/18/1973 | |
| Measles and rubella virus, live | 04/22/1971 | |
| Measles, mumps, rubella, live | 04/22/1971 | |
| Meningococcal polysaccharide A | 07/11/1975 | |
| Meningococcal polysaccharide C | 04/02/1974 | |
| Meningococcal polysaccharide A&C | 10/06/1975 | |
| Meningococcal polysaccharide | | |
|   A, C, Y, W135 combined | 12/14/1982 | |
| Mumps virus, live | 12/28/1967 | |
| Pneumococcal | 11/21/1977 | |
| Poliomyelitis, inactivated | | |
|   monkey kidney cell | 04/12/1955 | 07/29/1980 |
| Rubella virus, live | 06/09/1969 | |
| Rubella and mumps, live | 08/30/1970 | |
| Small pox | 09/21/1965 | 07/29/1980 |
| Tetanus toxoid | 12/11/1933 | 01/31/1986 |
| Tetanus toxoid, adsorbed | 08/31/1970 | 01/31/1986 |
| | | *Continues* |

8

http://www.nap.edu/openbook/0309049407/html/200.html, copyright 1993, 2000 The National Academy of Sciences, all rights reserved

200                                                  APPENDIX H

### TABLE H-1 Continued

| Company and Vaccine or Product | Date of License | Date of Revocation |
|---|---|---|
| Tetanus & diphtheria toxoids adsorbed (for adult use) | 08/31/1970 | 01/31/1986 |
| Typhoid | 04/25/1963 | 01/31/1986 |
| Typhus | 12/24/1941 | 07/29/1980 |
| | | |
| Merrell National Laboratories, Division of Richardson Merrell[a] | | |
| Cholera | 02/27/1942 | 03/25/1976 |
| DTP | 10/15/1970 | 01/03/1978 |
| Diphtheria & tetanus toxoids & pertussis vaccine adsorbed | 05/16/1949 | 01/03/1978 |
| Diphtheria toxoid | 09/28/1929 | 01/03/1978 |
| Influenza | 09/16/1947 | 01/03/1978 |
| Meningococcal polysaccharide group A | 09/19/1975 | 01/03/1978 |
| Meningococcal polysaccharide group C | 07/11/1975 | 01/03/1978 |
| Meningococcal polysaccharide vaccine, groups A and C, combined | 09/13/1976 | 01/03/1978 |
| Pertussis vaccine | 11/16/1926 | 01/03/1978 |
| Small pox | 03/05/1937 | 01/03/1978 |
| Tetanus toxoid | 05/25/1934 | 01/03/1978 |
| Tetanus toxoid, adsorbed | 10/15/1970 | 01/03/1978 |
| Tetanus and diphtheria toxoids adsorbed (for adult use) | 03/07/1955 | 01/03/1978 |
| Yellow fever | 05/22/1953 | 01/03/1978 |
| | | |
| Michigan Department of Public Health | | |
| Anthrax | 11/04/1970 | |
| Diphtheria & tetanus toxoids and pertussis vaccine adsorbed | 08/27/1970 | |
| DT, adsorbed | 08/27/1970 | |
| Pertussis vaccine | 11/22/1935 | 02/03/1977 |
| Pertussis vaccine, adsorbed | 10/12/1967 | |
| Rabies vaccine, adsorbed | 03/18/1988 | |
| Smallpox | 03/03/1937 | 06/25/1985 |
| Tetanus toxoid, adsorbed | 08/27/1970 | |
| Typhoid | 07/26/1926 | 06/25/1985 |
| | | |
| Miles Inc.[e] | | |
| Cholera | 10/03/1968 | 10/30/1970 |
| Diphtheria and tetanus toxoids | 06/01/1951 | 10/30/1970 |
| DTP | 05/04/1949 | 10/30/1970 |
| Diphtheria & tetanus toxoids and pertussis vaccine adsorbed | 05/04/1949 | 10/30/1970 |
| Diphtheria toxoid | 02/01/1928 | 10/30/1970 |
| DT, adsorbed | 05/04/1949 | 10/30/1970 |
| DP, adsorbed | 05/04/1949 | 10/30/1970 |

9

http://www.nap.edu/openbook/0309049407/html/201.html, copyright 1993, 2000 The National Academy of Sciences, all rights reserved

HISTORICAL RECORD OF PRODUCT LICENSE HOLDERS                    201

TABLE H-1 *Continued*

| Company and Vaccine or Product | Date of License | Date of Revocation |
|---|---|---|
| Pertussis vaccine | 08/03/1914 | 10/30/1970 |
| Pertussis vaccine, adsorbed | 05/03/1948 | 10/30/1970 |
| Plague | 05/14/1942 | |
| Poliomyelitis, inactivated | | |
| monkey kidney cell | 04/12/1955 | 12/28/1978 |
| Small pox | 08/21/1903 | 06/11/1973 |
| Tetanus toxoid | 09/25/1940 | 11/01/1979 |
| Tetanus toxoid, adsorbed | 05/04/1949 | 10/30/1970 |
| Tetanus & diphtheria toxoids adsorbed | | |
| (for adult use) | 11/16/1956 | 10/30/1970 |
| Typhoid | 03/06/1916 | 10/30/1970 |
| | | |
| Organon Teknika Corporation[e] | | |
| BCG vaccine | 06/21/1989 | |
| | | |
| Parke Davis, Division | | |
| of Warner Lambert Company[g] | | |
| Adenovirus | 09/23/1957 | 07/29/1980 |
| Adenovirus and influenza, combined | | |
| aluminun phosphate adsorbed | 09/22/1959 | 07/29/1980 |
| Diphtheria and tetanus toxoids | 07/29/1952 | 10/14/1981 |
| DTP | 07/29/1952 | 10/14/1981 |
| Diphtheria & tetanus toxoids & pertussis | 07/08/1952 | 10/14/1981 |
| vaccine adsorbed | | |
| Diphtheria toxoid | 08/17/1927 | 10/14/1981 |
| DT, adsorbed | 07/08/1952 | 10/14/1981 |
| DTP adsorbed, poliomyelitis | 12/20/1963 | 10/14/1981 |
| DTP, poliomyelitis adsorbed | 03/25/1959 | 10/14/1981 |
| Influenza | 11/26/1945 | |
| Pertussis | 04/16/1952 | 10/14/1981 |
| Pertussis vaccine, adsorbed | 02/20/1952 | 10/14/1981 |
| Poliomyelitis, adsorbed | 10/04/1960 | 07/29/1980 |
| Poliomyelitis, inactivated | | |
| monkey kidney cell | 04/12/1955 | 07/29/1980 |
| Rabies vaccine | 08/05/1942 | 03/21/1973 |
| Tetanus toxoid | 05/04/1940 | 10/14/1981 |
| Tetanus toxoid, adsorbed | 07/08/1952 | 10/14/1981 |
| Typhoid | 03/24/1916 | 02/24/1959 |
| Typhus | 03/25/1942 | 08/05/1947 |
| | | |
| Pasteur Merieux Vaccins et Serums, S.A.[b] | | |
| Poliomyelitis, inactivated | | |
| monkey kidney cell | 12/21/1990 | |
| Rabies vaccine | 06/09/1980 | |

*Continues*

10

http://www.nap.edu/openbook/C309049407/html/202.html, copyright 1993, 2000 The National Academy of Sciences, all rights reserved

202                                                           *APPENDIX H*

### TABLE H-1 *Continued*

| Company and Vaccine or Product | Date of License | Date of Revocation |
|---|---|---|
| **Pfizer Ltd.**[a] | | |
| Poliovirus, live, oral trivalent | 10/28/1966 | 06/12/1979 |
| Poliovirus, oral type 1 | 08/17/1961 | 06/12/1979 |
| Poliovirus, oral type 2 | 10/06/1961 | 06/12/1979 |
| Poliovirus, oral type 3 | 03/27/1962 | 06/12/1979 |
| **Praxis Biologics, Incorporated**[d] | | |
| *Haemophilus b* conjugate vaccine | | |
| (diphtheria CRM197 protein conjugate) | 12/21/1988 | |
| *Haemophilus b* polysaccharide vaccine | 04/12/1985 | |
| **Research Foundation for Microbial Diseases,** | | |
| **Osaka University** | | |
| Acellular pertussis vaccine concentrate | 08/20/1992 | |
| Japanese encephalitis virus vaccine inactivated | 12/10/1992 | |
| **SCLAVO s.p.a**[f] | | |
| Cholera | 08/19/1976 | |
| Diphtheria and tetanus toxoids and | | |
| pertussis vaccine adsorbed | 03/31/1978 | |
| Diphtheria toxoid | 01/04/1963 | |
| DT, adsorbed | 03/31/1978 | |
| Tetanus toxoid | 01/04/1963 | |
| Tetanus toxoid, adsorbed | 08/05/1970 | |
| Tetanus & diphtheria toxoids adsorbed | | |
| (for adult use) | 02/16/1979 | |
| **SmithKline Beecham**[g] | | |
| Hepatitis B, recombinant | 08/28/1989 | |
| Rubella virus, live | 03/12/1970 | 10/05/1982 |
| **Swiss Serum Institute** | | |
| Tetanus toxoid, adsorbed | 12/11/1970 | |
| Typhoid vaccine, oral, Ty21a | 12/15/1989 | |
| **Takeda Chemical Industries, Ltd.,** | | |
| Acellular pertussis | | |
| vaccine concentrate | | |
| (for further manufacturing) | 12/17/1991 | |
| **Texas Department of Health Resources** | | |
| Diphtheria & tetanus toxoids | | |
| & pertussis vaccine adsorbed | 07/27/1970 | 02/06/1979 |
| Diphtheria toxoid | 01/06/1963 | 02/06/1979 |
| DT, adsorbed | 07/27/1970 | 02/06/1979 |
| Pertussis | 12/27/1954 | 02/06/1979 |

11

http://www.nap.edu/openbook/0309049407/html/203.html, copyright 1993, 2000 The National Academy of Sciences, all rights reserved

HISTORICAL RECORD OF PRODUCT LICENSE HOLDERS                                      203

**TABLE H-1** *Continued*

| Company and Vaccine or Product | Date of License | Date of Revocation |
|---|---|---|
| Tetanus toxoid | 09/22/1959 | 02/06/1979 |
| Tetanus & diphtheria toxoids adsorbed | | |
|   (for adult use) | 07/27/1970 | 02/06/1979 |
| Typhoid | 07/11/1950 | 02/06/1979 |
| | | |
| University of Illinois[e] | | |
|   BCG vaccine | 07/07/1950 | 05/29/1987 |
| | | |
| Wellcome[d] | | |
|   Rubella virus, live | 03/01/1977 | |
| | | |
| Wyeth Laboratories | | |
|   Adenovirus, live, oral, type 4 | 07/01/1980 | |
|   Adenovirus, live, oral, type 7 | 07/01/1980 | |
|   Cholera | 07/16/1952 | |
|   Diphtheria & tetanus toxoids | | |
|   and pertussis vaccine adsorbed | 09/11/1970 | |
|   Diphtheria toxoid | 05/19/1944 | 05/19/1987 |
|   DT, adsorbed | 09/11/1970 | |
|   Influenza | 12/13/1961 | |
|   Pertussis vaccine | 07/16/1952 | 05/19/1987 |
|   Rabies vaccine | 08/11/1982 | 08/07/1986 |
|   Smallpox | 05/19/1944 | |
|   Tetanus toxoid | 05/19/1944 | |
|   Tetanus toxoid, adsorbed | 09/11/1970 | |
|   Tetanus & diphtheria toxoids adsorbed | | |
|   (for adult use) | 09/11/1970 | |
|   Typhoid | 07/16/1952 | |

[a] Company no longer produces any vaccines.
[b] Connaught Laboratories, Inc., (U.S.) and Connaught Laboratories, Ltd (Canada), are subsidiaries of Pasteur-Mérieux Sérums et Vaccins (France).
[c] Evans-Medical is a division of Medeva International, plc (United Kingdom); Medeva International plc acquired the vaccine business from Wellcome in 1991.
[d] Lederle Laboratories acquired Praxis Biologics in 1989. Lederle-Praxis Biologicals is now a business unit of American Cyanamid.
[e] Company produces one vaccine only for U.S. market.
[f] Sclavo spa is now owned by Ciba-Geigy (Switzerland) and Chiron (U.S.).

SOURCE: Center for Biologics Evaluation and Research, U.S. Food and Drug Administration, Bethesda, Maryland.

**The following text is taken verbatim from the December 13, 1985, issue of the *Federal Register*, reporting the findings of an independent civilian advisory panel that considered the evidence for the safety and efficacy of vaccines available in the 1970s. The end of the document reports FDA's actions in response to the panel's recommendations. The entire report is 115 pages long (pages 51002 through 51117). All the sections that discuss anthrax vaccine are reprinted in their entirety below.**

### Department of Health and Human Services Food and Drug Administration

### Federal Register

### Vol. 50, No. 240

### Friday, December 13, 1985, Part II

### [Excerpt from page 51002]

Under section 601.25, FDA assigned responsibility for the initial review of each of the biological product categories to a separate independent advisory panel consisting of qualified experts to ensure objectivity of the review and public confidence in the use of these products. Each panel was charged with preparing an advisory report to the Commissioner which was to:

1. Evaluate the safety and effectiveness of the biological products
2. Review labeling of the biological products
3. Identify the biological products under review that are safe, effective, and not misbranded. The advisory report includes recommendations classifying products into one of three categories.

**Category I** designates those biological products determined by the Panel to be safe, effective, and not misbranded. The Panel's statement may include any condition relating to active components, labeling, tests required prior to release of batches, product standards, or other conditions necessary or appropriate for their safety and effectiveness.

**Category II** designates those biological products determined by determined by the Panel to be unsafe, ineffective, or misbranded.

**Category III** designates those biological products determined by the Panel not to fall within either Category I or II on the basis of the Panel's conclusion that the unavailable data are insufficient to classify such biological products, and for which further testing is therefore required. These biological products in Category III for which continued licensing, manufacturing, and marketing during the period of further testing are recommended are designated as Category IIIA. Those biological products in Category III for which suspension of the product licenses pending submission of additional data are recommended are designated as Category IIIB. The recommendation for either Category IIIA or IIIB is based on assessment of the present evidence of safety and effectiveness of the product and the potential benefits and risks likely to result from the continued use of the product for a limited period of time, while

questions raised concerning the products are being resolved by further study.

### [Excerpt from page 51003]

The Panel appointed by FDA to review the data and information submitted and to prepare a report on the safety, effectiveness, and labeling of bacterial vaccines, toxoids, related antitoxins, and immune globulins included the following individuals:

Panel Chairman, Gene H. Stollerman, M.D., Professor and Chairman, Department of Medicine, University of Tennesee College Memphis, TN 38163 (now Professor of Medicine, Boston University Medical Center);

Geoffery Edsal, M.D. (deceased), Professor Emeritus of Microbiology (Harvard School of Public Health and London School of Hygiene and Tropical Medicine);

Theodore C. Eickhoff, M.D., Professor of Medicine, Head, Division of Infectious Diseases, University of Colorado Medical Center, Denver, CO 80262;

John C. Feeley, Ph.D., Chief, Bacterial Immuniology Branch (now Assistant Director for Laboratory Sciences, Bacterial Disease Division), Centers for Disease control, Atlanta, GA 30333;

Hjordis M. Foy, M.D., Ph.D. Associate Professor (since July 1, 1976, Professor) Department of Epidemiology, School of Public Health and Community Medicine, University of Washington, Seattle, WA 98195;

Edward A. Mortimer, Jr., M.D., Chairman of the Department of Pediatrics, School of Medicine, University of New Mexico, Albuquerque, NM 87131. (Since February 1, 1975, Professor and Chairman of the Department of Community Health and Professor of Pediatrics, School of Medicine, Case Western University, Cleveland, OH 44106.)

Jay P. Sanford, M.D., Professor, Department of Internal Medicine, University of Texas, Southwestern Medical School at Dallas, Dallas, TX 75235. (Since June 1, 1975, Dean, School of Medicine, Uniformed Services University, Bethesda, MD 20014.).

The Panel was convened on July 12, 1973, in an organizational meeting. Working meetings were held on: July 12, September 24-25, November 9-10, December 13-14, 1973; February 13-14, April 9-10, June 13-14, September 12-13, November 7-8 1974; January 13-14, February 24-25.

Two nonvoting liaison representatives served on the Panel. Ms. Laryl Lee Delker, nominated by the Consumer Federation of America, served as the representative. John Adams, Ph.D., of the Pharmaceutical Manufacturers Association, nominated by a number of producers with products under review by the Panel, served as the industry representative. Karl Bambach, Ph.D., substituted for Dr. Adams during his absences. Morris Schaefer, M.D., Ph.D., participated in the Panel meetings in his capacity as Director of the Office of Scientific Advisors and Consultants, FDA. Jack Gertzog, Deputy Director, Office of Scientific Advisors and Consultants, FDA, served as Executive Secretary of the Panel. Margaret Pittman, Ph.D., was selected by the panel as a consultant. Over 120 persons requested an opportunity or were otherwise invited to appear before the Panel and present their views on one or more of the

14

vaccines and related matters. Every person who requested an opportunity was heard by the Panel. The names of these persons are on file with the Dockets Management Branch.

**[Excerpt from page 51058]**

Anthrax Vaccine, Adsorbed

Anthrax is an acute bacterial disease caused by *Bacillus anthracis*. The reservoir is any of several species (cattle, sheep, goats, horses, pigs) and the organism produces extremely resistant spores which may persist in soil and contaminate animals or their products. The disease is primarily an occupational hazard for industrial workers who process hides, hair (especially goat), bone meal, and wool, as well as veterinarians and agricultural workers who may contact infected animals.

Most infections are cutaneous; if untreated they may spread to regional lymph nodes and may cause a fatal septicemia. Primary inhalation and gastrointestinal infections do occur, but with low frequency, and are highly fatal.

*Description of Product*

Anthrax vaccine is an aluminum hydroxide adsorbed, protective, proteinaceous, antigenic fraction prepared from a nonencapsulated mutant of the Vollum strain of *Bacillus anthracis*. It contains no more than 0.83 mg aluminum per 0.5 mL dose, 0.0025 percent benzethonium chloride as a preservative, and 0.0037 percent formaldehyde, which is believed to act as a stabilizer.

