## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Manuel Torres and Dominga Torres<br>Individually and a/n/f of Derek Torres | § § § | C.A. No. 03-CV-222 |
| Erika Duree, Individually and a/n/f of<br>Erin Jonathon Duree<br>Plaintiffs,<br>vs. | § § § § § | Jury Requested |
| BAXTER INTERNATIONAL, INC.,<br>Individually and as Successor in Interest to<br>NORTH AMERICAN VACCINE, INC.;<br>Defendants. | § § § § | Cameron County District Court<br>404th Judicial District<br>Case No. 2003-08-4338-G |

### DEFENDANT BAXTER INTERNATIONAL, INC.'S CONSENT TO REMOVAL

Defendant, BAXTER INTERNATIONAL, INC., hereby consents to and joins in the removal of Cause No. 2003-08-4338-G from the 404th Judicial District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

Dated this 15th day of December, 2003.

Respectfully submitted,

MEHAFFYWEBER
Attorneys for Defendant, Baxter International, Inc.

By _____
GENE M. WILLIAMS, Of Counsel
State Bar No. 21535300
Southern District Bar No. 1328

Post Office Box 16
Beaumont, Texas 77704
Telephone: (409) 835-5011
Telecopier: (409) 835-5177

BEAULITIGATION:606736.1

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record on this the 15th day of December, 2003.

                                            GENE M. WILLIAMS