IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friends of DEREK TORRES; ERIKA DUREE, Individually and as Next Friend of ERIN JONATHAN DUREE, § § § § § § § *Plaintiffs,* § § V. § § AMERICAN HOME PRODUCTS § CORPORATION, d/b/a WYETH, ET AL., § § *Defendants.* § | CIVIL ACTION NO. 03-CV-222 |

**DEFENDANT SMITHKLINE BEECHAM CORPORATION D/B/A
GLAXOSMITHKLINE'S DISCLOSURE OF INTERESTED PERSONS**

SmithKline Beecham Corporation d/b/a GlaxoSmithKline files this its Disclosure of Interested Persons.

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline certifies that the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

(1)  SmithKline Beecham Corporation d/b/a GlaxoSmithKline;

(2)  GlaxoSmithKline PLC.

30611197.1

Respectfully submitted,

By _____ w/ permission  CJR
Jeffrey S. Wolff
State Bar No. 21865900
Southern District I.D. No. 1392
Fulbright & Jaworski L.L.P.
1301 McKinney Street, Suite 5100
Houston, Texas  77010-3095
Telephone:  713.651.5151
Facsimile:  713.651.5246

Attorney-In-Charge for Defendant
SmithKline Beecham Corporation d/b/a
GlaxoSmithKline

OF COUNSEL:

Stephanie A. Smith
  State Bar No. 18684200
  Southern District I.D. No. 20008
Fulbright & Jaworski L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas  78701
Telephone: 512.474.5201
Facsimile: 512.536.4598

Charles Jason Rother
  State Bar No. 24013423
  Southern District I.D. No. 25742
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone: 713.651.5151
Facsimile: 713.651.5246

Jose E. Garcia
  State Bar No. 07636780
  Southern District I.D. No. 3934
Garcia & Villarreal, L.L.P.
4311 North. McColl Road
McAllen, Texas  78504
Telephone: 956.630.0081
Facsimile: 956.630.3631

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure via Certified Mail, Return Receipt Requested to counsel for Plaintiffs, and via first class U.S. mail to all other counsel and parties on this 15th day of December, 2003 as follows:

Steve Tilden Hastings
Hastings Law Firm
101 South Shoreline, Suite 430
Corpus Christi, Texas 78401
**Counsel for Plaintiffs**

Bradley S. Wolff
Swift, Currie, McGhee & Hiers, L.L.P.
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309-3238
*and*
Wade Lowrie McClure
Gibson, McClure, Wallace & Daniels, L.L.P.
8080 North Central Expressway
Suite 1300, LB 50
Dallas, Texas 75206-1838
**Counsel for Defendant**
**Aventis Pasteur Inc., f/k/a Connaught Laboratories, Inc., f/d/b/a Pasteur Merieux Connaught**

Lee Davis Thames
Butler, Snow, O'Mara, Stevens & Cannada
P O Box 22567
Jackson, Mississippi 39225-2567
**Counsel for Defendant**
**Baxter International, Inc.**

John R Gilbert
Gilbert & Moore P.L.L.C.
P.O. Box 1819
222 N. Velasco St.
Angleton, Texas 77515
**Counsel for Defendant**
**Dow Chemical Company**

Richard L. Josephson
Paul R. Elliott
Douglas B. Roberson
Baker Botts L.L.P.
910 Louisiana
Houston, Texas 77002-4995
**Counsel for Defendant**
**Merck & Co., Inc.**

M. Scott Michelman
Debbie Moeller
Shook, Hardy & Bacon, LLP
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
**Counsel for Defendant**
**Eli Lilly and Company**

David Michael Macdonald
McCauley, Macdonald & Devin
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
**Counsel for Defendant**
**Sigma Aldrich**

Matthew H Hand
Brown & Fortunato, P.C.
P.O. Box 9418
Amarillo, Texas 79105
**Counsel for Defendant**
**Oribi, Inc. Individually and d/b/a Meridian Chemical & Equipment, Inc. and d/b/a Global Fine Chemicals and d/b/a National Association of Compounding Pharmacists**

Michael R. Klatt
Susan E. Burnett
Clark, Thomas & Winters
P.O. Box 1148
Austin, Texas 78767
**Counsel for Defendant**
**Wyeth (f/k/a American Home Products)**

_____
Charles Jason Rother