IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District
Southern District of
FILED

DEC 2 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL TORRES AND DOMINGA TORRES, INDIVIDUALLY AND AS NEXT FRIENDS OF DEREK TORRES, *et al.*, | § § § § |
| Plaintiffs | § § |
| v. | § § § | 
| AMERICAN HOME PRODUCTS, *et al.*, | § § |
| Defendants. | § |

CAUSE NO. 03-CV-222
(Jury requested)

Judge Hanen

### THE DOW CHEMICAL COMPANY'S
### DISCLOSURE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

The Dow Chemical Company files this its Disclosure of Interested Persons.

Defendant, <u>The Dow Chemical Company</u> is a Delaware corporation and is a publicly-held corporation.

Dated: December 24, 2003.

Respectfully submitted,

GILBERT & GILBERT

BY: John R. Gilbert

John R. Gilbert
SDOT 3754
State Bar No. 07898500
222 North Velasco
P. O. Box 1819
Angleton, TX 77516-1819
(979) 849-5741
Fax (979) 849-7729

ATTORNEY-IN-CHARGE FOR DEFENDANT,
THE DOW CHEMICAL COMPANY

## **CERTIFICATE OF SERVICE**

I certify that I mailed a copy of the foregoing pleading by certified mail, return receipt requested and/or First Class Mail to the following, on the 24 day of December, 2003:

*John R. Gilbert*
John R. Gilbert

Gregory J. McCarthy
Miller & McCarthy
3811 Turtle Creek Blvd., Suite 1950
Dallas, TX 75219

Steve T. Hastings
Hastings & Alfaro
101 N. Shoreline Blvd., Suite 430
Corpus Christi, TX 78401

Michael Alan Simpson
Simpson & Boyd
PO Box 957
Decatur, TX 76234

Michael R. Klatt
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Wade L. McClure
Gibson, McClure, Wallace & Daniels
8080 N. Central Expwy.
Suite 1300 LB 50
Dallas, TX 75206-1838

Jeffrey S. Wolff
Fulbright & Jaworski - Houston
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Stephanie Smith
Fulbright & Jaworski
One American Center
600 Congress, Suite 2400
Austin, TX 78701

Richard L. Josephson
Baker Botts - Houston
910 Louisiana Street, Suite 3000
Houston, TX 77002

Laura J. O'Rourke
Vinson & Elkins
Trammel Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975

Jennifer Gray Jackson
Locke Liddell & Sapp
Chase Tower
2200 Ross Ave., Suite 2200
Dallas, TX 75201

M. Scott Michelman
Shook Hardy & Bacon
Chase Tower
600 Travis St., Suite 1600
Houston, TX 77002

David Michael MacDonald
McCauley, MacDonald & Devin
Renaissance Tower
1201 Elm Street, Suite 3800
Dallas, TX 75270

Matthew Henry Hand
Brown & Fortunato
P.O. Box 9418
Amarillo, TX 79105-9418

Bryan Haynes
Locke, Liddell & Supp
Chase Tower
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6775