IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friends of DEREK TORRES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HOME PRODUCTS, et al., <br><br> Defendants. | Civil Action No: 03-CV-222 |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW Jeffery A. Kruse, and hereby notifies the Court and Counsel that effective December 22, 2003, the Kansas City office of the law firm of Shook, Hardy & Bacon L.L.P., will have a new address: 2555 Grand Blvd., Kansas City, Missouri, 64108-2613. The telephone number, (816) 474-6550, and the facsimile number, (816) 421-5547, will remain the same.

This the 17th day of December, 2003.

Attorneys for Eli Lilly and Company
Jeffery A. Kruse, Esq.

SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
(816) 474-6550
(816) 421-5547 (Facsimile)

1353726v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served on all counsel of record listed below by First Class United States mail in accordance with the Federal Rules of Civil Procedure on this 17th day of December, 2003:

Steve T. Hastings
Hastings Law Firm
101 N. Shoreline Boulevard, Suite 430
Corpus Christi, TX 78401
and
Michael A. Simpson/Derrick S. Boyd
Simpson & Boyd, P.L.L.C.
Post Office Box 957
Decatur, TX 76234
and
Greg McCarthy
Miller & McCarthy
3811 Turtle Creek Boulevard, Suite 1950
Dallas, TX 75219
*Attorneys for Plaintiffs*

M. Diane Owens/Bradley S. Wolff
Swift, Currie, McGhee & Hiers
1355 Peachtree Street, NE, Suite 300
Atlanta, GA 30309-3238
and
R. Jo Reser
Davidson & Troilo
7550 IH-10 West, Suite 800
San Antonio, TX 78229-5818
*Attorneys for Defendant Aventis Pasteur Inc., f/k/a Connaught Laboratories, Inc. f/d/b/a Pasteur Merieux Connaught*

Jeffrey S. Wolff/Charles Jason Rother
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010-3095
and
Stephanie A. Smith
Fulbright & Jaworski LLP
600 Congress, Suite 2400
Austin, TX 78701
*Attorneys for Defendant, Smithkline Beecham Corporation d/b/a Glaxosmithkline*

Richard L. Josephson, Paul R. Elliott/Douglas B. Roberson
Baker Botts LLP
910 Louisiana, Suite 3000
Houston, TX 77002
*Attorneys for Defendant, Abbott Laboratories*

Gene M. Williams
Mehaffy & Webber, P.C.
Post Office Box 16
Beaumont, TX 77704
and

Lee Davis Thames
Butler, Snow, O'Mara, Steves & Cannada, P.L.L.C.
Post Office Box 22567
Jackson, MS 39225-2567
*Attorneys for Baxter International, Inc.*

John Gilbert
Gilbert & Moore, PLLC
222 North Velasco
Post Office Box 1819
Angleton, TX 77516
*Attorneys for Dow Chemical Company*

David M. Macdonald
McCauley, Macdonald & Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270-2014
*Attorneys for Sigma Aldrich*

Matthew H. Hand
Brown & Fortunato, P.C.
905 S. Fillmore, Suite 400
Post Office Box 9418
Amarillo, TX 79105-9418
*Attorneys for Oribi, Inc., et al*

Peter C. Neger
Bingham McCutchen
399 Park Avenue
New York, NY 10022
*Attorneys for Defendant, Evans Medical Limited*

Mitchell C. Chaney
Rodriguez, Colvin & Chaney
1201 E. Van Buren Street
Brownsville, TX 78520
*Attorneys for Defendant,
B.F. Ascher & Company, Inc.*

Michael R. Klatt/Susan E. Burnett
Jeffrey R. Lilly/Randall L. Christian
Clark, Thomas & Winters
Post Office Box 1148
Austin, TX 78767-1148
and
Donato D. Ramos
Law Office of Donato D. Ramos
5810 San Bernardo Street
Walk Plaza, Suite 101
Laredo, TX 78041
*Attorneys for Defendant Wyeth
(f/k/a American Home Products)*

1353726v1

James L. Ray
Daw & Ray
5718 Westheimer, Suite 1750
Houston, TX  77057
*Authorized Representative for Defendant,*
*American International Chemical, Inc.*

Dr. Robert Koller
Dolder
Immengasse 9
400 Basel Switzerland
*Authorized Representative for Defendant, Dolder*

Michael Losasso
3001 Aloma Avenue, Suite 220
Winter Park, FL  32792
*Authorized Representative for Defendant,*
*RPK Pharmaceuticals, Inc.*

Edmundo O. Ramirez
Ellis Koeneke & Ramirez
1101 Chicago
McAllen, TX  78501-4822
*Attorneys for Defendant, Merck & Co., Inc.*

_____
JEFFERY A. KRUSE

- 3 -

1353726v1