United States District Court
Southern District of Texas
FILED

DEC 2 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friends of DEREK TORRES<br><br>ERIKA DUREE, Individually and as Next Friend of ERIN JONATHON DUREE<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME PRODUCTS, d/b/a WYETH, et al.<br><br>Defendants. | § § § § § § § § § § § § § § § § | Civil Action No. 03-CV-222 |

**DEFENDANT MERCK & CO., INC.'S
CERTIFICATE OF INTERESTED PARTIES**

Defendant Merck & Co., Inc. files it's Certificate of Interested Parties in compliance with the Order for Conference and Disclosure of Interested Parties:

1. Defendant <u>Merck & Co., Inc.</u>

2. Manuel Torres and Dominga Torres, Individually and as Next Friends of Derek Torres

3. Erika Duree, Individually and as Next Friend of Erin Jonathon Duree

4. <u>American Home Products Corporation, doing business as Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle Vaccines, and Lederle Laboratories</u>

5. <u>Aventis Pasteur, Inc.</u>

6. <u>Baxter International, Inc.</u>

7. <u>Dow Chemical Company</u>

HOU02:966284.1

      8.     <u>Eli Lilly Corporation</u>

      9.     <u>Oribi, Inc.</u>

      10.    <u>Sigma Aldrich, Inc.</u>

      11.    <u>Smithkline Beecham Corporation d/b/a Glaxosmithkline</u>

              Respectfully submitted,

              BAKER BOTTS L.L.P.

              By _____ *[signature: Richard L. Josephson by permission]*
                   Richard L. Josephson
                   Attorney-in-Charge
                   State Bar No. 11031500
                   One Shell Plaza
                   910 Louisiana
                   Houston, TX 77002
                   (713) 229-1460
                   (713) 229-1522 (fax)
                   richard.josephson@bakerbotts.com

              COUNSEL FOR DEFENDANT MERCK & CO., INC.

OF COUNSEL:

BAKER BOTTS L.L.P.

Paul R. Elliott
State Bar No. 06547500
Douglas B. Roberson
State Bar No. 24013409
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1460
(713) 229-1522 (fax)

HOU02:966284.1

## Certificate of Service

    I certify that on this ___19th___ day of December 2003, I served the above pleading on all counsel of record via facsimile, First Class U.S. Mail, and/or certified mail, return receipt requested.

                                             *Richard L. Josephson/by permission*
                                             Richard L. Josephson

HOU02:966284.1