Case 1:03-cv-00222   Document 20   Filed in TXSD on 12/23/2003   Page 1 of 3 

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 2 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friends of DEREK TORRES<br><br>ERIKA DUREE, Individually and as Next Friend of ERIN JONATHON DUREE<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME PRODUCTS, d/b/a WYETH, et al.<br><br>Defendants. | Civil Action No. 03-CV-222 |

**MERCK & COMPANY, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE**

Merck & Company, Inc. states that it has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock or other ownership interest.

Respectfully submitted,

BAKER BOTTS L.L.P.

By _____  /By permission
Richard L. Josephson
Attorney-in-Charge
State Bar No. 11031500
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1460
(713) 229-1522 (fax)
richard.josephson@bakerbotts.com

COUNSEL FOR DEFENDANT MERCK & CO., INC.

HOU02:966579.1

OF COUNSEL:

BAKER BOTTS L.L.P.

Paul R. Elliott
State Bar No. 06547500
Douglas B. Roberson
State Bar No. 24013409
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1460
(713) 229-1522 (fax)

HOU02:966579.1

## Certificate of Service

I certify that on this 19th day of December 2003, I served the above pleading on all counsel of record via facsimile, First Class U.S. Mail, and/or certified mail, return receipt requested.

_____
Richard L. Josephson / by permission