Case 1:03-cv-00222  Document 22  Filed in TXSD on 12/24/2003  Page 1 of 5

United States District Court
Southern District of Texas
FILED

DEC 2 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL., | § § § | CIVIL ACTION NO. 03-CV-222 |
| | § | JURY REQUESTED |
| Plaintiffs | § § | |
| v. | § § | |
| AMERICAN HOME PRODUCTS d/b/a WYETH, ET AL., | § § § | |
| Defendants | § § | |

### DEFENDANT WYETH'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Wyeth, formerly known as American Home Products Corporation, and on behalf of itself and the improperly named "Wyeth Laboratories," "Wyeth-Ayerst," "Wyeth Ayerst Laboratories," "Wyeth Lederle," "Wyeth Lederly Vaccines," and "Lederle Laboratories" ("Wyeth"), and files its Corporate Disclosure Statement in the above-referenced case pursuant to Federal Rule of Civil Procedure 7.1.

Wyeth states that it has no parent corporation and that there is no publicly held corporation that holds 10% or more of its stock or other ownership interest.

Respectfully submitted,

**CLARK, THOMAS & WINTERS,**
**A PROFESSIONAL CORPORATION**
P.O. Box 1148
Austin, TX 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

By: _____
Michael R. Klatt
Attorney-in-Charge
State Bar No. 11554200
Southern ID No. 13004

**OF COUNSEL:**

Susan E. Burnett
State Bar No. 20648050
Southern ID No. 18604
Randall L. Christian
State Bar No. 00783826
Southern ID No. 15935
Jeffrey R. Lilly
State Bar No. 00787905
Southern ID No. 25873
**CLARK, THOMAS & WINTERS**
**A PROFESSIONAL CORPORATION**
P.O. Box 1148
Austin, TX. 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

**ATTORNEYS FOR DEFENDANT WYETH**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of December, 2003, a true and correct copy of the foregoing was sent to all known counsel of record as follows:

*Via Certified Mail, Return Receipt Requested:*

**Attorneys for Plaintiffs**
Steve T. Hastings
HASTINGS LAW FIRM
101 N. Shoreline Blvd., Suite 430
Corpus Christi, TX 78401
(361) 692-2000 (Telephone)
(361) 692-2001 (Facsimile)

Michael A. Simpson
Derrick S. Boyd
SIMPSON & BOYD, P.L.L.C.
P.O. Box 957
Decatur, TX 76234
(940) 627-8308 (Telephone)
(940) 627-8092 (Facsimile)

Greg McCarthy
MILLER & MCCARTHY,
3811 Turtle Creek Blvd., Suite 1950
Dallas, TX 75219
(469) 916-2552 (Telephone)
(469) 916-2555 (Facsimile)

*Via Regular Mail:*

**Attorneys for Aventis Pasteur Inc.**
M. Diane Owens
Bradley S. Wolff
SWIFT, CURRIE, MCGHEE & HEIERS, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3238
(404) 874-8800 (Telephone)
(404) 888-6199 (Facsimile)

R. Jo Reser
LAW OFFICES OF DAVIDSON & TROILO
7550 W. IH-10, Suite 800
San Antonio, TX 78229-5815
(210) 349-6484 (Telephone)
(210) 349-0041 (Facsimile)

**Attorneys for SmithKline Beecham Corp. d/b/a GlaxoSmithKline**
Jeffrey S. Wolff
Charles Jason Rother
1301 McKinney, Suite 5100
Houston, TX 77010-3095
(713) 651-5151 (Telephone)
(713) 651-5246 (Facsimile)

Stephanie A. Smith
FULBRIGHT & JAWORKSI
600 Congress Avenue, Suite 2400
Austin, TX 78701
(512) 474-5201 (Telephone)
(512) 536-4598 (Facsimile)

**Attorneys for Merck & Co., Inc.**
Richard L. Josephson
Doug Roberson
BAKER & BOTTS
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1460 (Telephone)
(713) 229-1522 (Facsimile)

**Attorneys for Baxter International, Inc.**
Gene M. Williams
MEHAFFY & WEBER, P.C.
P. O. Box 16
Beaumont, TX 77704
(409) 835-5011 (Telephone)
(409) 835-5177 (Facsimile)

Lee Davis Thames
BUTLER, SNOW, O'MARA, STEVES & CANNADA, P.L.L.C.
P.O. Box 22567
Jackson, MS 39225-2567
(601) 948-5711 (Telephone)
(601) 985-4500 (Facsimile)

**Attorneys for Dow Chemical Company**
John Gilbert
GILBERT & MOORE, PLLC
222 North Velasco
P.O. Box 1819
Angleton, TX 77516
(979) 849-5741 (Telephone)
(979) 849-7729 (Facsimile)

**Attorneys for Eli Lilly and Company**
M. Scott Michelman
SHOOK, HARDY & BACON
JP Morgan Chase Tower
600 Travis, Suite 1600
Houston, TX 77002-2911
(713) 227-8008 (Telephone)
(713) 227-9508 (Facsimile)

**Attorneys for Sigma Aldrich Inc.**
David M. Macdonald
MCCAULEY, MACDONALD & DEVIN, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270-2014
(214) 744-3300 (Telephone)
(214) 748-3526 (Facsimile)

**Attorneys for Oribi, Inc.**
Matthew H. Hand
BROWN & FORTUNATO, P.C.
905 South Fillmore, Suite 400,
P.O. Box 9418
Amarillo, TX 79105-9418
(806) 345-6300 (Telephone)
(806) 345-6363 (Facsimile)