IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 15 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | | |
|---|---|---|---|
| MANUEL TORRES, ET AL | * | | |
| | * | | |
| VS | * | CA | B-03-222 |
| | * | | |
| AMERICAN HOME PRODUCTS, ET AL | * | | |

### ORDER OF RECUSAL

1. ☐ Agreement between the judges.

   ■ Recusal. Judge Andrew S. Hanen having recused himself, therefore this case is re-assigned to Judge Hilda G. Tagle.

   ☐ Transfer for plea with related case CR_____.

   ☐ Other:_____.

2. Deadlines in existing scheduling orders remain in effect; however, all court settings are cancelled.

   Done at Brownsville, Texas, this ____ day of _____, 2004.

   _____
   Andrew S. Hanen
   United District Judge