IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, et al., | § § § § | |
| Plaintiffs, | § § | Civil Action No: 03-CV-222 |
| v. | § § | |
| AMERICAN HOME PRODUCTS, et al., | § § | |
| Defendants. | § § § | |

**DEFENDANT ELI LILLY AND COMPANY'S MOTION TO STRIKE
PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Eli Lilly and Company ("Lilly") hereby submits this Motion to Strike Plaintiffs' First Amended Complaint and would show the Court as follows:

1. On August 29, 2003, Plaintiffs filed their Original Petition in the District Court of Cameron County, Texas.

2. Lilly removed this action to this Court because complete diversity exists and the amount-in-controversy exceeds $75,000. *See* Lilly's Notice of Removal.

3. The Plaintiffs and Defendants named in Plaintiffs' Original Petition are and were citizens of different states, except for Defendant Oribi, Inc., Individually and d/b/a Meridian Chemical & Equipment, Inc. and d/b/a Global Fine Chemicals and National Association of Compounding Pharmacists ("Oribi") and the City of Laredo Health Department and the City of Laredo ("City of Laredo"), which are Texas citizens. No other Defendant named in Plaintiffs' Original Petition is a citizen of the State of Texas.

1363647v1

4. In its Notice of Removal, Lilly argued that the Texas citizenship of Oribi and the City of Laredo should be disregarded for purposes of determining diversity jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b) on the ground that Oribi and the City of Laredo are fraudulently joined Defendants and that there is no reasonable possibility that Plaintiffs will be able to establish liability against them. *See* Lilly's Notice of Removal.

5. On December 29, 2003, Plaintiff filed a Motion to Remand. On the same day, Plaintiffs filed their First Amended Complaint and added claims against new, non-diverse healthcare Defendants.

6. As more thoroughly discussed in Lilly's Opposition to Remand, which is incorporated by reference herein, the addition of the resident healthcare Defendants in Plaintiffs' First Amended Complaint is nothing more than a blatant attempt to defeat diversity jurisdiction.

7. This Court has discretion to deny the joinder of a non-diverse party where the joined party would destroy diversity jurisdiction. 28 U.S.C. § 1447(e); *See, e.g., Hensgens v. Deere & Co.*, 833 F.2d 1179 (5th Cir. 1987).

8. Furthermore, Plaintiffs are unable to join the resident healthcare Defendants because vaccine administrators may not be joined in a civil suit prior to Plaintiffs proceeding with their claims in the U.S. Court of Federal Claims, pursuant to the National Childhood Vaccine Injury Act, 42 U.S.C. §§ 300aa-1, *et seq.*

9. For the reasons set out in defendant Lilly's Opposition to Remand, Plaintiffs' First Amended Complaint is not properly before the Court.

1363647v1

WHEREFORE, Lilly respectfully requests that the Court grant this Motion and strike Plaintiffs' First Amended Complaint.

Respectfully submitted,

By: _____
M. SCOTT MICHELMAN
Attorney-in-Charge
SBN: 00797075
Southern District of TX ID No. 20802
SHOOK, HARDY & BACON L.L.P.
600 Travis, Suite 1600
Houston, TX  77002-2911
Telephone: 713/227-8008
Telefax: 713/227-9508

ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY

OF COUNSEL:

DEBORAH A. MOELLER
MO State Bar No. 15193
JEFFERY A. KRUSE
MO State Bar No. 45482
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108
Telephone: 816/474-6550
Telefax: 816/421-554

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that Defendant Eli Lilly and Company ("Lilly") has attempted to confer with counsel for Plaintiffs regarding the disposition of the foregoing Motion. After several attempts, Lilly has been unable to contact Plaintiffs' counsel and therefore assumes that Plaintiffs oppose this Motion.

_____
M. SCOTT MICHELMAN

- 3 -

1363647v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this the ___17th___ day of January, 2004 as indicated below:

| Attorney(s) | Counsel For: | Method of Service |
|---|---|---|
| Steve T. Hastings<br>Hastings & Alfaro<br>101 N. Shoreline Boulevard, Suite 430<br>Corpus Christi, TX  78401 | Plaintiffs, Manuel Torres and Dominga Torres, Individually and a/n/f of Derek Torres, et al. | Certified Mail,<br>Return Receipt Requested |
| Michael A. Simpson/Derrick S. Boyd<br>Simpson & Boyd, P.L.L.C.<br>Post Office Box 957<br>Decatur, TX  76234 | | U.S. 1st Class Mail |
| Greg McCarthy<br>Miller & McCarthy<br>3811 Turtle Creek Boulevard, Suite 1950<br>Dallas, TX  75219 | | U.S. 1st Class Mail |
| Michael R. Klatt/Susan E. Burnett<br>Jeffrey R. Lilly<br>Clark, Thomas & Winters<br>Post Office Box 1148<br>Austin, TX  78767 | Defendant, Wyeth, f/k/a American Home Products Corporation | U.S. 1st Class Mail |
| Bradley S. Wolff/M. Diane Owens<br>Swift, Currie, McGhee & Hiers, LLP<br>1355 Peachtree Street, N.E., Suite 300<br>Atlanta, GA  30309-3238 | Defendant, Aventis Pasteur, Inc., Individually and as Successor in Interest to Connaught Laboratories, Inc., f/d/b/a Pasteur Merieux Connaught | U.S. 1st Class Mail |
| R. Jo Reser<br>Davidson & Troilo, P.C.<br>7550 W. IH-10, Suite 800<br>San Antonio, TX  78229-5815 | | U.S. 1st Class Mail |
| Miguel Wise<br>Miguel Wise, P.C.<br>134 West 5th Street<br>Weslaco, TX  78596 | | U.S. 1st Class Mail |
| David M. Macdonald<br>McCauley Macdonald & Devin, P.C.<br>1201 Elm Street, Suite 3800<br>Dallas, TX  75270-2014 | Defendant, Sigma-Aldrich, Inc. | U.S. 1st Class Mail |

1363647v1

| Attorney(s) | Counsel For: | Method of Service |
|---|---|---|
| Matthew H. Hand<br>Brown & Fortunato, P.C.<br>905 S. Fillmore, Suite 500<br>Post Office Box 9418<br>Amarillo, TX 79105-9418 | Defendant, Oribi, Inc., Individually and d/b/a Meridian Chemical & Equipment, Inc. and d/b/a Global Fine Chemicals and National Association of Compounding Pharmacists | U.S. 1st Class Mail |
| Jeffrey S. Wolff/Charles Jason Rother<br>Fulbright & Jaworski L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095<br><br>Stephanie A. Smith<br>Fulbright & Jaworski L.L.P.<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78701 | Defendant, SmithKline Beecham Corp. | U.S. 1st Class Mail |
| Richard L. Josephson/Douglas Roberson<br>Baker & Botts LLP<br>910 Louisiana<br>Houston, TX 77002 | Defendant, Merck & Company, Inc. | U.S. 1st Class Mail |
| Gene M. Williams<br>Mehaffy-Weber<br>2615 Calder Avenue<br>Post Office Box 16<br>Beaumont, TX 77704<br><br>Lee Davis Thames/Donna Jacobs<br>Butler, Snow, O'Mara, Stevens & Cannada<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | Defendant, Baxter International, Inc. | U.S. 1st Class Mail<br><br><br><br><br>U.S. 1st Class Mail |
| John Gilbert<br>Gilbert & Gilbert<br>222 North Velasco<br>Post Office Box 1819<br>Angleton, TX 77516 | Defendant, Dow Chemical Company | U.S. 1st Class Mail |

M. SCOTT MICHELMAN

1363647v1