| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Cou...
Southern District of T....
**ENTERED**
JAN 2 8 2004
Michael N. Milby, Clerk of ...
By Deputy Clerk ____

| MANUEL TORRES, ET AL | § | |
|---|---|---|
| | § | |
| *versus* | § | Civil Action No.: B-03-222 |
| | § | |
| AMERICAN HOME PRODUCTS, ET AL | § | |

# Order Setting Conference

1. An initial pretrial conference will be held before Judge Hilda G. Tagle on:

   **March 1, 2004 at 3:30 p.m.**

   Third Floor-Courtroom No. 3
   United States Courthouse
   600 E. Harrison Street, #306
   Brownsville, Texas 78520

2. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

3. Counsel in charge of a case must appear at all hearings or conferences. A motion to appear on behalf of the attorney in charge will be granted only upon showing of good cause, and only if the attorney to be substituted is familiar with the case and has authority to bind the client. The motion to appear must be ruled on in advance of the hearing or conference date.

Signed on _January 26_, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge