31

United States District
Southern District of
FILED

JAN 2 6 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MANUEL TORRES and DOMINGA TORRES, Individually and as next Friends of DEREK TORRES, et al.,** | § | |
| | § | **CIVIL ACTION NO. 03-CV-222** |
| **vs.** | § | |
| | § | **JURY** |
| **AMERICAN HOME PRODUCTS d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH AYERST LABORATORIES, WYETH LEDERLE WYETH LEDERLE VACCINES, and LEDERLE LABORATORIES, et al.** | § | |

**DEFENDANT SIGMA-ALDRICH, INC.'S
AMENDED CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Defendant SIGMA-ALDRICH, INC., incorrectly named as "Sigma-Aldrich," and pursuant to FED. R. CIV. P. 7.1 and the Court's Order for Conference, files its Amended Certificate of Interested Persons and Corporate Disclosure Statement.

The following persons and/or entities have a financial interest in the outcome of this litigation to the best of Sigma-Aldrich, Inc.'s knowledge, information and belief:

**I. PLAINTIFFS**

1. Manual Torres, Individually
2. Dominga Torres, Individually;
3. Derek Torres, a minor, through Manual Torres and Dominga Torres, as next friends;

4. Erika Duree, Individually, and

5. Erin Jonathon Duree, a minor, through Erika Duree, as next friend.

6. Plaintiffs's counsel: Steve T. Hastings, Michael A. Simpson, Derrick S. Boyd, and Greg McCarthy.

## II. DEFENDANTS

1. Sigma Aldrich, Inc. and its counsel: David M. Macdonald and David C. Colley.

2. Wyeth formerly known as American Home Products Corporation and their counsel: Michael R. Klatt, Susan E. Burnett, and Jeffrey R. Lilly;

2. Aventis Pasteur, Inc., individually and as successor-in-interest to Connaught Laboratories, Inc., Pasteur Merieux, and Pasteur Merieux Connaught, and their counsel: Wade L. McClure, Bradley S. Wolff, and M. Diane Owens;

3. GlaxoSmithKline, individually and as successor-in-interest to SmithKline Beecham Corp., and their counsel: Jeffrey S. Wolff, Stephanie S. Smith, Barclay Manley;

4. Merck & Co., Inc. and its counsel: Richard L. Josephson and Douglas B. Roberson;

5. Baxter International, Inc., individually and as successor in interest to North American Vaccine, Inc., and their counsel: Lee Davis Thames and Gene M. Williams;

6. Dow Chemical Company and its counsel: John R. Gilbert;

7. Eli Lilly and Company and its counsel: M. Scott Michelman and Jeffery A. Kruse;

8. Oribi, Inc., individually and d/b/a Meridian Chemical and Equipment, Inc. d/b/a Global Fine Chemicals d/b/a National Association of Compounding Pharmacists and their counsel: Matthew H. Hand.

**Corporate Disclosure**

Defendant Sigma-Aldrich, Inc. is a Wisconsin corporation and is a wholly-owned subsidiary of Sigma-Aldrich Corporation. Sigma-Aldrich Corporation is a Delaware corporation and is a publicly-held corporation.

Respectfully submitted,

By: ______________________________

**David M. Macdonald, Attorney-In-Charge**
State Bar No. 12755300
Southern District of Texas Bar No. 22762
MCCAULEY, MACDONALD & DEVIN, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
(214) 744-3300
(214) 747-0942 (Facsimile)

**ATTORNEY-IN-CHARGE FOR DEFENDANT SIGMA-ALDRICH, INC.**

**OF COUNSEL:**
David C. Colley
State Bar No. 04583600
Southern District of Texas Bar No. 17310
MCCAULEY, MACDONALD & DEVIN, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 744-3300
(214) 747-0942 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record via Certified Mail, Return Receipt Requested or United States first class mail as set forth below on this 22 day of January, 2004.

***Via Certified Mail***
Steve T. Hastings
Hastings Law Firm
101 N. Shoreline, Suite 430
Corpus Christi, Texas 78401

***Via Certified Mail***
Michael A. Simpson
Derrick S. Boyd
Simpson & Boyd, PLLC
P.O. Box 957
Decatur, Texas 76234

***Via Certified Mail***
Greg McCarthy
Miller & McCarthy
3811 Turtle Creek Blvd., Suite 1950
Dallas, Texas 75219
*Attorneys for Plaintiff*

Michael R. Klatt
Susan Burnett
Jeffrey R. Lilly
Clark, Thomas & Winters, PC
300 West Sixth Street, 15th Floor
Austin, Texas 78701
*Attorneys for American Home Products Corporation d/b/a Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle Vaccines and Lederle Laboratories*

Bradley S. Wolff
M. Diane Owens
Swift Currie, McGhee & Heiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3238
*Attorneys for Aventis Pasteur Inc., Individually and as Successor-in-Interest to Connaught Laboratories, Inc., Pasteur Merieux, and Pasteur Merieux Connaught*

Wade L. McClure
Gibson McClure Wallace & Daniels
8080 N. Central Expressway
Suite 1300, LB 50
Dallas, Texas 75206-1808
*Attorneys for Aventis Pasteur Inc., Individually and as Successor-in-Interest to Connaught Laboratories, Inc., Pasteur Merieux, and Pasteur Merieux Connaught*

Stephanie A. Smith
Fulbright & Jaworski, LLP
600 Congress Avenue, Ste. 2400
Austin, Texas 78701-3271
*Attorneys for GlaxoSmithKline, Individually and as Successor-in-Interest to SmithKline Beecham Corp.*

Barclay Manley
Jeffrey S. Wolff
Fulbright & Jaworski, LLP
1301 McKinney Street, Ste. 5100
Houston, Texas 77010-3095
*Attorneys for GlaxoSmithKline, Individually and as Successor-in-Interest to SmithKline Beecham Corp.*

Richard L. Josephson
Douglas B. Roberson
Baker Botts, LLP
3000 One Shell Plaza
910 Louisiana
Houston, TX 77002
*Attorneys for Merck & Co., Inc.*

Lee Davis Thames
Butler, Snow, O'Mara, Stevens & Cannada
P. O. Box 22567
Jackson, MS 39225-2567
*Attorneys for Baxter International, Inc.*

Gene M. Williams
MeHaffey & Webber, P.C.
P.O. Box 16
Beaumont, Texas 77704
*Attorneys for Baxter International, Inc.*

John R. Gilbert
Gilbert & Gilbert, PLLC
222 N. Velasco Street
Angelton, Texas 77515
*Attorneys for the Dow Chemical Company*

Scott Michelman
Shook, Hardy & Bacon, LLP
600 Travis Street, Ste. 1600
Houston, Texas 77002-2911
*Attorneys for Eli Lilly and Company*

Jeffery A. Kruse
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
*Attorneys for Eli Lilly and Company*

Matthew H. Hand
Brown & Fortunato, P.C.
905 South Fillmore, Suite 400
Amarillo, Texas 79101
*Attorneys for Oribi, Inc., Individually and d/b/a Meridian Chemical & Equipment, Inc., and d/b/a Global Fine Chemicals and National Association of Compounding Pharmacists*

**David M. Macdonald**