IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, | § | |
| Individually and as Next Friend of DEREK | § | |
| TORRES | § | |
| | § | |
| ERIKA DUREE, Individually and as Next | § | |
| Friend of ERIN JONATHON DUREE | § | CA B-03-222 |
| Next Friend of DANIEL VILLANEUVA | § | |
| | § | (Jury Requested) |
| vs. | § | |
| | § | |
| AMERICAN HOME PRODUCTS d/b/a | § | |
| WYETH, WYETH LABORATORIES, | § | Judge Tagle |
| WYETH-AYERST, WYETH AYERST | § | |
| LABORATORIES, WYETH LEDERLE | § | |
| WYETH LEDERLE VACCINES, and | § | |
| LEDERLE LABORATORIES, et al. | § | |

**PLAINTIFFS' CONSOLIDATED RESPONSE TO ALL DEFENDANTS' MOTIONS TO
DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND BRIEF IN SUPPORT**

Plaintiffs submit this Consolidated Response to all Defendants' Motions to Dismiss
Plaintiffs' First Amended Complaint and Brief in Support.

1.      On or about August 29, 2003, Plaintiffs filed their Original Petition in the 404th
Judicial District Court of Cameron County, Texas. In the Original Petition, Plaintiffs asserted
claims against named defendants (both diverse and non-diverse), including the non-diverse
health care provider inadvertently named as City of Laredo. See Original Petition at pp. 9-10.

2.      On or about December 5, 2003, Defendant Eli Lilly removed this action alleging
fraudulent joinder of the non-diverse defendants. In it removal papers, Defendant Eli Lilly
acknowledged that Plaintiffs asserted claims against the City of Laredo. See Notice of Removal
at ¶11, 13-14.

3.      At the time of removal, none of the Defendants had been served with process in the state court, and no discovery had been done in the state court. As such, this case was clearly in its infant stages when it was removed by Defendants.

4.      Virtually simultaneous with the Notice of Removal, Defendants filed several Motions to Dismiss. Plaintiffs filed their Motion to Remand and Consolidated Response to Defendants' Motions to Dismiss and Brief in Support on or about December 23, 2003, which is incorporated by reference herein.

5.      Within weeks of the removal, and prior to any responsive pleading being filed by any defendant, Plaintiffs filed a First Amended Complaint correcting the fact that the healthcare provider should have been named as ABC Pediatrics and Yogesh Trakru – not the City of Laredo.

6.      As stated above, Plaintiffs filed a Motion to Remand, which demonstrates that diversity jurisdiction does not exist and that one or more non-diverse defendants named in Plaintiffs' First Amended Complaint have not been fraudulently joined.

7.      Defendants now have filed virtually the same Motions to Dismiss with respect to Plaintiffs' First Amended Complaint. Specifically, Defendants have filed the following:

> *Defendant Sigma-Aldrich, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint*

8.      As stated in Plaintiffs' Motion to Remand, and Plaintiffs' Reply to Opposition to Remand, which is also incorporated by reference herein, diversity jurisdiction does not exist. In the absence of diversity, this Court does not have subject-matter jurisdiction. A federal district court may not dismiss a case that was removed from state court when the removal was improper and the federal district court lacks subject-matter jurisdiction. *Heaton v. Monogram Credit Card*

*Bank of Georgia*, 231 F.3d 994, 1000 (5th Cir. 2000)(lack of subject matter jurisdiction precluded order granting dismissal of action).

9.      Defendants claim that the National Vaccine Injury Compensation Act mandates dismissal of this action. However, there is nothing in the National Vaccine Injury Compensation Act that authorizes dismissal by a federal district court that does not have subject- matter jurisdiction. To the contrary, the *Collins* decision holds that even in mercury poisoning cases related to thimerasol exposure from vaccinations, a federal district court may not dismiss a case that was improperly removed and over which the federal district court has no subject-matter jurisdiction. *Collins, et al. v. American Home Products Corp., et al.*, 343 F.3d 765, 768-769 (5th Cir. 2003).

10.     For the reasons set forth in Plaintiffs' Motion to Remand and Plaintiffs' Reply to Opposition to Remand, Plaintiffs respectfully request that Defendants Motions to Dismiss be DENIED as moot.

11.     Alternatively, Plaintiffs respectfully request that this Court defer ruling on Defendants' Motions to Dismiss until such time as this Court makes a determination as to whether this Court has subject-matter jurisdiction or whether this case should be remanded to state court. In other thimerasol cases, when faced with motions to remand and motions to dismiss, other courts have followed this approach – determining the subject-matter jurisdiction/removal issue prior to ruling on any motion to dismiss – in thimerasol cases. For example, in *Collins*, the District Court first addressed the Mississippi plaintiffs' remand motion, and only after making a determination that it had subject-matter jurisdiction (which was ultimately reversed by the Fifth Circuit), reached the issue of dismissal pursuant to the National

Vaccine Injury Compensation Act. As such, Plaintiffs respectfully request this Court to defer any ruling on Defendants' Motions to Dismiss.

Respectfully Submitted,

*Steve Hastings*

Steve Hastings, Attorney in Charge
State Bar No. 09211000
Southern District ID # 2232

HASTINGS LAW FIRM
101 N. Shoreline Blvd., Suite 430
Corpus Christi, Texas 78401
(361) 692-2000
Fax (361) 692-2001

Derrick S. Boyd
State Bar No. 00790350
Michael A. Simpson
State Bar No. 18403650

SIMPSON, BOYD & POWERS, P.L.L.C.
P. O. Box 957
Decatur, Texas 76234
(940) 627-8308
Fax (940) 627-8092
Greg McCarthy
State Bar No. 13367500

MILLER & McCARTHY
3811 Turtle Creek Blvd, Suite 1950
Dallas, Texas 75219
(469) 916-2552
Fax (469) 916-2555

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record via Certified Mail, Return Receipt Requested or United States first class mail as set forth below on this 28th day of January, 2004.

