United States District Court
Southern District of Texas
FILED

FEB 0 6 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, et al | § § § § | CIVIL ACTION NO. 1:03-CV-222 |
| Plaintiffs, | § § § § | |
| AMERICAN HOME PRODUCTS, d/b/a WYETH, et al., Defendants, | § § § § | |

## DEFENDANT AVENTIS PASTEUR INC.'S
## CERTIFICATE OF INTERESTED PARTIES

Defendant Aventis Pasteur Inc. files its Certificate of Interested Parties in compliance with the Order for Conference and Disclosure of Interested Parties:

1. Defendant Aventis Pasteur Inc.;

2. Manuel Torres and Dominga Torres, Individually and as Next Friends of Derek Torres;

3. Derek Torres, a minor;

4. Erika Duree, Individually and as Next Friend of Erin Jonathon Duree;

5. Erin Jonathon Duree, a mMinor;

6. American Home Products Corporation, d/b/a Wyeth, Wyeth Laboratories, Wyeth-Ayerst, Wyeth-Ayerst Laboratories, Wyeth Lederle, Wyeth Lederle, Wyeth Lederle Vaccines and Lederle Laboratories;

7. GlaxoSmithKline, PLC, Individually and as Successor in Interest to SmithKline Beecham Corporation d/b/a GlaxoSmithKline;

8. Merck & Co., Inc.;

9. Baxter International, Inc. Individually and as Successor in Interest to North American

Vaccine, Inc.;

10. The Dow Chemical Company;

11. Eli Lilly and Company.;

12. Sigma-Aldrich, Inc.; and

13. Oribi, Inc., Individually and d/b/a Meridian Chemical & Equipment, Inc. and d/b/a Global Fine Chemicals and d/b/a National Association of Compounding Pharmacists.

Respectfully submitted,

Mike Wise by Permission
Mike Wise
Attorney-in-Charge
State Bar #21811500
Southern ID No. 2735
MIGUEL D. WISE, P.C.
134 W. 5th Street
Weslaco, TX 78596
(956) 968-6898 (Telephone)
(956) 968-9787 (Fax)

**ATTORNEY-IN CHARGE FOR DEFENDANT AVENTIS PASTEUR INC.**

**OF COUNSEL:**
R. Jo Reser
State Bar No. 16789500
Southern ID No. 10309
DAVIDSON & TROILO
7550 West IH-10, Suite 800
San Antonio, Texas 78229-5815
(210) 349-6484 (Telephone)
(210) 349-0041 (Facsimile)
**and**
M. Diane Owens, Esq.
Bradley S. Wolff, Esq.
SWIFT, CURRIE, MCGHEE & HIERS, LLP
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309-3238
(404) 874-8800 (Telephone)
(404) 888-6199 (Facsimile)

**Attorneys for Defendant, Aventis Pasteur Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February 2004, a true and correct copy of the above and foregoing **DEFENDANT AVENTIS PASTEUR INC.'S CERTIFICATE OF INTERESTED PARTIES** has been forwarded via Certified Mail to the Plaintiffs and via first class U. S. Mail to all other counsel as follows:

Steve Tilden Hastings
Hastings Law Firm
101 S. Shoreline, Ste. 430
Corpus Christi, TX 78401
**Attorneys for Plaintiff**

Michael A. Simpson
Derrick S. Boyd
Simpson & Boyd
PO Box 957
Decatur, TX 76234
**Attorneys for Plaintiff**

Greg McCarthy
Miller & McCarthy
3811 Turtle Creek Blvd, Ste. 1950
Dallas, TX 75219
**Attorneys for Plaintiff**

John R. Gilbert
Lawrence P. Hampton
Gilbert & Moore PLLC
PO Box 1819
222 N. Velasco Street
Angleton, TX 77516
**Attorneys for DOW Chemical Company**

David M. Macdonald
David C. Colley
McCauley, Macdonald et al.
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
**Attorneys for Sigma Aldrich, Inc.**

Lee Davis Thames
Butler Snow O'Mara Stevens & Cannada
PO Box 22567
Jackson, MS 39225
*and*
Gene M. Williams
Mehaffey & Weber
PO Box 16
Beaumont, TX 77704
**Attorneys for Baxter International, Inc.**

Martin Scott Michelman
Shook Hardy et al
600 Travis, Ste 1600
Houston, TX 77002
*And*
Jeffrey A. Kruse
Shook Hardy & Bacon, LLP
2555 Grand Blvd
Kansas City, Missouri 64108
**Attorneys for Eli Lilly & Co.**

Mathew H Hand
Brown & Fortunato PC
PO Box 9418
Amarillo, TX 79105
**Attorneys for Oribi, Inc.**

Richard L. Josephson
Paul R. Elliot
Douglas B. Roberson
Baker & Botts
One Shell Plaza
910 Louisiana
Houston, TX 77002-9934
**Attorneys for Merck & Co., Inc.**

133817 45/44

4

| | |
|---|---|
| Michael R. Klatt<br>Susan E. Burnett<br>Jeffrey R. Lilly<br>Randall L. Christian<br>Clark Thomas & Winters<br>PO Box 1148<br>Austin, TX 78767<br>**Attorneys for Wyeth (f/k/a American Home Products Corp.)** | Jeffrey S. Wolff<br>Charles Jason Rother<br>Fulbright & Jaworski<br>1301 McKinney St, Ste 5100<br>Houston, TX 77010-3095<br>*and*<br>Stephanie A. Smith<br>Fulbright & Jaworski<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78701<br>**Attorneys for Smithkline Beecham Corp. d/b/a Glaxosmithkline** |

_____
Mike Wise (by permission)