The product is tested according to the Public Health Service regulations for biological products and specific additional standards for anthrax vaccine. In addition to tests for general safety and sterility, the product is subjected to a potency assay of its protective antigen in guinea pigs, which are challenged with virulent *Bacillus anthracis*.

*Indications and Contraindications*

Immunization with this vaccine is indicated only for certain occupational groups with risk of uncontrollable or unavoidable exposure to the organism. It is recommended for individuals in industrial settings who come in contact with imported animal hides, furs, wool hair (especially goat hair), bristles, and bone meal, as well as in laboratory workers involved in ongoing studies on the organism.

Contraindications to its use include:

1. A history of clinical anthrax infection which may enhance the risk of severe reactions.
2. Severe systemic reactions with marked chills and fever following a prior injection - in this case further attempts at immunization should be abandoned.
3. The presence of acute respiratory disease or other febrile illnesses in order not to confuse the cause of further fever.
4. Therapy with corticosteroids or other immunosuppressive agents - in this case immunization should be deferred until such therapy has been completed. If on a long-term therapy, a more intensive immunization schedule should be considered.

15

### Safety

In general, safety of this product is not a major concern, especially considering its very limited distribution and the benefit-to-risk aspects of occupational exposure in those individuals for whom it is indicated. Local reactions are typically mild, with erythema and slight local tenderness for 24 to 48 hours. Some individuals may have more severe local reactions, with edema, erythema greater than 5 x 5 cm, induration, local warmth, tenderness, and pruritus. Only a few systemic reactions with marked chills and fever have been recorded. All reactions reported have been self-limited.

### Efficacy

The best evidence for the efficacy of anthrax vaccine comes from a placebo-controlled field trial conducted by Brachman (Ref. 1) covering four mills processing raw imported goathair into garment underlinings. The study involved approximately 1,200 mill employees of whom about 40 percent received the vaccine and the remainder received the placebo or nothing. The average yearly incidence of clinical anthrax in this population was 1 percent. During the evaluation period, 26 cases of anthrax occurred. Twenty-one had received no vaccine, four had incomplete immunization and one had complete immunization. Based upon analysis of attack rates per 1000 person-months, the vaccine was calculated to give 93 percent (lower 95 percent confidence limit=65 percent) protection against cutaneous anthrax based upon comparison with the control group. Inhalation anthrax occurred too infrequently to assess the protective effect of the vaccine against this form of the disease.

The Center for Disease Control has continued to collect data on the occurrence of anthrax in at-risk industrial settings. These data were summarized for the period 1962 to 1974. Twenty-seven cases were identified. Three cases were not mill employees, but worked in or near mills; none of these cases were vaccinated. Twenty-four cases were mill employees; three were partially immunized (one with 1 dose, two with 2 doses); the remainder (89 percent) being unvaccinated. Therefore, no cases have occurred in fully vaccinated subjects while the risk of infection has continued. These observations lend further support to the effectiveness of the product.

### Special Problems

Anthrax vaccine poses no serious special problems other than the fact that its efficacy against inhalation anthrax is not well documented. This question is not amenable to study due to the low incidence and sporadic occurrence of the disease. In fact, the industrial setting in which the studies above were conducted is vanishing, precluding any further clinical studies.

In any event, further studies on this vaccine would receive low priority for available funding.

### Recommendations

The Panel believes that [page 51059] there is sufficient evidence to conclude that anthrax vaccine is safe and effective under the limited circumstances for which this vaccine is employed.

### Reference

1. Brachman, P.S., H. Gold, S.A. Plotkin, R. Fekety, M. Werrin, and N.R. Ingraham, "Field Evaluation of a Human Anthrax Vaccine," American Journal of Public Health, 52:632-645, 1962.

SPECIFIC PRODUCT REVIEW

Anthrax Vaccine Adsorbed Manufactured by Bureau of Laboratories, Michigan Department of Public Health

1. *Description.* Anthrax vaccine adsorbed is an aluminum hydroxide adsorbed preparation of protective antigen of *Bacillus anthracis.* The product is prepared from a microaerophilic culture of an avirulent, nonproteolytic, nonencapsulated strain. The product contains 0.83 mg of aluminum per single human dose (0.5 mL) and is preserved with 0.0025 percent benzethonium chloride. Not more than 0.0037 percent formaldehyde is added as a stabilizer.

2. *Labeling.*
    A. *Recommended use / indications.* This product is intended solely for immunization of high risk of exposure industrial populations such as individuals who contact imported animal hides, furs, bone meal, wool, hair (especially goat hair), and bristles. It is also recommended for laboratory investigators handling the organism. Primary immunization consists of 6 subcutaneous 0.5 mL injections at 0, 2, and 4 weeks and 6, 12, and 18 months. Subsequent boosters at yearly intervals are recommended.
    B. *Contraindications.* Prior anthrax infection is an absolute contraindication. Immunization should be avoided in acute respiratory disease or other active infections. Corticosteroid therapy should be avoided in acute respiratory disease or other active infections. Corticosteroid therapy may suppress response. Further immunization should be discontinued in those rare individuals who suffer severe systemic reactions.

3. *Analysis -*
    A. Efficacy
        i. *Animal.* This product meets Federal requirements<.
        ii. *Human.*The vaccine manufactured by the Michigan Department of Public Health has not been employed in a controlled field trial. A similar vaccine prepared by Merck Sharp & Dohme for Fort Detrick was employed by Brachman (Ref. 1) in a placebo-controlled field trial in mills processing imported goat hair. This vaccine appeared 93 percent protective (lower 95 percent confidence level = 65 percent protective) against cutaneous anthrax. No meaningful assessment of its value against inhalational anthrax is possible due to its low incidence. The Michigan Department of Public Health vaccine is patterned after that of the Merck Sharp & Dohme with various minor production changes. It has been distributed by the Center for Disease Control since 1966, first as an investigational new drug and since 1972 as a licensed product. A review of the Center for Disease Control data pertinent to this product for the period 1962 to 1974 in at risk industrial settings indicates that no cases have occurred in fully immunized workers (see Generic Statement).

4. *Safety.*
    A. *Animal.* This product meets Federal requirements.
    B. *Human.*Accumulated data for the Center for Disease Control suggests that this

17

product is fairly well tolerated with the majority of reactions consisting of local erythema and edema. Severe local reactions and systemic reactions are relatively rare.

5. *Benefit / risk ratio.* This vaccine is recommended for a limited high-risk of exposure population along with other industrial safety measures designed to minimize contact with potentially contaminated material. The benefit-to-risk assessment is satisfactory under the prevailing circumstances of use.

6. *Labeling.* The labeling seems generally adequate. There is a conflict, however, with additional standards for anthrax vaccine. Section 620.24(a) (21 CFR 620.24(a)) defines a total primary immunizing dose a 3 single doses of 0.5 mL. The labeling defines primary immunization as 6 doses (0, 2, and 4 weeks plus 6, 12, and 18 months).

7. *Critique.* This product appears to offer significant protection against cutaneous anthrax in fully immunized subjects. This is adequately established by the controlled field trial of the very similar Merck Sharp & Dohme experimental vaccine and by the Center for Disease Control surveillance data conducted on industrial high-risk settings.

8. *Recommendations.* The Panel recommends that this product be placed in Category I and that the appropriate license(s) be continued because there is substantial evidence of safety and effectiveness for this product. Labeling revisions in accordance with this Report are recommended.

Reference

(1) Brachman, P.S., H. Gold, S.A. Plotkin, R. Fekety, M. Werrin, and N.R. Ingraham, "Field Evaluation of a Human Anthrax Vaccine," American Journal of Public Health, 52:632-645, 1962.

## [Excerpt from page 51104]

A. *Regulatory Categories*

1. The Panel recommended that bacterial vaccines and toxoids be grouped into regulatory categories as follows:

   a. Category I

   1. Licensed biological products determined to be safe and effective and not misbranded [and may continue in interstate commerce]: Collagenase, Advance Biofactures Corp., License No. 383; Tetanus Immune Globulin (Human), Armour Pharmaceutical Co., License No. 149; BCG Vaccine, Botulism Antitoxin (Types A, B, and E), Botulism Antitoxin (Type E), Tetanus Toxoid, Connaught Laboratories, Ltd., License No. 73; Plague Vaccine, Tetanus Immune Globulin (Human), Cutter Laboratories, Inc., License No. 8; Diphtheria and Tetanus Toxoids and Pertussis Vaccine Adsorbed, Eli Lilly & Co., License No. 56; BCG Vaccine, Glaxo Laboratories, Ltd., License No. 337; Diphtheria Antitoxin, Diphtheria Toxoid Adsorbed, Tetanus Toxoid Adsorbed, Istituto Sieroterapico Vaccinogeno Toscano Sclavo, License No.238; Cholera Vaccine, Tetanus Immune Globulin (Human), Lederle Laboratories, Division American Cyanamid Co., License No. 17; Diphtheria and Tetanus Toxoids Adsorbed, Diphtheria and Tetanus and Pertussis Toxoids Adsorbed, Tetanus and Diphtheria Toxoids Adsorbed (For Adult Use), Tetanus Immune Globulin (Human), Tetanus Toxoid Adsorbe, Typhoid Vaccine,

18

Massachusetts Public Health Biologic Laboratories, License No. 64; Tetanus Immune Globulin (Human), Merck Sharp and Dohme, Division of Merck & Co., Inc., License No. 2; Anthrax Vaccine Adsorbed, Diphtheria and Tetanus Toxoids and Pertussis Vaccine Adsorbed, Pertussis Vaccine Adsorbed, Typhoid Vaccine, Michigan Department of Public Health, License No. 99; Tetanus Immune Globulin (Human), Parke-Davis, Division of Warner-Lambert Co., License No. 1: Tetanus Immune Globulin (Human), Travenol Laboratories, Inc., Hyland Therapeutics Division, License No. 140; BCG Vaccine, University of Illinois, License No. 188; and Cholera Vaccine, Tetanus Immune Globulin (Human), Typhoid Vaccine (acerone inactivated), Typhoid Vaccine (heat-phenol inactivated), Wyeth Laboratories, Inc.., License No.3.

2. Biological products also recommended for category I but for which product license has been revoked at the manufacturers request subsequent to the Panel's review. Diphtheria Toxoid, Connaught Laboratories, Ltd., License No. 73; Tetanus Toxoid, Cutter Laboratories, Inc., License No. 8; Diphtheria and Tetanus Toxoids and Pertussis Vaccine Adsorbed (with aluminum phosphate), Tetanus Immune Globulin (Human), Dow Chemical Co., License No. 110; Cholera Vaccine, Pertussis Vaccine, Typhoid Vaccine, Eli Lilly & Co., License No. 56; Streptokinase-Streptodornase (Varidase, Topical), Lederle Laboratories, Division American Cyanamid Co., License No. 17; Cholera Vaccine, Diphtheria and Tetanus Toxoids and Pertussis Vaccine Adsorbed, Diphtheria Antitoxin, Merril-National Laboratories, Division of Richardson-Merrell, Inc., License No. 101; Tetanus Immune Globulin (Human), Michigan Department of Public Health, License No., 99; Tetanus Immune Globulin (Human), Oesterrichisches Institut fuer Haemoderivate GmbH, License No. 258; Diphtheria and Tetanus Toxoids and Pertussis Vaccine Adsorbed, Parke-Davis, Division of Warner-Lambert Co., License No. 1; and Pertussis Vaccine, Typhoid Vaccine, Texas Department of Health Resources, License No. 121.

A list of all voluntarily revoked products reviewed by the Panel, with the date of the license revocation, is on file with FDA's Dockets Management Branch (address above). No further regulatory or administrative action is necessary for these products.

Merrell-National Laboratoriers, Division of Richardson-Merrell, Inc., transferred its manufacturing processes and facilities for manufacturing Diphtheria and Tetanus Toxoids and Pertussis Vaccine Adsorbed, and Diphtheria Antitoxin to Connaught Laboratories, Inc. Connaught Laboratories was issued License No. 711 on January 3, 1978, FDA advises that all comments and recommendations directed to the Merrell-National products apply equally to the products now manufactured by Connaught Laboratories, Inc.

FDA agrees with the Panel's findings and recommendations for these products, and hereby proposes to adopt its conclusions, including proposed labeling revisions concerning the intended use of the products. Comments or additional data on this classification are invited.

a. *Category II. Biological products determined to be unsafe or ineffective or to be misbranded and which should not continue in interstate commerce:*

Streptokinase-Streptodornase Varidase-buccal tablet, intramuscular, and oral tablet dosage forms), Lederle Laboratories, Division American Cyanamid Co., License No. 17.

Lederle Laboratories was licensed for the manufacture and sale of five forms of Streptokinase-



CAUSE NO. 19710*JG02

| | | |
|---|---|---|
| STEPHEN PYBURN and LAURA PYBURN, | § | IN THE DISTRICT COURT |
|   Individually and as Next Friend of | § | |
| **BAILEY CARSON PYBURN;** | § | |
| **MARK PATTERSON** and **SHANNA** | § | |
| **PATTERSON,** Individually and as Next Friend of | § | |
| **KRISTAN SHAY PATTERSON;** and | § | |
| **ROBERT NEEDS** and **MELINDA NEEDS,** | § | |
|   Individually and as Next Friend of | § | |
| **JACOB RILEY NEEDS,** | § | |
| | § | |
|        Plaintiffs, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **AVENTIS PASTEUR, INC.,** | § | BRAZORIA COUNTY, TEXAS |
|   Individually and as Successor-in-Interest to | § | |
| CONNAUGHT LABORATORIES, INC., | § | |
| PASTEUR MERIEUX, and PASTEUR | § | |
| MERIEUX CONNAUGHT; *et al.,* | § | |
| | § | |
|       Defendants. | § | 239th JUDICIAL DISTRICT |

## SIGMA-ALDRICH CORPORATION'S OBJECTIONS AND RESPONSES TO THE DOW CHEMICAL COMPANY'S REQUEST FOR ADMISSIONS, <u>SUBJECT TO ITS MOTION TO TRANSFER VENUE</u>

TO:   Defendant The Dow Chemical Company, by and through their attorneys of record, John R. Gilbert and Lawrence P. Hampton, Gilbert & Gilbert, 222 N. Velasco Street, Angleton, Texas 77516-1819.

COMES NOW Defendant Sigma-Aldrich Corporation and, pursuant to the Texas Rules of Civil Procedure, files and serves its Objections and Responses to The Dow Chemical Company's Request for Admissions, subject to its Motion to Transfer Venue. Sigma-Aldrich Corporation also files and serves these objections and responses subject to a Protective Order to be entered in this case.

21

Respectfully submitted,

McCAULEY, MACDONALD & DEVIN, P.C.

By: _____

David M. Macdonald
State Bar No. 12755300

3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
(214) 744-3300
(214) 747-0942 (Facsimile)

**ATTORNEYS FOR DEFENDANTS
SIGMA-ALDRICH CORPORATION AND
SIGMA-ALDRICH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel for The Dow Chemical Company via facsimile, and via regular U.S. mail to all other counsel of record, on this _____ day of October, 2002:

Mr. John R. Gilbert
Mr. Lawrence P. Hampton
Gilbert & Gilbert
222 N. Velasco Street
P.O. Box 1819
Angleton, TX 77516-1819

Mr. C. Andrew Waters
Waters & Kraus, LLP
3219 McKinney Ave., Ste. 3000
Dallas, TX 75204

Mr. Robert J. Talaska
The Talaska Law Firm, PLLC
1415 North Loop West, Suite 200
Houston, Texas 77008

22

Mr. Vaughn O. Stewart
Attorney at Law
115 N. Dixie Drive, Suite 500
Lake Jackson, Texas 77566

Ms. R. Jo Reser
Mr. Brian D. Metcalf
Ray, McChristian & Jeans, P.C.
The Nowlin Building
9311 San Pedro, Ste. 700
San Antonio, Texas 78216

Ms. Marsha M. Piccone
Ms. Catherine A. Lemon
Ms. Kimberley P. Cronin
Faegre & Benson, LLPC
370 Seventeenth Street, Ste. 2500
Denver, CO 80202-4004

Mr. Richard C. Danysh
Bracewell & Patterson, LLP
800 One Alamo Center, Ste. 2500
106 South St. Mary's, Suite 800
San Antonio, TX 78205-3603

Mr. Douglas W. Poole
McLeod, Alexander, Powel & Apffel
802 Rosenberg
Post Office Box 629
Galveston, TX 77553-0629

Mr. Andrew See
Ms. Debbie Moeller
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118

23

Mr. Jeffrey A. Wolff
Mr. Edward J. Patterson
Fulbright & Jaworski, LLP
1301 McKinney Street, Ste. 5100
Houston, TX 77010-3095

Ms. Stephanie A. Smith
Fulbright & Jaworski, LLP
600 Congress Avenue, Ste. 2400
Austin, TX 78701-3271

Mr. Richard L. Josephson
Mr. Paul R. Elliott
Mr. Douglas B. Roberson
Baker Botts, LLP
3000 One Shell Plaza
910 Louisiana
Houston, TX 77002

Mr. David P. Poole
Hunton & Williams
1601 Bryan Street, 30th Floor
Dallas, TX 75201-3402

Mr. Michael R. Klatt
Ms. Susan E. Burnett
Mr. Jeffrey R. Lilly
Clark, Thomas & Winters, PC
P. O. Box 1148
Austin, TX 78767-1148

David M. Macdonald

24

## DEFENDANT SIGMA-ALDRICH CORPORATION'S OBJECTIONS TO THE DOW CHEMICAL COMPANY'S DEFINITIONS AND INSTRUCTIONS

1. Sigma-Aldrich Corporation objects to each instruction and definition stated by The Dow Chemical Company in its Request for Admissions to the extent such Instructions and Definitions exceed the requirements and scope of permissible discovery under the Texas Rules of Civil Procedure. In responding to the Request for Admissions, Sigma-Aldrich Corporation will comply with the Texas Rules of Civil Procedure.

2. Sigma-Aldrich Corporation objects to each definition to the extent it calls on or would require Sigma-Aldrich Corporation to respond for any person or entity other than on its own behalf.