*Via Certified Mail*
**David M. Macdonald**
McCauley, Macdonald & Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
*Attorney for Sigma-Aldrich, Inc.*

*Via Certified Mail*
**Michael R. Klatt**
Susan Burnett
Clark, Thomas & Winters, P.C.
300 West Sixth Street, 15th Floor
P.O. Box 1148
Austin, Texas 78701
*Attorneys for American Home Products Corporation*
*d/b/a Wyeth, Wyeth Laboratories, Wyeth Ayerst,*
*Wyeth-Ayerst Laboratories, Wyeth Lederle,*
*Wyeth Lederle Vaccines and Lederle Laboratories*

*Via Certified Mail*
**Bradley S. Wolff**
M. Diane Owens
Swift, Currie, McGhee & Heiers, L.L.P.
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3238
*Attorneys for Aventis Pasteur Inc., Individually and*
*as Successor-in-Interest to Connaught Laboratories,*
*Inc., Pasteur Merieux, and Pasteur Merieux Connaught*

*Via Certified Mail*
**Lisa Gaye Mann**
Phillips & Akers
3200 SW Freeway
Ste. 3400
Houston, TX 77027
*Attorneys for Aventis Pasteur Inc., Individually and*
*As Successor-in-Interest to Connaught Laboratories,*
*Inc., Pasteur Merieux, and Pasteur Merieux Connaught*

*Via Certified Mail*
**Wade L. McClure**
Gibson McClure Wallace & Daniels
8080 N. Central Expressway
Suite 1300, LB 50
Dallas, Texas 75206-1808
*Attorneys for Aventis Pasteur Inc., Individually and*
*as Successor-in-Interest to Connaught Laboratories,*
*Inc., Pasteur Merieux, and Pasteur Merieux Connaught*

*Via Certified Mail*
**R. Jo Reser**
Law Offices of Davidson & Troilo
7550 W. IH-10, Suite 800
San Antonio, Texas 78229
*Attorneys for Aventis Pasteur Inc., Individually and*
*as Successor-in-Interest to Connaught Laboratories,*
*Inc., Pasteur Merieux, and Pasteur Merieux Connaught*

*Via Certified Mail*
**Miguel Wise**
MIGUEL WISE, P.C.
134 W. 5th St.
Weslaco, TX 78596
*Attorneys for Aventis Pasteur Inc., Individually and*
*as Successor-in-Interest to Connaught Laboratories,*
*Inc., Pasteur Merieux, and Pasteur Merieux Connaught*

*Via Certified Mail*
**Stephanie A. Smith**
Fulbright & Jaworski, L.L.P.
600 Congress Avenue, Ste. 2400
Austin, Texas 78701-3271
*Attorneys for GlaxoSmithKline, Individually and*
*as Successor-in-Interest to SmithKline Beecham Corp.*

*Via Certified Mail*
**Barclay Manley**
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Ste. 5100
Houston, Texas 77010-3095
*Attorneys for GlaxoSmithKline, Individually and*
*as Successor-in-Interest to SmithKline Beecham Corp.*

*Via Certified Mail*
**Richard L. Josephson**
**Doug Roberson**
Baker Botts, L.L.P.
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002
*Attorneys for Merck & Co., Inc.*

*Via Certified Mail*
**Gene M. Williams**
Mehaffey & Webber, P.C.
P.O. Box 16
Beaumont, Texas 77704
*Attorneys for Baxter International, Inc.*

*Via Certified Mail*
**Laura J. O'Rourke**
Vinson & Elkins, L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
*Attorneys for Baxter International, Inc.*

*Via Certified Mail*
**Lee Davis Thames**
Butler, Snow, O'Mara, Steves & Cannada, P.L.L.C.
P.O. Box 22567
Jackson, MS 39225

*Via Certified Mail*
**John R. Gilbert**
Gilbert & Gilbert, P.L.L.C.
222 N. Velasco Street
P.O. Box 1819
Angleton, Texas 77516
*Attorneys for the Dow Chemical Company*

*Via Certified Mail*
**Jennifer Spencer-Jackson**
Bryan Haynes
Locke, Liddell & Sapp, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas Texas 75201
*Attorneys for Eli Lilly and Company*

*Via Certified Mail*
**M. Scott Michelman**
Shook, Hardy & Bacon, L.L.P.
JP Morgan Chase Tower
600 Travis Street, Ste. 1600
Houston, Texas  77002-2911
*Attorneys for Eli Lilly and Company*

*Via Certified Mail*
**Deborah A. Moeller**
**Jeffery A. Druse**
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108-2613
*Attorneys for Eli Lilly and Company*

*Via Certified Mail*
**Mathew H. Hand**
Brown & Fortunato, P.C.
905 South Fillmore, Suite 400
P.O. Box 9418
Amarillo, Texas  79105
*Attorneys for Oribi, Inc., Individually and*
*d/b/a Meridian Chemical & Equipment, Inc.*
*and d/b/a Global Fine Chemicals and National*
*Association of Compounding Pharmacists*


Steve Hastings

Steve Hastings