3. Sigma-Aldrich Corporation objects to each definition to the extent it is overly broad, vague and ambiguous and/or seeks information which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Sigma-Aldrich Corporation further objects to each definition to the extent that it is not limited to any time period relevant to this lawsuit nor to any particular product at issue in this lawsuit and, as such, constitutes an impermissible fishing expedition which is prohibited by the Texas Rules of Civil Procedure and Texas case law. *See K-Mart Corp. v. Sanderson*, 937 S.W.2d 429 (Tex. 1996). It is Plaintiffs' burden to prove that Defendants Sigma-Aldrich Corporation supplied any product which allegedly caused injury to the minor plaintiffs and/or allegedly caused Plaintiffs' damages. *Gaulding v. Celotex Corporation*, 772 S.W.2d 66 (Tex. 1989).

4. Sigma-Aldrich Corporation objects to the definition of "you" because it is overbroad, unduly burdensome, harassing and exceeds the permissible scope of discovery as set forth in the Texas Rules of Civil Procedure. The responses and objections provided herein are only on behalf of Sigma-Aldrich Corporation.

## DEFENDANT SIGMA-ALDRICH CORPORATION'S SPECIFIC OBJECTIONS APPLICABLE TO AND INCORPORATED IN EACH RESPONSE

1. Sigma-Aldrich Corporation objects to each Request for Admission to the extent that it seeks trade secret, proprietary and/or confidential commercial, research or development information. Such information would be provided only upon execution of an appropriate stipulation of confidentiality and/or protective order applicable to all parties, to limit the dissemination of such documents and/or information.

2. Sigma-Aldrich Corporation objects to the phrases "each," "any," "all," or "any and all" to the extent that they are used in the Request for Admissions below because these phrases as used in the discovery requests are patently overbroad, burdensome and harassing, and constitute a fishing expedition prohibited by the Texas Rules of Civil Procedure and Texas case law. These phrases are also improper in that they seek production or disclosure of documents and

25

information privileged from disclosure pursuant to the attorney-client, joint defense, work product and party communications privileges.

3.    Sigma-Aldrich Corporation objects to each Request for Admission to the extent that it does not limit the inquiry to a specific product, products or their components at issue in this lawsuit. Without such limitation, such discovery requests are mere fishing expeditions which are prohibited by the Texas Rules of Civil Procedure and Texas case law. *K-Mart Corp. v. Sanderson*, 937 S.W.2d 429 (Tex. 1996).

4.    Sigma-Aldrich Corporation objects to each Request for Admission to the extent that it is not limited to any time-period or not sufficiently limited to any time-period at issue in this lawsuit. *In re American Optical Corporation*, 988 S.W.2d 711 (Tex. 1998).

5.    Plaintiffs have not identified any vaccine and/or any additives allegedly produced or distributed by Sigma-Aldrich Corporation that was administered to the minor plaintiff. Until they have done so, Defendant's discovery requests are premature, unduly burdensome and harassing, and constitute an impermissible fishing expedition. Sigma-Aldrich Corporation further objects to the extent Defendant's requests are overly broad, vague and ambiguous and/or seek information which is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. It is Plaintiffs' burden to prove that Defendant Sigma-Aldrich Corporation supplied a product which allegedly caused injury to the minor plaintiff and/or allegedly caused Plaintiffs' damages. *Gaulding v. Celotex Corporation*, 772 S.W.2d 66 (Tex. 1989).

6.    Sigma-Aldrich Corporation objects to each Request for Admission for the reason that Plaintiffs have not identified any Sigma-Aldrich Corporation product at issue in this lawsuit and/or which was actually administered to the minor plaintiff. It is the Plaintiffs burden to prove that Defendant Sigma-Aldrich Corporation produced or distributed a product which allegedly caused injury to the minor plaintiff and/or allegedly caused Plaintiffs' damages. *Gaulding v. Celotex Corporation*, 772 S.W.2d 66 (Tex. 1989). Until a Sigma-Aldrich Corporation product has been identified, Defendant Sigma-Aldrich Corporation objects to each request as overly broad, unduly burdensome and harassing. *In re American Optical Corporation*, 988 S.W.2d 711 (Tex. 1998).

7.    Sigma-Aldrich Corporation objects to each Request for Admission to the extent that it seeks production of information or documents that are protected by the attorney-client privilege, the work product doctrine, or any other applicable privileges or doctrines that limit discovery. Sigma-Aldrich Corporation does not intend to waive by these Responses or production of any documents, any privileges or claims of confidentiality associated with information or documents produced in this action.

8.    Sigma-Aldrich Corporation objects to responding to any discovery due to Plaintiffs' failure to satisfy the jurisdictional prerequisite of filing a petition as required by the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-11(a)(2)(A) and §300aa-

11(a)(2)(B), which failure mandates dismissal of Plaintiffs' case as this Court is without jurisdiction over this matter.

9.    Sigma-Aldrich Corporation objects to responding to any discovery because *all* discovery is prohibited except as permitted by order of the special master in the Vaccine Court: "There may be no discovery in a proceeding on a petition other than the discovery ordered by the special master." 42 U.S.C. §300aa-12(d)(3)(B)(v). The Vaccine Act also provides that the special master "may provide for limitations on discovery . . . to replace the usual rules of discovery in a civil action in the United States Court of Federal Claims." 42 U.S.C. §300aa-12(d)(2)(E).

## DEFENDANT SIGMA-ALDRICH CORPORATION'S OBJECTION AND RESPONSES TO DEFENDANT'S REQUEST FOR ADMISSIONS

Subject to, relying on and without waiving the above objections, and subject to its Motion to Transfer Venue, Sigma-Aldrich Corporation responds as follows to The Dow Chemical Company's Request for Admissions.

1.    Admit that you did not buy, obtain or in any manner receive thimerosal from The Dow Chemical Company during the time frame 1980 - 2000.

**RESPONSE:**

Sigma-Aldrich Corporation objects to this Request on the ground that Plaintiffs have no information that the minor plaintiff received any product manufactured or distributed by Defendant Sigma-Aldrich Corporation, and this Request is not limited to any vaccine or product at issue in this lawsuit. Sigma-Aldrich Corporation further objects to this Request for the reason that it is not limited to any time period relevant to this lawsuit and as such is overly broad and harassing, and does not seek information that is relevant or reasonably calculated to lead to the discovery of admissible evidence.

Subject to the foregoing objections, Sigma-Aldrich Corporation responds that it is a holding company which made no purchases of any products from 1980 to 2000, including thimerosal, and therefore Sigma-Aldrich Corporation admits this Request. Sigma-Aldrich Corporation further responds that no information or records have been located to date indicating that its affiliates or subsidiaries, including but not limited to Sigma-Aldrich, Inc., made domestic purchases of thimerosal directly from The Dow Chemical Company from 1980 to 2000.

27

2.    Admit that you did not use any thimerosal obtained in any manner from The Dow Chemical

Company in any thimerosal-containing pediatric vaccines which you manufactured and/or

sold in the time frame 1980 - 2000.

RESPONSE:

Sigma-Aldrich Corporation objects to this Request on the ground that Plaintiffs have no information that the minor plaintiff received any product manufactured or distributed by Defendant Sigma-Aldrich Corporation, and this Request is not limited to any vaccine or product at issue in this lawsuit. Sigma-Aldrich Corporation further objects to this Request for the reason that it is not limited to any time period relevant to this lawsuit and as such is overly broad and harassing, and does not seek information that is relevant or reasonably calculated to lead to the discovery of admissible evidence. Sigma-Aldrich Corporation further objects on the ground that it does not manufacture or distribute any "pediatric vaccine products."

Subject to the foregoing objections, Sigma-Aldrich Corporation responds that it is a holding company which did not purchase or use products from The Dow Chemical Company, including thimerosal, and did not manufacture or sell any products, including pediatric vaccines, from 1980 to 2000, and therefore admits this Request. Sigma-Aldrich Corporation further responds that based on the information known at this time, its affiliates and subsidiaries, including but not limited to Sigma-Aldrich, Inc., did not use thimerosal from The Dow Chemical Company because no information or records have been located to date indicating that its affiliates or subsidiaries made domestic purchases of thimerosal directly from The Dow Chemical Company from 1980 to 2000. Further, Sigma-Aldrich Corporation's affiliates and subsidiaries, including but not limited to Sigma-Aldrich, Inc., did not manufacture or sell pediatric vaccines.

28

CAUSE NO. 19710*JGO2

| | | |
|---|---|---|
| STEPHEN PYBURN and LAURA PYBURN, | § | IN THE DISTRICT COURT OF |
| Individually and as Next Friend of BAILEY | § | |
| CARSON PYBURN; MARK PATTERSON and | § | |
| SHANNA PATTERSON, Individually and as | § | |
| Next Friend of KRISTAN SHAY PATTERSON; | § | |
| And ROBERT NEEDS and MELINDA NEEDS, | § | |
| Individually and as Next Friend of | § | |
| JACOB RILEY NEEDS, | § | BRAZORIA COUNTY, TEXAS |
| | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | |
| | § | |
| AVENTIS PASTEUR, INC., et al. | § | |
| | § | |
| Defendants. | § | 239TH JUDICIAL DISTRICT |

## SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE'S OBJECTIONS AND RESPONSES TO REQUESTS FOR ADMISSIONS OF DEFENDANT THE DOW CHEMICAL COMPANY

To:     The Dow Chemical Company, by and through their attorney of record, John R. Gilbert, Gilbert & Moore, PLLC, 222 North Velasco, P.O. Box 1819, Angleton, Texas 77516-1819.

Pursuant to Rules 193 and 198 of the Texas Rules of Civil Procedure, SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("SB") submits its Objections and Responses to Requests for Admissions of Defendant The Dow Chemical Company.

29

Respectfully submitted,

FULBRIGHT & JAWORSKI L.L.P.

Jeffrey S. Wolff
  State Bar No. 21865900
Carol S. Butner
  State Bar No. 03537300
Charles Jason Rother
  State Bar No. 24013423
1301 McKinney, Suite 5100
Houston, TX 77010-3095
(713) 651-5151 – telephone
(713) 651-5246 – telecopier

Stephanie A. Smith
  State Bar Number 18684200
600 Congress Avenue, Suite 2400
Austin, Texas  78701
(512) 474-5201 – telephone
(512) 320-4598 – telecopier

**ATTORNEYS FOR DEFENDANT,
SMITHKLINE BEECHAM
CORPORATION D/B/A
GLAXOSMITHKLINE**

30

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on October 8, 2002, on the following counsel:

C. Andrew Waters – *Pyburn Plaintiffs*
Waters & Kraus, LLP
3219 McKinney Avenue, Suite 3000
Dallas, TX 75204
*and*
Daniel D. Gartner – *Patterson Plaintiffs*
The Gartner Law Firm, P.C.
Three Riverway, 18th Floor
Houston, Texas 77056
*and*
Robert J. Talaska – *Needs Plaintiffs*
The Talaska Law Firm, P.L.L.C.
1415 North Loop West, Suite 200
Houston, Texas 77008
*and*
Vaughan O. Stewart – *All Plaintiffs*
115 North Dixie Drive, Suite 500
Lake Jackson, Texas 77566
**Attorneys for Plaintiffs**

Michael Klatt
Clark, Thomas & Winters
P.O. Box 1148
Austin, Texas 78767
**American Home Products Corporation
Wyeth-Ayerst Laboratories, Division of
American Home Products Corporation
A.H. Robins Company, Inc.**

John Gilbert
Gilbert & Moore
P.O. Box 1819
Angleton, Texas 77516
**Dow Chemical Co.**

David M. MacDonald
McCauley, MacDonald & Devin
3800 Renaissance Tower, 1201 Elm Street
Dallas, Texas 75270-2014
**Sigma Aldrich Corporation**

David P. Poole
Huton & Williams
1601 Bryan Street, 30th Floor
Dallas, Texas 75201-3402
**TXU US Holdings Company**

Diane Panian
Shook, Hardy & Bacon L.L.P.
Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
*and*
Debbie Moeller
Shook, Hardy & Bacon, LLP
1200 Main Street
Kansas City, MO 64105-2118
*and*
Douglas W. Poole
McLeod, Alexander, Powel & Apffel
802 Rosenberg
P.O. Box 629
Galveston, Texas 77553-0629
**Eli Lilly and Company**

Marcia M. Piccone
2500 Republic Plaza, 370 Seventeenth Street
Denver, CO 80202-4004
*and*
R. Jo Reser
Ray McChristianson & Jeans
9311 San Pedro, Suite 700
San Antonio, Texas 78216
**Aventis Pasteur, Inc.**

Richard Josephson
Baker Botts L.L.P.
3000 One Shell Plaza, 910 Louisiana
Houston, Texas 77002
**Merck & Co., Inc.**

31

_____
Charles Jason Rother

## OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS

1.  Defendant objects to the definition of "You" because it is overbroad, unduly burdensome, harassing and exceeds the permissible scope of discovery as set forth in the Texas Rules of Civil Procedure. The entity responsible for the distribution of the childhood vaccine products potentially at issue in this lawsuit is SmithKline Beecham Corporation d/b/a GlaxoSmithKline and the answers provided herein will be on behalf of SmithKline Beecham Corporation d/b/a GlaxoSmithKline only.

2.  Defendant objects to the "Instructions" in their entirety to the extent they exceed the permissible scope of discovery set forth in the Texas Rules of Civil Procedure. Defendant will comply with the Texas Rules of Civil Procedure when responding to this discovery.

32

## SPECIFIC OBJECTIONS APPLICABLE TO EACH
### REQUEST FOR ADMISSION

1. Defendant objects to each request because plaintiffs have failed to satisfy the jurisdictional prerequisite of filing a petition for compensation under the National Vaccine Injury Compensation Program as required by 42 USC § 300aa-11 (a)(2)(A) and § 300aa-11 (a)(2)(B) and, accordingly, this court is without jurisdiction over this matter.

33

## RESPONSES TO REQUEST FOR ADMISSIONS

1. Admit that you did not buy, obtain or in any manner receive thimerosal from The Dow Chemical Company during the time frame 1980-2000.

   **RESPONSE:** Defendant objects to this request because it is overbroad, unduly burdensome and harassing.

   Subject to and without waiving the foregoing objections, Defendant admits that it has distributed pediatric vaccines in the United States since 1989 and, according to its records, none of its pediatric vaccines distributed in the United States from 1989 to 2000 contained thimerosal purchased from The Dow Chemical Company.

2. Admit that you did not use any thimerosal obtained in any manner from The Dow Chemical Company in any thimerosal-containing pediatric vaccines which you manufactured and/or sold in the time frame 1980-2000.

   **RESPONSE:** Defendant objects to this request because it is overbroad, unduly burdensome and harassing.

   Subject to and without waiving the foregoing objections, Defendant admits that it has distributed pediatric vaccines in the United States since 1989 and, according to its records, none of its pediatric vaccines distributed in the United States from 1989 to 2000 contained thimerosal purchased from The Dow Chemical Company.

34

CAUSE NO. 19710*JG02

| | |
|---|---|
| STEPHEN PYBURN and LAURA PYBURN, ) | IN THE DISTRICT COURT |
| Individually and as Next Friend of ) | |
| BAILEY CARSON PYBURN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | BRAZORIA COUNTY, TEXAS |
| ) | |
| AVENTIS PASTEUR, INC., ) | |
| Individually and as Successor-in-Interest ) | |
| to CONNAUGHT LABORATORIES, INC., ) | |
| PASTEUR MERIEUX, and PASTEUR ) | |
| MERIEUX CONNAUGHT, et al., ) | |
| ) | |
| Defendants. ) | 239TH JUDICIAL DISTRICT |

### DEFENDANT ELI LILLY AND COMPANY'S RESPONSES TO REQUESTS FOR ADMISSIONS OF DEFENDANT THE DOW CHEMICAL COMPANY DIRECTED TO LISTED DEFENDANTS, SUBJECT TO ITS MOTION TO TRANSFER VENUE AND ITS MOTION FOR ENTRY OF A "LONE PINE" DISCOVERY MANAGEMENT ORDER AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Pursuant to the Texas Rules of Civil Procedure, Defendant **ELI LILLY AND COMPANY** ("Lilly"), through its attorneys, files this response to the Requests for Admissions of Defendant The Dow Chemical Company Directed to Listed Defendants, Subject to Eli Lilly and Company's Motion to Transfer Venue and Eli Lilly and Company's Motion for Entry of a "Lone Pine" Discovery Management Order and Memorandum of Law in Support Thereof.

1.     Admit that you did not buy, obtain or in any manner receive thimerosal from The Dow Chemical Company during the time frame 1980 - 2000.

RESPONSE:

ADMIT.

136526.1

35

2.    Admit that you did not use any thimerosal obtained in any manner from The Dow chemical

Company in any thimerosal-containing pediatric vaccines which you manufactured and/or sold in

the time frame 1980 - 2000.

RESPONSE:

ADMIT.

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____

Sandra L. Phillips
State Bar No. 15262860
Diana L. Panian
State Bar No. 24007799
Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002
(713) 227-8008 (telephone)
(713) 227-9508 (facsimile)

and    Jeffery a. Kruse [of counsel]
SHOOK, HARDY & BACON L.L.P.
1200 Main Street
Kansas City, MO 64105-2118
Phone: 816-474-6550
Fax: 816-421-5547

and

Randy E. Moore
State Bar No. 14363450
The Moore Law Firm
7 West Way Court, Suite C
Lake Jackson, Texas 77566

ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was forwarded by fax and/or certified mail, return receipt requested, to all parties of record, on the 8th day of October, 2002 as follows:

C. Andrew Waters
Dana C. Fox
Waters & Kraus, LLP
3219 McKinney Ave., Suite 3000
Dallas, Texas 75204

Mr. Scott Carlson
21523 Rio Colorado
San Antonio, TX 78259

Marsha M. Piccone
Jeanne E. Walker
Patrick T. Madigan
Faegre & Benson, L.L.P.
2500 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202

R. Jo Reser
Brian Metcalf
Ray, McChristian & Jeans, P.C.
The Nowlin Building
9311 San Pedro, Suite 700
San Antonio, Texas 78216

David MacDonald
Sudie Thompson
McCauley, MacDonald, Devin
 & Huddleston
1201 Elm Street, Suite 3800
Dallas, Texas 75270

Richard Josephson
Paul R. Elliott
Douglas B. Roberson
Baker Botts L.L.P.
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002

Michael R. Klatt
Susan E. Burnett
Jeff Lilly
Clark, Thomas & Winters, P.C.
P. O. Box 1148
Austin, Texas 78767

Stephanie A. Smith
Stacey Martinez
Fulbright & Jaworski L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701

Jeffrey S. Wolff
Fulbright & Jaworski LLP
1301 Mckinney Street Suite 5100
Houston, Texas 77010

John R. Gilbert
Jeffrey Kyle
Gilbert & Gilbert
222 North Velasco
P. O. Box 1819
Angleton, Texas 77516-1819

Vaughan O Stewart
115 N. Dixie Drive, Suite 500
Lake Jackson, TS 77566

Daniel D Gartner
The Gartner Law Firm
Three Riverway, 18th Floor
Houston Tx 77056

Robert J Talaska
Theodore G Skarbowski
Timothly L Culberson
The Talaska Law Firm PLLC
1415 North Loop West, Suite 200
Houston TX 77008

37

David Poole
Delwin E. Hervey
Hunton & Williams
Energy Plaza, 1601 Bryan, Suite 3000
Dallas, TX 75201-3402

Douglas W. Poole
McLeod, Alexander, Powel & Apffel, P.C.
802 Rosenburg St., P.O. Box 629
Galveston, TX 77553-0629

Diana L. Panian

38



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JAY BLACKMON and KENDEL BLACKMON, Individually and as Next Friend of TODD CHRISTOPHER BLACKMON; NORMAN KUEHN and MELISSA KUEHN, Individually and as Next Friend of BRANDON HILTON KUEHN; and TIM SCOTT and SHARON SCOTT, Individually and as Next Friend of COLBY BRENNAN SCOTT, | § § § § § § § § § | |
| *Plaintiffs,* | § § § | |
| V. | § § § | CIVIL ACTION NO. G-02-179 |
| AMERICAN HOME PRODUCTS CORPORATION, d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH-AYERST LABORATORIES, WYETH LEDERLE, WYETH LEDERLE VACCINES, and LEDERLE LABORATORIES; AVENTIS PASTEUR, INC., Individually and as Successor-in-Interest to CONNAUGHT LABORATORIES, INC., PASTEUR MERIEUX, and PASTEUR MERIEUX CONNAUGHT; THE DOW CHEMICAL COMPANY; ELI LILLY AND COMPANY; EM INDUSTRIES, INC., Individually and as Successor-in-Interest to EMERCK; GDL INTERNATIONAL, INC.; GLAXOSMITHKLINE, Individually and as Successor-in-Inter est to SMITHKLINE BEECHAM CORPORATION; MERCK & CO., INC.; SIGMA-ALDRICH CORPORATION, Individually and as Successor-in-Interest to SIGMA-ALDRICH, INC.; SIGMA-ALDRICH, INC., Individually and as Successor-in-Interest to SIGMA-ALDRICH CORPORATION; and SPECTRUM CHEMICAL MANUFACTURING, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § § | |

53



MAY 0 3 2002

## DEFENDANT SPECTRUM LABORATORY PRODUCTS, INC.'S
## ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

TO:    Plaintiffs' by and through their counsel of record, C. Andrew Waters, Waters & Kraus, L.L.P., 3219 McKinney Avenue, Suite 3000, Dallas, Texas 75204.

COMES NOW, Spectrum Laboratory Products, Inc., (hereinafter "Defendant"), Defendant

in the above-entitled and numbered cause, and pursuant to Texas Rules of Civil Procedure 193

and 197 and Federal Rules of Civil Procedure 26(b) and 33, make and serve this their Answers to

Plaintiffs' First Set of Interrogatories.

Respectfully submitted,

COOPER & SCULLY, P.C.

By:_____

JOHN A. SCULLY
State Bar No. 17936500
Southern District No. 16655
(Attorney in Charge)

MARCOS A. ADROGUÉ
State Bar No. 24025831
2700 Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: 713.236.6801
Facsimile: 713.236.6880
**Attorneys Defendant**
**Spectrum Laboratory Products, Inc.**

54

## CERTIFICATE OF SERVICE

I certify that a correct copy of this document was sent to the following counsel of record pursuant to the Federal Rules of Civil Procedure on this 1ˢᵗ day of May, 2002.

CM/RRR
Peter Moir
Tanja Martini
C. Andrew Waters
Melissa A. Miles
WATERS & KRAUS, L.L.P.
3219 McKinney Avenue, Suite 3000
Dallas, Texas 75204
**Attorneys for Plaintiffs**

Via Regular Mail:
Marie Woodbury
Debbie Moeller
SHOOK, HARDY & BACON, L.L.P.
1200 Main Street
Kansas City, MO 64105-2118
**Attorney for Eli Lilly and Company**

Barclay A. Manley
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
**Attorneys for SmithKline Beecham Corporation d/b/a GlaxoSmithKline**

John Gilbert
GILBERT & MOORE
222 North Velasco
Post Office Box 1819
Angleton, Texas 77516-1819
**Attorney for The Dow Chemical Company**

Michael R. Klatt
CLARK, THOMAS & WINTERS
Post Office Box 1148
Austin, Texas 78767
**Attorney for American Home Products**

Via Regular Mail
David M. Macdonald
Sudie Thompson
McCAULEY, MACDONALD & DEVIN, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
**Attorney for Sigma-Aldrich Corporation and Sigma-Aldrich, Inc.**

Marc Sheiness
SHEINESS, SCOTT, CROSSMAN & COHN
1001 McKinney, Suite 1400
Houston, Texas 77002
**Attorney for EM Industries, Inc.**

Richard L. Josephson
BAKER BOTTS, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
**Attorney for Merck & Co., Inc.**

John M. Ribarits
ABBOTT, SIMSES & Kuchler
1360 Post Oak Blvd., Suite 1700
Houston, Texas 77056
**Attorney for GKL International, Inc.**

R. Jo Reser
RAY, McCHRISTIAN & JEANS, P.C.
The Nowlin Building
9311 San Pedro, Suite 700
San Antonio, Texas 78216
**Attorney for Aventis**

JOHN A. SCULLY

55

## INTERROGATORIES

### INTERROGATORY NO: 3:

If you have ever manufactured or sold thimerosal, ethylmercury, or merthiolate, please state the name of any company to whom you sold, shipped or distributed such product within the last ten (10) years, and your understanding of the customers' intended use for such products in the last ten years.

### ANSWER:

See list attached hereto of companies to whom Spectrum has sold Thimersal.

*56*

# ANSWER TO INTERROGATORY #3

| DATE/SHIPTO (OR INVICE) | SHIP NAME | ADDRESS | ITEM | DESCR | UM | INV DATE | QTY (U)# |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL DISCOVERY MATERIAL
– These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order –

SALES HISTORY FOR III126

| CUS# | BMP NAME | ADDRESS(ES) | ITEM# | DESIGN | INV# | INV DATE | QTY | UOM |
|------|----------|-------------|-------|--------|------|----------|-----|-----|

*(Table content illegible due to low image resolution.)*

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order -

DAILY ACTIVITY FOR H1125

| CUST# | SHIP NAME | ADDRESS | ITEM# | DESCR | INV# | INVDATE | QTY | CUST# |
|-------|-----------|---------|-------|-------|------|---------|-----|-------|

CONFIDENTIAL DISCOVERY MATERIAL - These materials contain Confidential Proprietary Information and are produced subject to the Protective Order -

60

DATA REPORT FOR IH126

| CUS ID | SHIP NAME | ADDRESS | ITEM | DESCR | RVR | INV DATE | QTY | UOM |
|---|---|---|---|---|---|---|---|---|
| FCU001 | **** WILL CALL **** | | TH124-02 | THIMEROSAL USP | | | | |
| IHU004 | HORSE RECORDING & INC | 2000 COLONEL THOMSON HWY, SANTI MATTHEWS SC 29135 | TH125-04 | THIMEROSAL USP | | | | |
| USINN001 | HARDY DIAGNOSTIC | 1430 WEST McCOY LH, Santa Maria, CA CA 23465 | TH126-04 | THIMEROSAL USP | | | | |
| IHU005 | CUROLEN, INC. | 1 WEST McCOY ST, WESTMINSTER CO CO 80234 | TH126-04 | THIMEROSAL USP | | | | |
| CUII # | SHIP NAME | ADDRESS | ITEM | DESCR | RVR | INV DATE | QTY | UOM |

(Remainder of table — numerous rows of THIMEROSAL USP product entries with RVR numbers, invoice dates, quantities and UOM codes — not legibly reproducible.)

CONFIDENTIAL DISCOVERY MATERIA
— These materials contain Confidential Proprietary Information and are produced subject to the Protective Order —

61

SALES HISTORY FOR 11128

| CUST# | SHIP NAME | ADDRESS | ITEM | DESCR | INV# | INV DATE | QTY | LOT# |
|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order -

DATES HISTORY FOR 111126

| CUST# | SHIP NAME | ADDRESS | ITEM# | DESCR | | MFG DATE | QTY | LOT# |
|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL DISCOVERY MATERIAL
– These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order –

SALES HISTORY FOR ITI125

| CUST# | CUST NAME | ADDRESS | ITEM# | DESCR(S) | BUY UOM | QTY | SHIP DATE | QTY UOM |
|---|---|---|---|---|---|---|---|---|
| WYE161 | WYETH AYERST CANADA, INC. | 1900 BOUL TIMBERS BLVD BUILDING #17, ST LAURENT, QUEBEC 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| ACCU01 | ACCURATE CHEM & | 32 SUNTOWA ST, PETACH TEVA 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | ACI045 |
| CAN003 | CANBRO LTD | 10148 WYNDOTTE STREET, VAN NUYS CA 91400 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI040 |
| WYE201 | WYETH AYERST N.R.L. | 210 CAMINO CONEJO, CAMARILLO CA 91320 | ITI125.00 | THIMEROSAL USP | 100 GM | | | WYE001 |
| MED040 | MEDICAL ANALYSIS SYSTEMS | 10148 WYNDOTTE STREET, VAN NUYS CA 91400 | ITI175.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| AREMCO | AREMCO SCIENTIFIC | 31002 CAMINO CAPISTRANO, SAN JUAN CA 91320 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| MED000 | MEDICAL CHEMICAL CORP | 19042 VALLI ESS AVE : TORRANCE CA 91400 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| BAY006 | BAXTER CORP | 4004 RIVER BEND, WESTBURY NY 11600 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| FAI104 | FAMILY PHARMACY | 222 RICHMOND AVE BLDG #2, HYGIENSTOWN PA 11087 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| MED040 | MEDICAL ANALYSIS SYSTEMS | 3304 HWY RD, CAMARILLO CA 93012 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| ACCU01 | ACCURATE CHEM & | 642 FT YMII RD : ST LAURENT, QUEBEC 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| WYE201 | WYETH AYERST N.R.L. | SCIENTIFIC CORP 300 SHADES ST | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| BAY006 | BAXTER CORP | 1 BUILT RD, ANDOVER MA 01810 | ITI125.00 | THIMEROSAL USP | 100 GM | | | MAI047 |
| GEN135 | GENETICS INSTITUTE | 1900 BOUL TIMBERS BLDG #17, ST LAURENT, QUEBEC 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| GEN135 | GENETICS INSTITUTE | BLDG 2 : ST YOTII AVE BLOU #7, HYGIENSTOWN PA 17081 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| WYE201 | WYETH AYERST CANADA, INC. | 1101 FR 111 ST, BERKELEY CA 94710 | ITI125.00 | THIMEROSAL USP | 100 GM | | | MAI047 |
| BAX100 | BAXTER HEALTHCARE | A FIII #5554 1 BURLT RD, ANDOVER MA 01810 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI046 |
| WYE201 | WYETH AYERST IN CARE | 1900 BOUL TIMBERS BUILDING #17, ST LAURENT, QUEBEC 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| MED040 | MEDICAL ANALYSIS SYSTEMS | 1900 BOUL TIMBERS BLDG #17, ST LAURENT, QUEBEC 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI046 |
| WYE201 | WYETH AYERST CANADA, INC. | 642 FT YMII RD, CAMARILLO CA 93012 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| GAA000 | GAMBRO INC | 1800 BOUL TIMBERS BLDG 17, ST LAURENT, QUEBEC 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| WYE201 | WYETH AYERST CANADA, INC. | 642 FT YMII RD, CAMARILLO CA 93012 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| AUS060 | AUSTIN | 33 BUCK HWY 17, PETACH TEVA 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| MEDICON | MEDICON EQUIP. | 1800 RIVER BEND, WESTBURY NY 11600 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| MU101 | MU101 | TIMBERS BLDG 11, ST LAURENT, QUEBEC 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| UAL161 | UAL161 | Dala 0002094 — 1100 10148 WYNDOTTE STREET, VAN NUYS CA 91400 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| WYE101 | WYETH AYERST CANADA, INC. | 6010 O BRECHENRIDGE, TAMPA FL 33630 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| GEI135 | GENETICS INSTITUTE | 3418 RIVER ROAD, AMARILLO TX 78100 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| WYE201 | WYETH AYERST CANADA, INC. | 2020 SILK VATI HILL ROAD SUITE 11, SANT PAUL MN 55127 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| MED040 | MEDICAL ANALYSIS SYSTEMS | 1900 BOUL TIMBERS BLDG 17, ST LAURENT, QUEBEC 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | MAI020 |
| DOBINS | DOBBINS MEDICAL | 1 BURLT RD, ANDOVER MA 01810 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| CORI10 | CORWIN MEDICAL | 642 FT YMII RD, CAMARILLO CA 93012 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| MED104 | MEDICAL ANALYSIS SYSTEMS | 300 E FERSON ST : DURHAM NC 27703 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| CORI10 | CORWIN MEDICAL | 4016 RIVER BEND AVE, GREENWOOD IN 40142 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| SANOFI | SANOFI DIAGNOSTICS | 1900 BOUL TIMBERS BLDG 17, ST LAURENT, QUEBEC 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| ACQ100 | ACQUAINE CHEM | CITO CAIMALE CARDENAS FWD 9901 EAST DRIVE, LAREDO TX 78041 | ITI125.00 | THIMEROSAL USP | 100 GM | | | MSI001 |
| ACQ100 | ACQUAINE CHEM & EQUIPMENT | MEDICAL APPLICATIONS CORP AL GASSIM PHARMACEUTICAL, SAUDI ARABIA 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | MAI020 |
| WYE101 | WYETH AYERST CANADA, INC. | 642 FT YMII RD, CAMARILLO CA 93012 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| UAL100 | UAL100 | RUDY RUSERMEROT R 200 SHADES UNI, WESTBURY NY 11600 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| MED040 | MEDICAL ANALYSIS SYSTEMS | 1900 BOUL TIMBERS BLDG 17, ST LAURENT, QUEBEC 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| AREMCO | AREMCO SCIENTIFIC | 4016 RIVER BEND, GREENWOOD IN 40142 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI046 |
| CHU100 | CHURCH PHARMACY | A FIII FOR 27172 642 FT YMII RD, CAMARILLO CA 93012 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NEI101 |
| FIMU1 | FIMU1 | GUISETH 10724 3780 E. CREW ST, OREGON 54750 | ITI125.00 | THIMEROSAL USP | 100 GM | | | MSI001 |
| WYE101 | WYETH AYERST CANADA, INC. | 10148 WYNDOTTE STREET, VAN NUYS CA 91400 | ITI125.00 | THIMEROSAL USP | 100 GM | | | MAI020 |
| BIY000 | BIYOND | 642 FT YMII OF USHE 22PGF UO/R2195 1 BURLT ROAD, ANDOVER MA 01810 | ITI125.00 | THIMEROSAL USP | 100 GM | | | MAI020 |
| MED040 | MEDICAL ANALYSIS SYSTEMS | 1101 FR 111 ST, BERKELEY CA 94710 | ITI125.00 | THIMEROSAL USP | 100 GM | | | MAI047 |
| GEI135 | GENETICS INSTITUTE | 1 BURLT RD, ANDOVER MA 01810 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| MED040 | MEDICAL ANALYSIS SYSTEMS | 1800 BOUL TIMBERS BUILDING #17, ST LAURENT, QUEBEC 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| WYF101 | WYF AYERST CANADA, INC. | 642 FT YMII RD, CAMARILLO CA 93012 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| MED040 | MEDICAL ANALYSIS SYSTEMS | 1 BURLT RD, ANDOVER MA 01810 | ITI125.00 | THIMEROSAL USP | 100 GM | | | NCI045 |
| GAMA00 | GAMMA INC | BIO MEDICAL TIIIIGISTRIU BUILDING #17, ST LAUREN YEHUDA ST : ORAT BAYTON | ITI125.00 | THIMEROSAL USP | 100 GM | | | MWI024 |
| WYF101 | WYETH AYERST CANADA, INC. | 1900 BOUL TIMBERS BLDG SUPP 34 HWEN YEHUDA ST : ORAT BAYTON | ITI125.00 | THIMEROSAL USP | 100 GM | | | MWI024 |
| MED040 | MEDICAL ANALYSIS SYSTEMS | A TIII ACCOUNTS PAYABLE 642 FT YMII RD : ST LAURENT, QUEBEC 22 ZZZZZ | ITI125.00 | THIMEROSAL USP | 100 GM | | | MWI024 |
| MED040 | MEDICAL ANALYSIS SYSTEMS | 642 FT YMII RD : CAMARILLO CA 93012 | ITI125.00 | THIMEROSAL USP | 100 GM | | | LUI011 |

CONFIDENTIAL DISCOVERY MATERIAL
– These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order –

SALES HISTORY FOR 111125

| CUST# | SHIP NAME | ADDRESS | ITEM# | DESCR | | RX# | INV DATE | QTY | LOT# |
|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order -

SALES HISTORY FOR TH128

| CUST# | SHIP NAME | ADDRESS | ITEM# | DESCR | | INV# | INV DATE | QTY | LOT# |
|---|---|---|---|---|---|---|---|---|---|
| LUI100 | LUIPOLD PHARMACEUTICAL | ATTN RKD GREG MARCHIDE 1 LUITPOLD DRIVE; SHIRLEY NY 11967 | TH128-11008 | THIMEROSAL USP | 1 KG BL | 960172 | 7/7/00 | 1 | NP0113 |
| BAX074 | COOK IMAGING CORP | 927 S CURRY PIKE, BLOOMINGTON IN 47403 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 950109 | 6/9/00 | 1 | NP0113 |
| CHE318 | **** WILL CALL **** | Date 04/10/98 – 1200 -: Gardena Ca 90248 | TH126-11008 | THIMEROSAL USP | 1 KG BL | 520035 | 4/17/00 | 1 | NC0045 |
| DOE441 | DOE & INGALLS | SUITE C10 9040 CURRIE DAVIS DR, TAMPA FL 33019 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 519911 | 4/10/00 | 1 | NC0045 |
| AER040 | AEROBOL SERVICES CO. INC. | 14066 DON JULIAN RD.; INDUSTRY CA 91746 CA 91740 | TH126-11008 | THIMEROSAL USP | 1 KG BL | 516500 | 4/7/00 | 3 | NC0045 |
| SPE020 | SPECIALTY LABORATORY | 1762 CLOVERFIELD BLVD, SANTA MONICA CA 90404 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 519570 | 4/2/00 | 1 | NC0048 |
| USP100 | U S PHARMACOPEIA CONV. | ATTN ROBERT COLE / PO# 98700092 12601 TWINBROOK PKWY; ROCKVILLE MD 20052 | TH126-11008 | THIMEROSAL USP | 1 KG BL | 962923 | 3/13/00 | 1 | MS0071 |
| HYB001 | HYBRITECH INCORPORATED | 9856 DISTRIBUTION AVE; SAN DIEGO CA 92121 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 516000 | 3/11/00 | 1 | MS0071-A |
| BRA055 | BRAND NU LABORATORIES, INC | PO# 60145 30 MAYNARD ST, MERIDEN CT 06450 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 961234 | 2/9/00 | 8 | MS0071 |
| STE007 | STERIS LABS | PO# 98103 CODE# 020009 620 N. 51ST AVE; PHOENIX AZ 85043 | TH126-11008 | THIMEROSAL USP | 1 KG BL | 500040 | 2/6/00 | 4 | MS0071 |
| BAY306 | BAYER CORP. | 400 W STOVER AVE BLDG #7, MYERSTOWN PA 17067 | TH126-11008 | THIMEROSAL USP | 1 KG BL | 949783 | 12/31/97 | 1 | MS0071 |
| BAX074 | COOK IMAGING CORP | 927 S CURRY PIKE, BLOOMINGTON IN 47403 | TH126-11008 | THIMEROSAL USP | 1 KG BL | 946790 | 11/10/97 | 1 | MS0071 |
| STE007 | STERIS LABS | PART# 020000 620 N 51ST AVE; PHOENIX AZ 85043 | TH126-11008 | THIMEROSAL USP | 1 KG BL | 943004 | 10/14/97 | 2 | MS0071 |
| SPE800 | SPECTRUM QUALITY PRODUCTS, INC. | 14422 S SAN PEDRO ST; GARDENA CA 90248 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 943278 | 10/8/97 | 4 | MR0009 |
| SPE800 | SPECTRUM QUALITY PRODUCTS, INC. | 14422 S SAN PEDRO ST; GARDENA CA 90248 CA 90248 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 942380 | 9/22/97 | 2 | LU0011 |
| AER040 | AEROBOL SERVICES CO INC. | 14066 DON JULIAN RD ; INDUSTRY CA 91746 CA 91746. | TH125-11008 | THIMEROSAL USP | 1 KG BL | 941310 | 9/8/97 | 2 | LU0011 |
| ALC004 | ALCON CORP | 12010 S W. 114TH PLACE ; MIAMI FL 33170 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 940620 | 8/20/97 | 1 | MR0009 |
| DOE441 | DOE & INGALLS | SUITE C10 9040 CURRIE DAVIS DR., TAMPA FL 33019 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 939400 | 8/14/97 | 1 | MS0071 |
| BRA055 | BRAND-NU LABORATORIES, INC. | PO# 62720 30 MAYNARD ST; MERIDEN CT 06450 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 937722 | 7/14/97 | 6 | MS0071 |
| LUI100 | LUIPOLD PHARMACEUTICAL | ATTN: CATHY CURLEW 1 LUITPOLD DRIVE; SHIRLEY NY 11967 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 934022 | 5/29/97 | 1 | LU0011 |
| SPE800 | SPECTRUM QUALITY PRODUCTS, INC. | 14422 S SAN PEDRO ST; GARDENA CA 90248 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 932222 | 4/16/97 | 2 | LU0011 |
| STE007 | STERIS LABS | PO# 97030 CODE 97030 620 N 51ST AVE; PHOENIX AZ 85043 | TH125-11008 | THIMEROSAL USP | 1 KG BL | 929123 | 2/25/97 | 4 | LU0011 |
| GRO051 | GROUP HEALTH COOPERATIVE | ATTN PHARMACY 12400 E MARGINAL WAY SOUTH; SEATTLE WA 98168 WA 98 | TH125-02 | THIMEROSAL USP | 5 GM | 467739 | 12/20/00 | 1 | LF0243 |
| SPE800 | SPECTRUM QUALITY PRODUCTS, INC. | 14422 S SAN PEDRO ST; GARDENA CA 90248 | TH125-02 | THIMEROSAL USP | 5 GM | 925327 | 12/17/00 | 10 | LU0011 |
| HOL001 | HOLLEB LABORATORY | 30 FOREST NOTCH, COHASSET MA 02025 | TH125-02 | THIMEROSAL USP | 5 GM | 923335 | 11/11/00 | 1 | LU0011 |
| BAP031 | BAPTIST MEDICAL CENTER | ATTN RECEIVING 1160 BRUSSELS ST ; SAN ANTONIO TX 78219 | TH125-02 | THIMEROSAL USP | 5 GM | 462070 | 11/8/00 | 4 | LF0243 |
| CLA000 | CLARKSON LAB & SUPPLY INC | 360 BROADDALE DRIVE; CHULA VISTA CA 91910 | TH125-02 | THIMEROSAL USP | 5 GM | 452004 | 11/0/00 | 1 | LF0243 |
| NEU026 | NEURO MEDICAL SUPPLIES | ATTN DON 1900 N OREGON SUITE 400; EL PASO TX 79902 | TH125-02 | THIMEROSAL USP | 5 GM | 440001 | 7/31/00 | 1 | LF0243 |
| BIO018 | BIOGEN | ATTN L VAUGHAN 2-214 100 6TH STREET, CAMBRIDGE MA 02142 | TH125-02 | THIMEROSAL USP | 5 GM | 917401 | 7/29/00 | 1 | KR093 |
| CSK001 | MAHNKEN DRUG | ATTN DON BIGGARS 300 NORTH MAIN, SHAMROCK TX 79079 | TH125-02 | THIMEROSAL USP | 5 GM | 439011 | 7/25/00 | 1 | LF0243 |
| EZT001 | EZ TRAC | 2139 PONTIUS AVE, LOS ANGELES CA 90025 | TH125-02 | THIMEROSAL USP | 5 GM | 439578 | 7/23/00 | 1 | LF0243 |
| OLM000 | OLMSTEAD COMMUNITY HOSP. | 1050 4TH ST SE; ROCHESTER MN 55904 | TH125-02 | THIMEROSAL USP | 5 GM | 915004 | 6/20/00 | 1 | KR093 |
| BAY052 | BAY BIO ANALYTICAL LAB | 4174 LAKESIDE DR, RICHMOND CA 94806 | TH125-02 | THIMEROSAL USP | 5 GM | 434080 | 6/4/00 | 1 | KK100 |
| ULT202 | ULTIMATE INTERNATIONAL | 4200 OAK CIRCLE DR, BOCA RATON FL 33431 | TH125-02 | THIMEROSAL USP | 5 GM | 914312 | 5/29/00 | 1 | KQ035 |
| MOU057 | MOUNT AUBURN HOSPITAL | 330 MOUNT AUBURN ST; CAMBRIDGE MA 02238 | TH125-02 | THIMEROSAL USP | 5 GM | 914036 | 5/23/00 | 1 | KR093 |
| OKU101 | U. OF OK HEALTH SCI CTR. | CENTRAL RECEIVING & SHPNG 940 S L YOUNG BL ; OKLAHOMA CITY OK 73104 | TH125-02 | THIMEROSAL USP | 5 GM | 431300 | 5/9/00 | 2 | KK100 |
| KAI001 | KAISER PERMANENTE | 10992 SAN DIEGO MISSION RD ATTN PHARMACY; SAN DIEGO CA 92108 | TH125-02 | THIMEROSAL USP | 5 GM | 431000 | 5/8/00 | 1 | KK100 |
| ATL120 | ATLAS CHEMICAL | 2929 COMMERCIAL ST. PO#50086; SAN DIEGO CA 92113 | TH125-02 | THIMEROSAL USP | 5 GM | 430001 | 5/7/00 | 1 | KK100 |
| SHU000 | DR. TONY SHUM | 600 N GARFIELD AVE #307; MONTEREY PARK CA 91754 | TH125-02 | THIMEROSAL USP | 5 GM | 420031 | 4/19/00 | 1 | IL205 |
| KRE050 | KRESGE-LE BAR | ATTN ROBERT 630 MAIN STREET; STROUDSBURG PA 18360 | TH125-02 | THIMEROSAL USP | 5 GM | 911430 | 4/3/00 | 1 | KR093 |
| GRE052 | GREENFIELD CHEMISTS.A | SURGICAL 1520 CORTELYOU RD; BROOKLYN NY 11226 | TH125-02 | THIMEROSAL USP | 5 GM | 420010 | 2/15/00 | 1 | IL205 |
| KAI050 | KAISER FOUNDATION HOSP | ATTN INPATIENT PHARMACY 99 MONTECILLO RD; SAN RAFAEL CA 94903 | TH125-02 | THIMEROSAL USP | 5 GM | 410730 | 2/7/00 | 1 | IL205 |
| MED005 | MEDICAL CENTRE PHARMACY | ATTN TEO-4201 TORRANCE BLVD; TORRANCE CA 90503 | TH125-02 | THIMEROSAL USP | 5 GM | 419702 | 2/7/00 | 2 | IL205 |
| KAI001 | KAISER PERMANENTE | OUTPATIENT PHARMACY 10992 SAN DIEGO MISSION RD; SAN DIEGO CA 91216 | TH125-02 | THIMEROSAL USP | 5 GM | 400601 | 11/3/99 | 1 | IL205 |
| CRE078 | CREATIVE BIOMOLECULES | ATTN JOANNE BROADHEAD 45 SOUTH ST; HOPKINTON MA 01748 | TH125-02 | THIMEROSAL USP | 5 GM | 406000 | 10/20/99 | 1 | JI070 |
| IAU005 | UNIV OF IOWA HOSPITAL | ATTN PHARMACY 200 HAWKINS DRIVE; IOWA CITY IA 52242 | TH125-02 | THIMEROSAL USP | 5 GM | 402272 | 9/10/99 | 1 | IL205 |
| CHA343 | TEKTAGEN,INC | PO#5000 350 TECHNOLOGY DR ; FRAZER PA 19355 | TH125-02 | THIMEROSAL USP | 5 GM | 904705 | 9/15/99 | 1 | KQ035 |
| PRO052 | PROFESSIONAL PHARMACY | 931 MAIN STREET, PENNSBURG PA 18073 | TH125-02 | THIMEROSAL USP | 5 GM | 390222 | 8/23/99 | 1 | IL205 |
| PRO075 | PROFESSIONAL PHARMACY | #23 N CHARLOTTE, POTTSTOWN PA 19464 | TH125-02 | THIMEROSAL USP | 5 GM | 903487 | 7/20/99 | 1 | HX030 |
| GES020 | GESSLER DRUG | 8420 EAST CENTRAL; WICHITA KS 67206 | TH125-02 | THIMEROSAL USP | 5 GM | 394183 | 7/18/99 | 1 | IL205 |
| MER040 | MERIT PHARMACEUTICAL | 2511 SAN FERNANDO RD; LOS ANGELES CA 90065 | TH125-02 | THIMEROSAL USP | 5 GM | 394010 | 7/17/99 | 1 | II070 |
| THE050 | THE ISS PHARMACY INC | 310 NORTH SELTZER ST ; CRESTLINE OH 44827 | TH125-02 | THIMEROSAL USP | 5 GM | 392043 | 6/29/99 | 1 | II070 |
| PHY000 | PHYSICIANS PLUS PHARMACY | 7102 MINERAL POINT RD; MADISON WI 53717 | TH125-02 | THIMEROSAL USP | 5 GM | 390241 | 6/8/99 | 1 | II070 |
| CIP150 | ARELLANO INTERNATIONAL TRADING | 1010 MARKLEY ST ATTN GRACIELA MATA FAX 210 727 8077; LAREDO TX 78041 | TH125-02 | THIMEROSAL USP | 5 GM | 396444 | 5/18/99 | 1 | IL205 |
| ORA000 | WALTER REED ARMY INST OF RSCH | ATTN KEN ECKLES FORREST GLEN BLDG 501; SILVER SPRING MD 20910 | TH125-02 | THIMEROSAL USP | 5 GM | 395005 | 5/9/99 | 6 | IL205 |
| LAB200 | LAB SOURCE INC | 319 WEST ONTARIO, CHICAGO IL 60610 | TH125-02 | THIMEROSAL USP | 5 GM | 392013 | 4/20/99 | 1 | IL205 |
| BAP031 | BAPTIST MEDICAL CENTER | ATTN PHARMACY 1160 BRUSSELS ST ; SAN ANTONIO TX 78219 | TH125-02 | THIMEROSAL USP | 5 GM | 370303 | 3/1/99 | 1 | IL205 |
| VAU000 | UNIVERSITY OF VIRGINIA | LOADING DOCK LANE ROAD ATTN PHARMACY; CHARLOTTSVILLE VA 22908 | TH125-02 | THIMEROSAL USP | 5 GM | 373021 | 2/10/99 | 1 | IL205 |
| BAX100 | BAXTER HYLAND DIVISION | ATTN PO# 104450 3334 SAN FERNANDO ROAD; LOS ANGELES CA 90065 | TH125-02 | THIMEROSAL USP | 5 GM | 373208 | 2/8/99 | 1 | IL205 |

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential Proprietary Information and are produced subject to the Protective Order -

**SALES REGISTRY FOR 11446**

| CUS# | SHIP NAME | ADDRESS | ITEM# | DESC## | | NVR | BUY DATE | QTY | LOT# |
|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential Proprietary Information and are produced subject to the Protective Order -

SALES HISTORY FOR HHLW

| CUST# | SHIP NAME | ADDRESS | ITEM# | DESCR | UOM | INV# | INV DATE | UNIT | UOM |
|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order -

68

12

69

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order -

13

| CUST# | COMP NAME | ADDRESS | ITEM# | DESCR | | INV# | INV DATE | QTY | LOT# |
|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL DISCOVERY MATERIAL
-- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order --

SALES HISTORY FOR ITEM I1126

| CUST# | CUST NAME | ADDRESS | ITEM# | DESCR | INV# | INV DATE | QTY | U/M |
|---|---|---|---|---|---|---|---|---|
| | | | I1125 04 | THIMEROSAL USP | | | | |
| | | | I1125 04 | THIMEROSAL USP | | | | |
| | | | I1125 04 | THIMEROSAL USP | | | | |
| | | | I1125 04 | THIMEROSAL USP | | | | |
| | | | I1125 04 | THIMEROSAL USP | | | | |
| | | | I1125 04 | THIMEROSAL USP | | | | |
| | | | I1125 04 | THIMEROSAL USP | | | | |
| | | | I1125 04 | THIMEROSAL USP | | | | |
| | | | I1125 04 | THIMEROSAL USP | | | | |
| | | | I1125 04 | THIMEROSAL USP | | | | |
| | | | I1125 04 | THIMEROSAL USP | | | | |
| | | | I1126 04 | THIMEROSAL USP | | | | |
| | | | I1126 04 | THIMEROSAL USP | | | | |
| | | | I1126 04 | THIMEROSAL USP | | | | |
| | | | I1126 04 | THIMEROSAL USP | | | | |
| | | | I1126 04 | THIMEROSAL USP | | | | |
| | | | I1126 04 | THIMEROSAL USP | | | | |
| | | | I1126 04 | THIMEROSAL USP | | | | |
| | | | I1125 04 | THIMEROSAL USP | | | | |

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential
Proprietary Information and use produced
subject to the Protective Order -

SHIPMENT FOR THIMEROSAL

ANNEX 29
312 MAIN DRIVE, MC COMB, MS 39648

| CUST# | SHIP NAME | (address) | ITEM# | DESCR | | NDC | INVDATE | QTY | UOM |
|---|---|---|---|---|---|---|---|---|---|
| MED005 | MEDICAL CENTER PHARMACY | P O BOX 12227, SALEM OR, CA 97112 | III26-04 | THIMEROSAL USP | 25GM | 120442 | 5/30/07 | 6 | |
| MED025 | MONTANA STATE UNIVERSITY | 1025 MERCURY COURT, SAN DIEGO, CA 92111 | III26-04 | THIMEROSAL USP | 25GM | 120900 | 6/1/06 | 5 | |
| ARI120 | ARI AI B | P O BOX 16207, ROCHESTER, NY 14616 | III26-04 | THIMEROSAL USP | 25GM | 124440 | 6/1/06 | 6 | |
| ITA005 | ITALY CHEMICAL | 818 S 10TH STREET, LA GROSSE, WI 54601 | III26-04 | THIMEROSAL USP | 25GM | 124603 | 5/1/06 | 6 | |
| EAS005 | EASTMAN CHEMICAL COMPANY | | III26-04 | THIMEROSAL USP | 25GM | 034845 | 4/14/06 | 2 | |
| PHA006 | PHOTOGRAPHIC ARTS THIMUA | P O BOX 1738, PORTLAND, OR 97211 | III26-04 | THIMEROSAL USP | 25GM | 122217 | 4/1/06 | 3 | |
| AET005 | ANTRIM & CO INC | 3195 CARSON STREET, PITTSBURGH, PA 15203 | III26-04 | THIMEROSAL USP | 25GM | 122314 | 3/30/06 | 2 | |
| HPC015 | THE PHARMACY CENTRAL | 99 CHARLES STREET, BOSTON, MA 90031 | III25-04 | THIMEROSAL USP | 25GM | 121012 | 3/29/06 | 5 | |
| HPC100 | THE PHARMACY CENTRAL | 840 POST AVE, BILLINGS, MA 90134 | III25-04 | THIMEROSAL USP | 25GM | 120412 | 3/20/06 | 3 | |
| ARL010 | ARMAK EYE CENTRAL | P O BOX 41000, LOS ANGELES, CA 90041 | III25-04 | THIMEROSAL USP | 25GM | 120021 | 2/28/06 | 4 | |
| COV005 | COVEY CORP | 0000 J STREET, SACRAMENTO, CA 95819 | III25-04 | THIMEROSAL USP | 25GM | 110031 | 2/3/06 | 2 | |
| COV010 | COVEY CORP | 9060 CAMPUS POINT DR, SAN DIEGO, CA 92121 | III25-04 | THIMEROSAL USP | 25GM | 110021 | 2/9/06 | 2 | |
| KAB001 | KABRAX PHARMA | | III25-04 | THIMEROSAL USP | 25GM | 110001 | 1/3/06 | 2 | |
| KAB002 | KABRAX PHARMA | | III25-04 | THIMEROSAL USP | 25GM | 110000 | 1/3/06 | 2 | |
| CIS024 | CIS BACHARACH | 1991 FIFTH ST, BERKELEY, CA 94710 | III25-04 | THIMEROSAL USP | 25GM | 105005 | 8/9/07 | 3 | VIALS |
| GEN006 | GEN PROBE | P O BOX 1738, PORTLAND, OR 97211 | III25-04 | THIMEROSAL USP | 25GM | 105012 | 7/11/07 | 3 | |
| PAV005 | PAVKEN INC | P O BOX 1738, PORTLAND, OR 97211 | III25-04 | THIMEROSAL USP | 25GM | 105008 | 6/11/07 | 20 | |
| HRV005 | HRV INC | 3195 CARSON STREET, PITTSBURGH, PA 15203 | III25-04 | THIMEROSAL USP | 25GM | 034814 | 6/1/07 | 2 | |
| LIT015 | LILLY PURITY CHEMICAL | 3195 CARSON STREET, PITTSBURGH, PA 15203 | III25-04 | THIMEROSAL USP | 25GM | 115406 | 5/30/07 | 3 | |
| LIT015 | CHEMOMICS HOWITRUT PURITY | I IMMUNE JEWISH HOSP PLAZA, SAINT LOUIS, MO 63110 | III25-04 | THIMEROSAL USP | 25GM | 112000 | 1/10/07 | 5 | |
| LIT015 | LIT. PHARMACY CENTRAL | P O BOX 2943, PORTLAND, OR 97200 | III25-04 | THIMEROSAL USP | 25GM | 112001 | 1/1/07 | 3 | |
| TAT005 | TAT EYE THE CENTRAL | P O BOX 122322, SAN DIEGO, CA 92112 | III26-04 | THIMEROSAL USP | 25GM | 111302 | 10/18/07 | 7 | |
| TEN010 | TEN HOSPITAL PHARMAC | | III26-04 | THIMEROSAL USP | 25GM | 111304 | 10/18/07 | 2 | |
| KAB001 | ICBA PHARMACEUTICALS | | III26-04 | THIMEROSAL USP | 25GM | 100925 | 9/28/07 | 2 | |
| ART120 | ATLAS CHEMICAL | 2111 E HOUSTON AVE, POMONA, CA 91109 | III26-04 | THIMEROSAL USP | 25GM | 100922 | 9/21/07 | 3 | |
| OMH010 | OMNIHEALTH INTERNATIONAL | P O BOX 8310, AMHERST, MA 65460 | III26-04 | THIMEROSAL USP | 25GM | 100040 | 8/30/07 | 2 | |
| VIS010 | UNVERED PHARMACY | 2611 DIMAGGI STREET, SANTA ANA, CA 92105 | III26-04 | THIMEROSAL USP | 25GM | 105015 | 8/17/07 | 5 | |
| AMR005 | UNIVERSITY OF AMNESIA | | III26-04 | THIMEROSAL USP | 25GM | 092107 | 8/1/07 | 5 | |
| RIV005 | IRVINE BIOENID INC | P O BOX 2636, LODI, CA 95241 | III25-04 | THIMEROSAL USP | 25GM | 923107 | 8/11/07 | 7 | |
| WAL152 | AMERICAN RADIOLOGY | 2500 MILLBROOK DRIVE STE A, BUFFALO GROVE, IL 90009 | III25-04 | THIMEROSAL USP | 25GM | 78702 | 8/11/07 | 5 | |
| TAT100 | MALDICUS I'M CENTRAL | 9870 STANDIN AVE, BUENA PARK, CA 90021 | III25-04 | THIMEROSAL USP | 25GM | 78304 | 8/1/07 | 2 | |
| TEN010 | TEN PHARMACEUTICALS | 9830 STANDIN AVE, BUENA PARK, CA 90021 | III25-04 | THIMEROSAL USP | 25GM | 75809 | 8/2/07 | 2 | |
| HPC100 | MALDICUS I'M CENTRAL | 9870 STANDIN AVE, BUENA PARK, CA 90021 | III25-04 | THIMEROSAL USP | 25GM | 90032 | 8/2/07 | 3 | |
| WAL152 | MALDICUS I'M CENTRAL | 3195 CARSON STREET, PITTSBURGH, PA 15203 | III25-04 | THIMEROSAL USP | 25GM | 90000 | 8/3/07 | 3 | |
| HPC100 | QUAD PHARMACEUTICALS | 2500 MILLBROOK DRIVE STE A, BUFFALO GROVE, IL 90009 | III25-04 | THIMEROSAL USP | 25GM | 90003 | 7/27/07 | 4 | |
| COM005 | COMMUNITY HOSPITAL PHARM | 1515 N MADISON, ANDERSON, IN 46011 | III25-04 | THIMEROSAL USP | 25GM | 80004 | 10/23/06 | 5 | |
| COL005 | MALDINE PHARMACY | 1515 N MADISON, ANDERSON, IN 46011 | III25-04 | THIMEROSAL USP | 25GM | 80003 | 10/25/06 | 5 | |
| WAL100 | ANTILINO DECORD | 5960 MILLBROOK DRIVE STE A, BUFFALO GROVE, IL 90009 | III25-04 | THIMEROSAL USP | 25GM | 80010 | 9/7/06 | 7 | |
| ANT100 | ANTILINO DECORD CO INC | 2500 MILLBROOK DRIVE, CHICAGO, CA 90009 | III25-04 | THIMEROSAL USP | 25GM | 78507 | 7/7/06 | 7 | |
| WAL152 | MALDITY PRODUCTS CO INC | 2600 MILLBROOK DRIVE STE A, BUFFALO GROVE, IL 90009 | III25-04 | THIMEROSAL USP | 25GM | 78284 | 4/1/06 | 5 | |
| MED000 | SPECDRUG QUALITY PRODUCTS, INC. | 542 FLYNN RD, CAMARILLO CA 93009 | III35-04 | THIMEROSAL USP | 100 GM | 010030 | 8/1/06 | 4 | |
| SPE000 | OAMKREE ANALYSIS SYSTEMS | 14423 SAN PEDRO ST, OHIO, MA CA 90240 | III35-04 | THIMEROSAL USP | 100 GM | 010010 | 8/1/06 | 4 | |
| MED000 | MEDICAL ANALYSIS SYSTEMS | 542 FLYNN RD, CAMARILLO CA 93012 | III35-04 | THIMEROSAL USP | 100 GM | 457100 | 7/30/06 | 3 | |
| OAM000 | GENETICS INSTITUTE | 880 MEMORY, CAMARILLO CA 93012 | III35-04 | THIMEROSAL USP | 100 GM | 926327 | 12/31/05 | 12 | LFU243 |
| MED000 | BAXTER HYLAND DIVISION | EHO USER 65564 I BURT FRD, ANDOVER MA 01810 | III35-04 | THIMEROSAL USP | 100 GM | 453404 | 1/10/06 | 4 | LFU243 |
| GEN015 | BAXTER CORP. | 17000 RED CASTLE RD, ANDOVER MA 01810 | III35-04 | THIMEROSAL USP | 100 GM | 453404 | 11/9/05 | 4 | LFU243 |
| RIV015 | GENETICS INSTITUTE | 400 N 3RD ST AVE, BLDG 2; MYERSTOWN PA 17081 | III35-04 | THIMEROSAL USP | 100 GM | 453434 | 11/1/05 | 4 | RK100 |
| GEN015 | BRISTOL MYERSUP | A I IN #5685 I BURT FRD, CAMARILLO CA | III35-04 | THIMEROSAL USP | 100 GM | 010000 | 10/18/06 | 5 | RK100 |
| BAY010 | BRISTOL MYERSUP | CRI ALL TRANSPORT PACKAGE | III35-04 | THIMEROSAL USP | 100 GM | 010000 | 8/1/06 | 4 | RK100 |
| GFH115 | BRISTOL PHARMA | CORE BOX ?, CAMARILLO CA 91210 | III36-04 | THIMEROSAL USP | 100 GM | 444132 | 8/30/05 | 3 | RK100 |
| MED015 | MEDICAL ANALYSIS SYSTEMS | 12001 E FILMORE 83 H 51ST AVE, PHOENIX AZ 85043 | III36-04 | THIMEROSAL USP | 100 GM | 918003 | 7/30/05 | 3 | RK100 |
| MED010 | MEDICAL ANALYSIS SYSTEMS | POR25399 542 FLYNN RD, CAMARILLO CA 93012 | III35-04 | THIMEROSAL USP | 100 GM | 45/0098 | 8/26/05 | 2 | RK100 |
| SIE005 | MEDICAL ANALYSIS SYSTEMS | POR24063 542 FLYNN RD, CAMARILLO CA 93012 | III35-06 | THIMEROSAL USP | 100 GM | 918143 | 8/18/05 | 20 | RK100 |
| COM000 | SIEBERT LABS | 7070 SILVER BELL ROAD SUITE 11; ST PAUL MN 85122 | III35-06 | THIMEROSAL USP | 100 GM | 43545 | 8/1/05 | 1 | RK100 |
| MED000 | SIEBERT LABS | CRI ALL TRANS PORT PACKING 152-33A ROCKWAY BLVD, JAMAICA NY 11434 | III35-05 | THIMEROSAL USP | 100 GM | 43545 | 6/15/05 | 1 | RK100 |
| MED000 | GENESIS MEDICAL | PUR 23536 542 FLYNN RD, CAMARILLO CA 93012 | III35-05 | THIMEROSAL USP | 100 GM | 422000 | 4/17/05 | 1 | RK100 |
| DAL101 | MEDICAL ANALYSIS SYSTEMS | | III35-05 | THIMEROSAL USP | 100 GM | 49851 | 4/3/05 | 1 | RK100 |
| MED000 | MEDICAL ANALYSIS SYSTEMS | | III35-05 | THIMEROSAL USP | 100 GM | 421220 | 2/16/05 | 2 | RK100 |

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order -

CATALOGUE HISTORY FOR ILL126

10

| CUSTM | SHIP NAME | ADDRESS | ITEM | DESCR | | NVB | INV DATE | QTY | TOTR |
|---|---|---|---|---|---|---|---|---|---|
| | | | ILL125.00 | THIMEROSAL USP | 100 GM | | | | |
| | | | ILL126.00 | THIMEROSAL USP | 100 GM | | | | |

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order -

| CUST# | SHIP NAME | ADDR1-6S | ITEM# | DESCR | REV# | INV DATE | QTY | TUIE |
|-------|-----------|----------|-------|-------|------|----------|-----|------|

- CONFIDENTIAL DISCOVERY MATERIAL -
- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order -

74

10

SALES HISTORY FOR TH125

| CUST# | SHIP NAME | ADDRESS | ITEM# | DESCR | | INV# | INVDATE | QTY | LOT# |
|---|---|---|---|---|---|---|---|---|---|
| WYE204 | WYETH AYERST LABORATORY | 401 N MIDDLETOWN RD , PEARL RIVER, NY 10965 | TH125 00 | THIMEROSAL USP | 100GM | 054033 | 6/10/02 | 10 | HR031 |
| MEH090 | | | TH125 00 | THIMEROSAL USP | 100GM | 054030 | 6/10/02 | 6 | HR031 |
| MR 100 | | | TH125 00 | THIMEROSAL USP | 100GM | 054030 | 6/10/02 | 10 | HR031 |
| AER010 | AEROSOL SERVICES CO INC. | 425 SOUTH NINTH AVE, CITY OF INDUSTRY, CA 91740 | TH125-00 | THIMEROSAL USP | 100GM | 062000 | 4/20/02 | 1 | GV004 |
| ACC010 | ACCURATE CHEM & SCIENTIFIC | 300 SHAMES DR , WESTBURY, NY 11590 | TH125-00 | THIMEROSAL USP | 100GM | 051810 | 3/26/02 | 3 | GV004 |
| HY0012 | | | TH125-00 | THIMEROSAL USP | 100GM | 051662 | 3/17/02 | 3 | GV004 |
| ORT071 | ORTHO MCNEIL PHARMACEUTICAL | P O BOX 10520; NEW BRUNSWICK, NJ 08906 | TH125 00 | THIMEROSAL USP | 100GM | 061007 | 3/2/02 | 4 | GV004 |
| OUR032 | | | TH125 00 | THIMEROSAL USP | 100GM | 250200 | 2/25/02 | 4 | GD225 |
| AMB103 | | | TH125-00 | THIMEROSAL USP | 100GM | 050401 | 2/10/02 | 1 | GV004 |
| MR.100 | | | TH125-00 | THIMEROSAL USP | 100GM | 240573 | 2/10/02 | 1 | GD226 |
| ORT071 | ORTHO-MCNEIL PHARMACEUTICAL | P O BOX 10520, NEW BRUNSWICK, NJ 08906 | TH125 00 | THIMEROSAL USP | 100GM | 240430 | 2/7/02 | 10 | GD225 |
| TAH700 | TAHOX | 10301 STELLA LINK SUITE 110; HOUSTON TX 77025 | TH125 00 | THIMEROSAL USP | 100GM | 240104 | 2/5/02 | 1 | GD225 |
| ED100 | | | TH125-00 | THIMEROSAL USP | 100GM | 240009 | 1/27/02 | 7 | GD226 |
| ED100 | | | TH125 00 | THIMEROSAL USP | 100GM | 240741 | 1/16/02 | 3 | GH190 |
| BEC040 | BECKMAN INST (NAGUABO)INC | STATE RD# 971 / EL DUQUE IND. PARK, NAGUABO, PR 00718 | TH125 00 | THIMEROSAL USP | 100GM | 243067 | 12/23/01 | 30 | GV004 |
| ED100 | DU PONT MEDICAL PRODUCTS | | TH125-00 | THIMEROSAL USP | 100GM | 243311 | 12/17/01 | 20 | GV004 |
| FOR004 | SOLVAY ANIMAL HEALTH INC | P O BOX 518 FORT DODGE IA 50501 | TH125-00 | THIMEROSAL USP | 100GM | 242217 | 12/6/01 | 1 | GH190 |
| CHE203 | CHEMICALS & EQUIPMENT | 7153 S CARDINAL AVE; TUCSON, AZ 85746 | TH125-00 | THIMEROSAL USP | 100GM | 242037 | 12/5/01 | 4 | GD225 |
| FOR004 | FORT DODGE LABORATORY | P O BOX 518 FORT DODGE IA 50501 | TH125-00 | THIMEROSAL USP | 100GM | 230799 | 11/14/01 | 10 | |
| BRA055 | BRAND-NU LABORATORIES | P O BOX 895; MERIDEN, CT 06450 | TH125-00 | THIMEROSAL USP | 100GM | 230904 | 11/8/01 | 1 | GH190 |
| GEN135 | GENETICS INSTITUTE | 87 CAMBRIDGE PARK DR; CAMBRIDGE, MA 02140 | TH125 00 | THIMEROSAL USP | 100GM | 047464 | 10/15/01 | 1 | GV004 |
| BEC040 | BECKMAN INST.(NAGUABO)INC | STATE RD# 971 / EL DUQUE IND PARK, NAGUABO, PR 00718 | TH125 00 | THIMEROSAL USP | 100GM | 047226 | 10/8/01 | 8 | GV004 |
| BEC040 | BECKMAN INST.(NAGUABO)INC | STATE RD# 971 / EL DUQUE IND PARK, NAGUABO, PR 00718 | TH125 00 | THIMEROSAL USP | 100GM | 047229 | 10/8/01 | 4 | 7 |
| BIO024 | BIOMERICA | 1533 MONROVIA AVENUE, NEWPORT BEACH, CA 92663 | TH125-00 | THIMEROSAL USP | 100GM | 047232 | 10/8/01 | 1 | GV004 |
| AER040 | AEROSOL SERVICES CO. INC. | 425 SOUTH NINTH AVE; CITY OF INDUSTRY, CA 91746 | TH125-00 | THIMEROSAL USP | 100GM | 234702 | 9/30/01 | 10 | |
| BEC040 | BECKMAN INST (NAGUABO)INC | STATE RD# 971 / EL DUQUE IND PARK; NAGUABO, PR 00718 | TH125 00 | THIMEROSAL USP | 100GM | 233211 | 9/10/01 | 13 | GH030 |
| GEN135 | GENETICS INSTITUTE | 87 CAMBRIDGE PARK DR; CAMBRIDGE, MA 02140 | TH125 00 | THIMEROSAL USP | 100GM | 231774 | 9/3/01 | 1 | GH030 |
| BEC040 | BECKMAN INST (NAGUABO)INC | STATE RD# 971 / EL DUQUE IND. PARK; NAGUABO, PR 00718 | TH125 00 | THIMEROSAL USP | 100GM | 229000 | 8/10/01 | 3 | |
| LAB030 | LABORATORY DIAGNOSTICS | | TH125 00 | THIMEROSAL USP | 100GM | 229603 | 8/13/01 | 1 | GD205 |
| ADR101 | ADRIAN PRODUCTS | 711 NW 23 AVE; MIAMI, FL 33125 | TH125-00 | THIMEROSAL USP | 100GM | 227000 | 7/20/01 | 1 | |
| HY0012 | HYBRITECH | | TH125-00 | THIMEROSAL USP | 100GM | 227236 | 7/24/01 | 4 | |
| MAR047 | MARY ANNE O'NEILL INC | 7 ELM STREET , EAST STROUDSBURG PA 18301 | TH125 00 | THIMEROSAL USP | 100GM | 224705 | 6/27/01 | 1 | |
| HPC015 | HIGH PURITY CHEMICAL | P O BOX 17376, PORTLAND, OR 97217 | TH125-00 | THIMEROSAL USP | 100GM | 224605 | 6/20/01 | 1 | |
| HUB100 | HUBBERG SCIENTIFIC | 6310 S W. VIRGINIA AVE ; PORTLAND, OR 97201 | TH125-00 | THIMEROSAL USP | 100GM | 224030 | 6/20/01 | 1 | |
| AER040 | AEROSOL SERVICES CO. INC. | 425 SOUTH NINTH AVE; CITY OF INDUSTRY, CA 91746 | TH125-00 | THIMEROSAL USP | 100GM | 217200 | 4/23/01 | 1 | |
| OXF030 | OXFORD VETERINARY | P O BOX 775; WORTHINGTON, MN 56187 | TH125-00 | THIMEROSAL USP | 100GM | 217220 | 4/22/01 | 2 | |
| CHE110 | CHEM RICH | 5211 TELEGRAPH RD; LOS ANGELES, CA 90022 | TH125-00 | THIMEROSAL USP | 100GM | 217170 | 4/22/01 | 3 | |
| DIA017 | DIAGNOSTIC PRODUCTS | 5700 WEST 96TH STREET; LOS ANGELES, CA 90045 | TH125-00 | THIMEROSAL USP | 100GM | 214101 | 3/20/01 | 4 | |
| OXF030 | OXFORD VETERINARY | P O BOX 775; WORTHINGTON, MN 56187 | TH125-00 | THIMEROSAL USP | 100GM | 210403 | 2/21/01 | 2 | |
| ALA001 | ALAMEDA CHEMICAL | 1071 W FRYE ROAD; CHANDLER, AZ 85226 | TH125-00 | THIMEROSAL USP | 100GM | 205099 | 1/10/01 | 1 | |
| WEK100 | WEKARE SURGICAL | | TH125-00 | THIMEROSAL USP | 100GM | 190110 | 10/17/00 | 1 | |
| BOT030 | BOTANICAL LABS | 1441 WEST SMITH ROAD; FERNDALE, WA 98248 | TH125 00 | THIMEROSAL USP | 100GM | 197707 | 10/10/00 | 1 | |
| BEC040 | BECKMAN INST.(NAGUABO)INC | | TH125-00 | THIMEROSAL USP | 100GM | 195600 | 9/25/00 | 2 | |
| BRY000 | BRYANT LABS | 1101 FIFTH ST; BERKELEY, CA 94710 | TH125-00 | THIMEROSAL USP | 100GM | 194445 | 9/13/00 | 3 | |
| BEC040 | BECKMAN INST (NAGUABO)INC | STATE RD# 971 / EL DUQUE IND PARK; NAGUABO, PR 00718 | TH125-00 | THIMEROSAL USP | 100GM | 193056 | 8/30/00 | 2 | |
| GEN135 | GENETICS INSTITUTE | 87 CAMBRIDGE PARK DR; CAMBRIDGE, MA 02140 | TH125 00 | THIMEROSAL USP | 100GM | 192054 | 8/29/00 | 2 | |
| AME100 | AMERICAN TOXICOLOGY INST | | TH125-00 | THIMEROSAL USP | 100GM | 190441 | 8/3/00 | 1 | |
| GEN135 | GENETICS INSTITUTE | 87 CAMBRIDGE PARK DR; CAMBRIDGE, MA 02140 | TH125-00 | THIMEROSAL USP | 100GM | 190403 | 8/1/00 | 2 | |
| HPC016 | HIGH PURITY CHEMICAL | P O BOX 17376, PORTLAND, OR 97217 | TH125 00 | THIMEROSAL USP | 100GM | 189001 | 6/19/00 | 1 | |
| UNI045 | UNIV.OF MICHIGAN | N10012 300 NIB, ANN ARBOR, MI 48109 | TH125-00 | THIMEROSAL USP | 100GM | 183737 | 6/24/00 | 1 | |
| WAL152 | WALNUT PHARMACEUTICALS | | TH125 00 | THIMEROSAL USP | 100GM | 181200 | 4/30/00 | 1 | |
| ADR101 | ADRIAN PRODUCTS | 711 NW 23 AVE; MIAMI, FL 33125 | TH125 00 | THIMEROSAL USP | 100GM | 180023 | 4/20/00 | 1 | |
| ZEM100 | ZEMUN INDUSTRIES | | TH125 00 | THIMEROSAL USP | 100GM | 177009 | 3/20/00 | 1 | |
| BAX100 | BAXTER HEALTHCARE CORP | P O BOX 95010,ALBUQUERQUE., NM 87199 | TH125 00 | THIMEROSAL USP | 100GM | 171410 | 1/10/00 | 1 | |
| ADR101 | ADRIAN PRODUCTS | 711 NW 23 AVE; MIAMI, FL 33125 | TH125 00 | THIMEROSAL USP | 100GM | 160070 | 12/12/99 | 1 | |
| ADR101 | ADRIAN PRODUCTS | 711 NW 23 AVE; MIAMI, FL 33125 | TH125 00 | THIMEROSAL USP | 100GM | 167272 | 11/21/99 | 1 | |
| ADD125 | ADDISON LABS | 507 NORTH CLEVELAND AVENUE; FAYETTE, MO 65248 | TH125 00 | THIMEROSAL USP | 100GM | 167039 | 11/17/99 | 1 | |
| BEC040 | BECKMAN INST (NAGUABO)INC | STATE RD# 971 / EL DUQUE IND PARK, NAGUABO, PR 00718 | TH125-00 | THIMEROSAL USP | 100GM | 164020 | 10/20/99 | 2 | |
| SEL070 | SEL WIN CHEMICAL | 2402 CANOE AVE; COQUITLAM, BC , CANADA V3K 6C2 | TH125-00 | THIMEROSAL USP | 100GM | 164337 | 10/19/99 | 1 | |

CONFIDENTIAL DISCOVERY MATERIAL

- These materials contain Confidential Proprietary Information and are produced subject to the Protective Order -

10

| CUST# | SHIP NAME | ADDRESS | ITEM | DESCR | NDC | INV/DATE | QTY | LOT# |
|---|---|---|---|---|---|---|---|---|
| | BECKMAN INSTRUMENTS/ALDRIDGE | 2020 BECKMAN BLVD, IRVINE, CA 92610 | TH126.00 | TIIMEROSAL USP | 1000AA | 102306 | | |
| | THE MARIE SHURLAI | 1020 JEROBOAM ROAD, IRVINE, CA 92618 | TH126.00 | TIIMEROSAL USP | 1000AA | 10019 | | |
| | PHAROS INDUSTRIES | 1520 MCRONALD DRIVE, DEARBORN, MI 48120 | TH126.00 | TIIMEROSAL USP | 1000AA | 169408 | | |
| | SCIENCE SUPPLY SHOP | STATE ROW 81 / EL DUDUE RIO PARK, NAGUABO, PH 00718 | TH126.00 | TIIMEROSAL USP | 1000AA | 169408 | | |
| | DHIN ARIS | 1043 DI DIRUKU AVE, SANTA CLARA, CA 96050 | TH126.00 | TIIMEROSAL USP | 1000AA | 109701 | | |
| | BICKMAN INST/ARADUQUQUE | 11MM17 300 IND, ANH ARBOR, MI 48109 | TH126.00 | TIIMEROSAL USP | 1000AA | 154028 | | |
| | AM BATI LANS | 1001 FIFTH ST, BERKELEY, CA 94710 | TH126.00 | TIIMEROSAL USP | 1000AA | 103293 | | |
| | SYMERUGH | 20 COMMERCE BT, EAST HAVEN, CT 006512 | TH126.00 | TIIMEROSAL USP | 1000AA | 101301 | | |
| | BRITROCHEM SIG INC. | | TH126.00 | TIIMEROSAL USP | 1000AA | 141172 | | |
| | UNCHEM VARIOUS COSMETIC DICB | 245 USER AVE, HAUPPAUGE, NY 11780 | TH126.00 | TIIMEROSAL USP | 1000AA | 137407 | | |
| | SERAGEN INC. | 2 NURNBER BLVD, SMITHFIELD, RI 02917 | TH126.01 | TIIMEROSAL USP | 1000AA | 130827 | | |
| | BRYANT LANS | 1001 FIFTH ST, BERKELEY, CA 94710 | TH126.01 | TIIMEROSAL USP | 1000AA | 132304 | | |
| | SANMARTA OGY CORP | | TH126.00 | TIIMEROSAL USP | 1000AA | 836073 | | |
| | V IECHI INC | 9011 DIAMOND ST, MARSFIELD, CA 94110 | TH126.00 | TIIMEROSAL USP | 1000AA | 124524 | | |
| | UNCHEM DIAGNOSTICS | 270 E BONITA AVE, POMONA, CA 44002 | TH126.00 | TIIMEROSAL USP | 1000AA | 127020 | | |
| | BRYANT LANS | 1001 FIFTH ST, BERKELEY, CA 94710 | TH126.00 | TIIMEROSAL USP | 1000AA | 120105 | | |
| | JUNCHO LABORATORY | 270 E BONITA AVE, POMONA, CA 91710 | TH126.00 | TIIMEROSAL USP | 1000AA | 117205 | | |
| | ZLIBIN INDUSTRIES | | TH126.00 | TIIMEROSAL USP | 1000AA | 113317 | | |
| | SEAGEN LTD | | TH126.00 | TIIMEROSAL USP | 1000AA | 833030 | | |
| | CU FISH LAB | P O BOX 301, PAWTUCKET, RI 02862 | TH126.00 | TIIMEROSAL USP | 1000AA | 100020 | | |
| | QUANIMEDIIX | 2402 CHOGE AVE, COQUILLAM, BC, CANADA V3K 6C2 | TH126.00 | TIIMEROSAL USP | 1000AA | 100120 | | |
| | AIRIOSUL SERVICES CO, INC. | 2006 MANHATTAN BCH BLVD REDHONO BEACH, CA 90278 | TH126.1000 | TIIMEROSAL USP | 500 AA | 408085 | | RK100 |
| | DANNERMIX | 2018 SKYWAY, GRAND PRAIRIE, TX 74005 | TH126.1000 | TIIMEROSAL USP | 500 AA | 47100 | | RK100 |
| | SPECIALTY LABORATORY | 2005 MANHATTAN BCH BLVD REDHONO BEACH, CA 90278 | TH126.10000 | TIIMEROSAL USP | 500 AA | 00053 | | KX004 |
| | SPECIALTY LABORATORY | 2811 MICHIGAN AVE, SANTA MONICA, CA 90404 | TH126.10000 | TIIMEROSAL USP | 500 AA | 417300 | | RK100 |
| | AIRIOSUL SERVICES CO, INC. | 425 SOUTH INDUSTRY, CITY OF INDUSTRY, CA 91746 | TH126.10000 | TIIMEROSAL USP | 500 AA | 39714 | | 87010 |
| | AIRIOSUL SERVICES CO, INC. | 425 SOUTH INDUSTRY, CITY OF INDUSTRY, CA 91746 | TH126.10000 | TIIMEROSAL USP | 500 AA | 90715 | | KD035 |
| | UNCHMS PRODUCTS | 5700 WEST WEIR STREET, LOS ANGELES, CA 90046 | TH126.10000 | TIIMEROSAL USP | 500 AA | 301313 | | JT010 |
| | UNCHMS PRODUCTS | 5700 WEST WEIR STREET, LOS ANGELES, CA 90046 | TH126.10000 | TIIMEROSAL USP | 500 AA | 070705 | | |
| | UNCHMS PRODUCTS | 425 SOUTH INDUSTRY, CITY OF INDUSTRY, CA 91746 | TH126.10000 | TIIMEROSAL USP | 500 AA | 800434 | 10 | U8J226 |
| | UNCHMS PRODUCTS | 5700 WEST WEIR STREET, LOS ANGELES, CA 90046 | TH126.10000 | TIIMEROSAL USP | 500 AA | 234000 | 10 | U2004 |
| | CUHIN MACHESUI | P O BOX 1100, PITTSBURGH, PA 15230 | TH126.10000 | TIIMEROSAL USP | 500 AA | 220310 | 1 | U8J01 |

CONFIDENTIAL DISCOVERY MATERIAL

- These materials contain Confidential Proprietary Information and are produced subject to the Protective Order -

20

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order -

| CUST# | SHIP NAME | ADDRESS | ITEM# | DESC | NDC | INV# | INVDATE | QTY |
|-------|-----------|---------|-------|------|-----|------|---------|-----|

77

21

SALES HISTORY FOR ITEM

| CUST# | SHIP NAME | ADDRESS | ITEM# | DESCR | INV# | INVDATE | QTY | LOT# |
|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order -

78

SALES HISTORY FOR 11124

22

| CUDID | SHIP NAME | ADDRESS | ITEM# | DESCR | UOM | INV# | INV DATE | QTY UOM |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

CONFIDENTIAL DISCOVERY MATERIAL
- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order -

SALE HISTORY FOR 11026

23

| CUST ID | SHIP NAME | ADDRESS | ITEM | DESCR | | INVNO | INVDATE | QTY | U/M |
|---|---|---|---|---|---|---|---|---|---|
| CUP20 | UNIQUITI | | | | | | | 8 | |
| UNQU27 | UNIQUITI PRODUCTS | 6100 WEST 10TH STREET, LOS ANGELES, CA 90046 | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 113301 | 12/3/01 | 20 | |
| II CUP20 | UNIQUITI PRODUCTS | | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 111733 | 11/15/01 | 2 | |
| III UQ46 | HIGH MOUNTAIN SUPPLY INC | 420 HAYS DRIVE, KAYSVILLE, UT 81037 | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 111154 | 10/16/01 | 2 | |
| IFCU20 | TECHNICON ELECTRONIC CORP | | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 110704 | 9/10/01 | 6 | |
| IFCU20 | TECHNICON ELECTRONIC CORP | | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 100024 | 8/8/02 | 6 | |
| IICU40 | TECHNICON ELECTRONIC CORP | | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 100404 | 7/9/01 | 6 | |
| IH CU40 | IH CHARLAND INSTRUMENTINC | | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 100321 | 6/9/01 | 6 | |
| III CU40 | IH CHARLAND INSTRUMENTINC | | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 100972 | 5/9/01 | 3 | |
| IICU40 | IH CHARLAND INSTRUMENTINC | | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 100623 | 4/9/01 | 3 | |
| UICU40 | BECHMAN INSTRUMENTS | STATE ROAD #711 EL DORADO IND PARK, HAGUADO, PR 100718 | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 105237 | 3/9/01 | 3 | |
| UICU40 | BECHMAN INSTRUMENTS | STATE ROAD #711 EL DORADO IND PARK, HAGUADO, PR 100718 | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 104809 | 2/9/01 | 3 | |
| UICU40 | BECHMAN INSTRUMENTS | STATE ROAD #711 EL DORADO IND PARK, HAGUADO, PR 100718 | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 104182 | 1/9/01 | 3 | |
| UICU40 | BECHMAN INSTRUMENTS | STATE ROAD #711 EL DORADO IND PARK, HAGUADO, PR 100718 | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 103623 | 12/6/00 | 3 | |
| UICU40 | BECHMAN INSTRUMENTS | STATE ROAD #711 EL DORADO IND PARK, HAGUADO, PR 100718 | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 103513 | 10/6/00 | 3 | |
| IICU40 | FASHION PRODUCTS | 800 WEST 10TH STREET, LOS ANGELES, CA 90046 | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 100103 | 9/6/00 | 3 | |
| IHCU40 | FASHION PRODUCTS | 800 WEST 10TH STREET, LOS ANGELES, CA 90046 | TI1125-11 | TIIMEROSAL USP | 1 KG BL | 100103 | 8/6/00 | 3 | |
| IICU40 | REVLON SALES INC | STATE ROAD #711 EL DORADO IND PARK, HAGUADO, PR 100718 | TI1128-11 | TIIMEROSAL USP | 1 KG BL | 100103 | 7/6/00 | 3 | |
| A1R084 | ALKENI CORP | 1405 DON JUAN KUIRO - CITY OF BOUNDRY CA 81746 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 087887 | 6/21/00 | 2 | |
| A1V002 | BAYER CORP | 12010 S. W. 114TH PLACE - MIAMI FL 33116 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 88810 | 5/24/00 | | |
| A1V002 | BAYER CORP | 12010 S. W. 114TH PLACE - MIAMI FL 33116 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 87817 | 4/24/00 | 2 | 1U0011 |
| A1D002 | ALPINE CORP | P O BOX 5A02 3003 12TH W SIANAMEG | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 026654 | 3/24/00 | 2 | 1U0011 |
| DUE441 | DIKE & BEGALLS | 2010 MAPLE AVE ; FARL AWH HJ 07410 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 024180 | 2/24/00 | | 1U0011 |
| SICU63 | SIEHDS LABS | W 111TH PLACE ATTN: CHALDOM CORP/PO#6213; MIAMI FL 33110 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 023569 | 1/15/00 | 2 | 1U0011 |
| A1V086 | CHEM MACPHO CORP | SUITE C18 9940 CURRIE DAVIS DR ; TAMPA FL 33010 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 022123 | 12/15/09 | 2 | 1U0011 |
| AL5084 | BRAND LABEL MANUFACTURINC | CODE #02000W #20 IL 5131 AVE , MERIDEN CT 06450 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 021454 | 11/15/09 | 2 | 1X004 |
| AL5084 | ALPINE CORP | 927 N. CUMIT PIKE; BLOOMFIELD NH 07003 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 021454 | 10/15/09 | 1 | 1X004 |
| PRU76 | PIRATE LABEL COSMETICS | 12010 S. W. 114TH PLACE , MERIDEN CT 06450 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 977093 | 9/15/00 | 2 | 1X004 |
| UAX104 | MAXICH HLAND DIVISION | ATTN BANDY JALOWEZ PH ACQUM CORP, MIAMI FL 33116 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 916003 | 8/15/00 | 1 | 1X004 |
| UAX105 | MAXICH HLAND DIVISION | ATTN. ACC 15 PAYABE P O BOX 20051; FARLAWH HJ 07410 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 015050 | 7/15/00 | 1 | 1X004 |
| S1PEN00 | SPECIAL PHARMACEUTICAL | 1700 TAMEO COME AO, THOUSAND OAKS CA 91300 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 014950 | 6/15/00 | 2 | 1X004 |
| PRU76 | PIRATE LAIFL COSMETICS | P O 44542 20 MAYWOOD ST , MERIDEN CT 06450 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 011133 | 5/15/00 | 2 | 1UT103 |
| PRU76 | PIRATE LAIFL COSMETICS | MFG CORP 14472 R 513 AVE , MERIDEN CT 06450 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 00410 | 4/15/00 | 8 | 1UT103 |
| UHU080 | UHAHD HR1 LABORATORIES, INC | ATTN: SANDY 70;10 MAPLE AVE, OAKDENA, CA 90248 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 003410 | 3/15/00 | 1 | K1I003 |
| UHU080 | UHAHD HR1 LABORATORIES, INC | P O 42460 20 HAYWARD ST, FARLAWH HJ 07410 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000909 | 2/15/00 | 1 | K1I003 |
| SEA016 | SUNRISE OMEL | 7 EL STREET ; EAST STROUDBURG PA 18301 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000909 | 1/15/00 | 8 | K1I003 |
| PRU76 | HYCOMED | ROUTE 16A #14 ; BARCELONETA PR 00017 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 006000 | 12/15/99 | | OLD |
| PRU76 | PIRATE LABEL COSMETICS | ATTN: SANDY 2010 MAPLE AVE | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 002704 | 11/15/99 | 2 | OLD |
| S10082 | SIDEGH PHARMACY | 150 E. JUDGE PEREZ DR; CHALMETTE LA 01301 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000975 | 9/22/95 | | OLD |
| A1H106 | ADONIS SYS PRODUCTS | 6700 WEST 80TH STREET ; LOS ANGELES, CA 90046 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000714 | 9/2/99 | | 1UF103 |
| SPEN00 | SPECIAL PHARMACEUTICAL | 111 SW 7TH AVE #2000; PORTLAND, OR 07204 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 001806 | 8/18/99 | 10 | 1UD11 |
| GRA084 | GRANIM FIELD | | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000406 | 6/14/99 | | 1UO12 |
| GRA084 | UHAHD HR1 LABORATORIES | 400 RADIO DRIVE EAST, HAUPPAUGE, NY 11788 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000308 | 5/14/99 | 2 | 1UO12 |
| GRA084 | GRANIM FIELD | P O BOX 865, MERIDEN, CT 07204 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 373040 | 3/2/04 | | |
| BATU022 | IHAUSGIMACGMAI PHARMAC DIV | | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 001081 | 2/10/04 | | |
| SEA016 | SIEHARI PHARMACEUTICALS DIV | P O BOX 7000? ROCHESTER, NY 1603 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 040002 | 9/3/04 | 1 | |
| S1HM07 | SIEHATEC PHARMOSA INC | P O BOX 11741; BARCELONETA, PR 00017 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000808 | 9/2/04 | 4 | |
| S1HM07 | SIEHATEC PHARMOSA INC | 111 PERCADER DRIVE, HEWARK, DE 10702 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000708 | 5/1/04 | 2 | |
| GUU021 | UNIQUI SHMI, JIA | | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000408 | 3/2/04 | | |
| PRU76 | PIRATE LABEL COSMETICS | | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000308 | 11/1/04 | | |
| PRU76 | PIRATE LABEL COSMETICS | 20-10 MAPLE AVE, FARLAWH, HJ 07410 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 010015 | 10/14/04 | | |
| SAHU76 | SANITECH | 20-10 MAPLE AVE, FARLAWH, HJ 07410 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 010015 | 12/17/03 | | 1X035 |
| SPU402 | SPIRITZ | | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 310114 | 11/1/03 | 2 | |
| S1IH087 | SIHALLEGAI UNIQUISHC INC | 111 PERCADER DRIVE, HEWARK, DE 10702 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 007425 | 9/14/03 | 12 | |
| UHA084 | UHAHD HR1 LABORATORIES | 400 RADIO DRIVE EAST, HAUPPAUGE, NY 11788 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 070002 | 9/14/03 | | |
| AX006 | AX DA COSMETICS INC | 2461 TUWINSGATE RD; WESTLAKE, CA 91301 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 010413 | 6/7/03 | 2 | |
| S1HM075 | SIEHARI PHARMACEUTICAL & | P O BOX 11741; BARCELONETA, PR 01301 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000157 | 7/2/03 | 2 | |
| WYE1060 | WYETH AYERST LABORATORY | P O BOX 304, MARIETTA, PA 17341 | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000008 | 6/1/03 | 2 | |
| | | | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 000012 | 5/2/03 | | |
| | | | TI1125-11000 | TIIMEROSAL USP | 1 KG BL | 007189 | 4/2/03 | | |

CONFIDENTIAL DISCOVERY MATERIAL

- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order -

80

SALES HISTORY FOR THIMO

24

| CUST# | SHIP NAME | ADDRESS | ITEM# | DESCR | NVU | INVDATE | QTY | LOT |
|---|---|---|---|---|---|---|---|---|
| CA0042 | ALCON PH INC | P O BOX 3006, HUMACAO, PR 00791 | TH125-1000 | THIMEROSAL USP | 1KG BU | 8/8/03 | 8 | |
| CA0042 | ALCON PH INC | P O BOX 6006, FORTH WORTH, TX 76115 | TH125-1000 | THIMEROSAL USP | 1KG BU | 9/5/00 | 10 | |
| AL0110 | ALCON | W0 S BECOMA DR, RUH OHKOMA, NY 11779 | TH125-1000 | THIMEROSAL USP | 1KG BU | 4/6/02 | | |
| FU0131 | FUKA | 7010 MAPLE AVE, FRATLAWN, NJ 07410 | TH125-1000 | THIMEROSAL USP | 1KG BU | 11/1/00 | | |
| FU0131 | FUKA | 2451 TOWER GATE RD, RUHORONOMA, NY 11779 | TH125-1000 | THIMEROSAL USP | 1KG BU | 12/1/02 | 1 | |
| JA0100 | JARIA CUSINEIRO INC | W0 S BECOMA ST, RUHOKONOMA, NY 11779 | TH135-1000 | THIMEROSAL USP | 1KG BU | 12/1/02 | 2 | |
| AL0131 | ALCOM | P O BOX 6006, FORTH WORTH, TX 76115 | TH125-1000 | THIMEROSAL USP | 1KG BU | 10/19/02 | 5 | |
| AL0110 | ALCOM | ONE BECTON DR, HUMACAO, PR 00792 | TH125-1000 | THIMEROSAL USP | 1KG BU | 9/6/03 | 25 | |
| BE0306 | BECTON DICKER ADV DIAG | P O BOX 6006, FORTH WORTH, TX 76115 | TH125-1000 | THIMEROSAL USP | 1KG BU | 4/4/03 | 9 | |
| CA0042 | ALCON PH INC | ONE BECTON DR, HUMACAO, PR 00792 | TH125-1000 | THIMEROSAL USP | 1KG BU | 5/9/03 | 20 | |
| AM0037 | AMERICAN AIRMAI HEALTH | 2019 BIXYWAY, ORLAND PRAIRE, TX 76061 | TH125-1000 | THIMEROSAL USP | 1KG BU | 3/9/03 | 10 | |
| BH0409 | AMERICAN AIRMAI HEALTH | 2019 BIXYWAY, ORLAND PRAIRE, TX 76061 | TH125-1000 | THIMEROSAL USP | 1KG BU | 2/1/02 | 2 | |
| ME0309 | MEDICAL ANALYSIS SYSTEMS | 5300 ADOLFO ROAD, CAMARILLO, CA 93012 | TH126-1000 | THIMEROSAL USP | 1KG BU | 2/1/02 | 2 | |
| OR0171 | ORTHO MCNEIL PHARMACEUTICAL | | TH126-1000 | THIMEROSAL USP | 1KG BU | 12/9/02 | 2 | |
| OR0032 | | P O BOX 10526, NEW BRUNSWICK, NJ 08906 | TH126-1000 | THIMEROSAL USP | 1KG BU | 12/1/02 | 1 | |
| OR0171 | ORTHO MCNEIL PHARMACEUTICAL | | TH126-1000 | THIMEROSAL USP | 1KG BU | 12/1/02 | 1 | |
| LL0006 | ELA PHARMA | P O BOX 18928, NEW BRUNSWICK, NJ 08906 | TH125-1000 | THIMEROSAL USP | 1KG BU | 12/1/02 | 5 | |
| CA0042 | CAMINI PHARMA | 2 HURBER BLVD, SMITHFIELD, RI 02917 | TH125-1000 | THIMEROSAL USP | 1KG BU | 12/1/02 | 2 | |
| AM0309 | CARDINAL HEALTH INFO SERV BV | P O BOX 3006, HUMACAO, PR 00792 | TH125-1000 | THIMEROSAL USP | 1KG BU | 10/20/02 | 1 | |
| SI1041 | ABBOTT LABORATORIES, HOSPITAL PRODUCTO | P O BOX 1247, MCPHERSON, KS 67460 | TH125-1000 | THIMEROSAL USP | 1KG BU | 10/27/02 | 1 | |
| AN1109 | BILLING LABS | 670 N 51ST AVE PHOENIX, AZ 85043 | TH125-1000 | THIMEROSAL USP | 1KG BU | 10/27/02 | 16 | |
| GU0032 | ANLAR CHEMICAL | P O BOX 122322, SAN DIEGO, CA 92112 | TH129-1000 | THIMEROSAL USP | 1KG BU | 10/22/02 | 3 | |
| WYE0131 | WYETH AYERST LABORATORY | | TH128-1000 | THIMEROSAL USP | 1KG BU | 11/16/02 | 3 | |
| AU1028 | ALKERHARINE | P O BOX 70009, RICHMOND, VA 23291 | TH129-1000 | THIMEROSAL USP | 1KG BU | 1/10/02 | 3 | |
| WYE0204 | WYETH AYERST LAB | P O BOX 2876, WACO, TX 78702 | TH125-1000 | THIMEROSAL USP | 1KG BU | 9/8/02 | 10 | |
| OA1110 | LIMOTHOUSE | 4H H MEDU E TOWN RD, PEARL RIVER, NY 10965 | TH125-1000 | THIMEROSAL USP | 1KG BU | 9/8/02 | 4 | |
| PH0027 | PFIZER INC | P O BOX 15027, SHAWNEE MISSION, KS 66285 | TH126-1000 | THIMEROSAL USP | 1KG BU | 9/8/02 | 5 | |
| AL1110 | ALCON LABORATORIES | P O BOX 8006, FORTH WORTH, TX 76116 | TH126-1000 | THIMEROSAL USP | 1KG BU | 8/1/02 | 6 | |
| AL1028 | ALCON LABORATORIES, INC | P O BOX 6345, BETHLEHEM, PA 18016 | TH125-1000 | THIMEROSAL USP | 1KG BU | 8/1/02 | 7 | |
| AM0110 | ALKERHOWN US/JEOPARDIZ ET LUKES HOSP | | TH125-1000 | THIMEROSAL USP | 1KG BU | 8/1/02 | 8 | |
| AM0108 | | | TH125-1000 | THIMEROSAL USP | 1KG BU | 8/22/02 | | |
| CE1008 | CENTURY PHARMACEUTICALS | 10377 HAGUE RD, INDIANAPOLIS, IN 46256 | TH125-1000 | THIMEROSAL USP | 1KG BU | 9/4/02 | 10 | DX027 |
| CE1048 | CENTURY PHARMACEUTICALS | 10377 HAGUE RD, INDIANAPOLIS, IN 46256 | TH125-1000 | THIMEROSAL USP | 1KG BU | 8/15/03 | 2 | DX027 |
| CH1094 | CHRISTEN SCIENCES | 107 RIVERSIDE RD, RIVERDALE, NJ 07457 | TH125-1000 | THIMEROSAL USP | 1KG BU | 9/10/02 | 1 | DX022 |
| PH0039 | CHRISTEN SCIENCES | 107 RIVERSIDE RD, RIVERDALE, NJ 07457 | TH126-1000 | THIMEROSAL USP | 1KG BU | 9/10/03 | 6 | DX022 |
| SA0199 | FRIENDS LABS | P O BOX 15027, SHAWNEE MISSION, KS 66285 | TH125-1000 | THIMEROSAL USP | 1KG BU | 9/10/02 | 2 | DX022 |
| SA0199 | SANOFI HOUSE | 670 N 51ST AVE, SHAWNEE MISSION, KS 66285 | TH126-1000 | THIMEROSAL USP | 1KG BU | 9/10/02 | 7 | DX022 |
| DH1005 | SANOFI HOUSE | P O BOX 15027, SHAWNEE MISSION, KS 66285 | TH125-1000 | THIMEROSAL USP | 1KG BU | 9/10/02 | 4 | DX027 |
| SI1041 | SIENIS LABS | 670 N 51ST AVE, PHOENIX, AZ 85043 | TH125-1A | THIMEROSAL USP | 1KG BU | 9/10/02 | 4 | DX027 |
| HK002 | SIENIS LABS | 670 N 51ST AVE, PHOENIX, AZ 85043 | TH126-1A | THIMEROSAL USP | 1KG BU | 8/1/01 | 8 | DX027 |
| AM0445 | BRAND IHF LABORATORIES | | TH125-1A | THIMEROSAL USP | 1KG BU | 11/4/26 | | DX027 |
| EA0190 | EASTMAN KODAK COMPANY | P O BOX 895, MEDINOH, CO 80460 | TH125-1A | THIMEROSAL USP | 1KG BU | 12/2/07 | | DX027 |
| OR0171 | ORTHO MCNEIL PHARMACEUTICAL | P O BOX 15397, ROCHESTER, NY 14616 | TH125-20 | THIMEROSAL USP | 1KG BU | 11/3/01 | | DX027 |
| PH1002 | ORTHO MCNEIL PHARMA HEALTH GROUP NORTH AMER | P O BOX 18926, NEW BRUNSWICK, NJ 08906 | TH125-20 | THIMEROSAL USP | 1KG BU | 12/30/01 | | DX027 |
| UA0021 | BAUSCH & LOMB | P O BOX 24717, BARTLETT, TN 38134 | TH126-20 | THIMEROSAL USP | 1KG BU | 12/3/01 | 6 | DX027 |
| UA0021 | BAUSCH & LOMB | | | | | | | |
| UA0021 | BAUSCH & LOMB | | | | | | | |

CONFIDENTIAL DISCOVERY MATERIAL
-- These materials contain Confidential
Proprietary Information and are produced
subject to the Protective Order

## <u>VERIFICATION</u>

**BEFORE ME**, the undersigned Notary Public, on this <u>30th</u> day of April, 2002, personally appeared **Marva Hassell**, who, being by me duly sworn on her oath deposed and said that she has read the above answers to Plaintiffs' Interrogatories to Defendant Spectrum Laboratory Products, Inc., and the statements contained therein are within her personal knowledge and are true and correct.

_____
Marva Hassell

SUBSCRIBED and SWORN TO on this <u>30th</u> day of April, 2002, to certify which witness my hand and official seal of office.

_____
Notary Public, State of California

[seal]


SUSAN M. MOORE
Commission # 1289404
Notary Public - California
Los Angeles County
My Comm. Expires Feb 10, 2004

My Commission Expires: <u>Feb. 10, 2004</u>

82

NO. 15285*BH01

| | | |
|---|---|---|
| JOSEPH COUNTER, ET AL. | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | BRAZORIA COUNTY, TEXAS |
| | § | |
| AMERICAN HOME PRODUCTS, ET AL. | § | 23RD JUDICIAL DISTRICT |

## AFFIDAVIT OF ROBERTA L. McKEE

| | |
|---|---|
| STATE OF PENNSYLVANIA | § |
| | § |
| COUNTY OF MONTGOMERY | § |

Before me, the undersigned authority, personally appeared Roberta L. McKee, who, being duly sworn by me, upon oath deposed and said:

1.      My name is Roberta L. McKee, and I am over the age of eighteen.  I am of sound mind, I am fully competent to give this affidavit, I have personal knowledge of the facts herein stated, and I know that they are true and correct.

2.      I am Vice President, Vaccine and Sterile Quality Operations for the Manufacturing Division of Merck & Co., Inc.

3.      Through my employment in this capacity, I have become knowledgeable about Merck & Co., Inc.'s vaccine products, including Merck's measles, mumps, and rubella vaccine, M-M-R II®, and Merck's varicella (a/k/a "chickenpox") vaccine, VARIVAX®.

4.      I understand that the Plaintiff in the above-captioned action, Joseph A. Counter, allegedly received an injection, on September 23, 1997, of VARIVAX®.

83

5.    I also understand that the Plaintiff in the above-captioned action, Joseph A. Counter, allegedly received an injection, on March 6, 1998, of M-M-R® II.

6.    I am also aware of Plaintiffs' allegation that the VARIVAX® and M-M-R® II vaccines allegedly received by Joseph A. Counter contained the preservative thimerosal.

7.    I hereby attest that Merck has never used thimerosal as a component of or additive to VARIVAX® or M-M-R® II.

8.    Furthermore, Merck has never used thimerosal as part of the process of manufacturing VARIVAX® or M-M-R® II.

_Roberta L. McKee_
ROBERTA L. McKEE

SWORN TO BEFORE ME and subscribed in my presence this 14th day of March, 2002.

Notary Public, State of Pennsylvania

My commission expires: 9-8-02

NOTARIAL SEAL
PENNY DeVITO, Notary Public
Upper Gwynedd Twp., Montgomery County
My Commission Expires Sept. 8, 2002

2

84

## STATEMENT OF AUTHORIZED AGENT
## FOR GDL INTERNATIONAL, INC.

1.    My name is Maurice Delaney.  I am capable of making this statement on behalf of GDL International, Inc.  The facts stated herein are within my personal knowledge and are true and correct.

2.    I am an authorized representative for GDL International, Inc., authorized to sign this statement on its behalf.

3.    I am familiar with the records of GDL International, Inc. and have reviewed those records for the purpose of making this statement.

4.    GDL International, Inc. did not buy, obtain or in any manner receive thimerosal from The Dow Chemical Company during the time frame 1980 - present.

5.    GDL International, Inc. did not use any thimerosal obtained in any manner from The Dow Chemical Company in any thimerosal-containing product which GDL International, Inc. manufactured and/or sold in the time frame 1980 - present.

_____
MAURICE DELANEY

THE STATE OF MISSOURI       §
                                                   §
COUNTY OF _____      §

On this _____ day of _____ in the year 2002, before me, the undersigned notary public, personally appeared Maurice Delaney, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.  In witness whereof, I hereunto set my hand and official seal.

_____
Notary Public

85