United States District Court
Southern District of Texas
FILED

FEB 0 6 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, et al | § § § § | CIVIL ACTION NO. 1:03-CV-222 |
| Plaintiffs, | § § § | |
| AMERICAN HOME PRODUCTS, d/b/a WYETH, et al., Defendants, | § § § § § | |

## DEFENDANT AVENTIS PASTEUR'S DESIGNATION OF COUNSEL

Defendant, Aventis Pasteur Inc. files this its Designation of Counsel. Please note that the following attorneys represent Aventis Pasteur Inc. in this matter.

| | |
|---|---|
| **Attorney in Charge:** | **Mike Wise** |
| **Of Counsel:** | **R. Jo Reser** **M. Diane Owens and** **Bradley S. Wolff** |

The contact information for each is provided below.

No other attorneys represent Aventis Pasteur, Inc. in this matter and therefore, the names of any other attorneys identified as representing Aventis Pasteur have been identified in error and should be removed from the Court's Docket to prevent confusion.

133815 45/44

Respectfully submitted,

_Mike Wise by Permission_

Mike Wise by
Attorney-in-Charge
State Bar #21811500
Southern ID No. 2735
MIGUEL D. WISE, P.C.
134 W. 5th Street
Weslaco, TX 78596
(956) 968-6898 (Telephone)
(956) 968-9787 (Fax)

**ATTORNEY-IN CHARGE FOR
DEFENDANT AVENTIS PASTEUR INC.**

**OF COUNSEL:**
R. Jo Reser
State Bar No. 16789500
Southern ID No. 10309
DAVIDSON & TROILO
7550 West IH-10, Suite 800
San Antonio, Texas 78229-5815
Telephone: (210) 349-6484
Telecopier: (210) 349-0041
**and**
M. Diane Owens, Esq.
Bradley S. Wolff, Esq.
SWIFT, CURRIE, MCGHEE & HIERS, LLP
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309-3238
(404) 874-8800 (Telephone)
(404) 888-6199 (Facsimile)

**Attorneys for Defendant,
Aventis Pasteur Inc.**

133815 45/44

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February 2004, a true and correct copy of the above and foregoing **DEFENDANT AVENTIS PASTEUR INC.'S DESIGNATION OF COUNSEL** has been forwarded via Certified Mail to the Plaintiffs and via first class U. S. Mail to all other counsel as follows:

Steve Tilden Hastings
Hastings Law Firm
101 S. Shoreline, Ste. 430
Corpus Christi, TX 78401
**Attorneys for Plaintiff**

Michael A. Simpson
Derrick S. Boyd
Simpson & Boyd
PO Box 957
Decatur, TX 76234
**Attorneys for Plaintiff**

Greg McCarthy
Miller & McCarthy
3811 Turtle Creek Blvd, Ste. 1950
Dallas, TX 75219
**Attorneys for Plaintiff**

John R. Gilbert
Lawrence P. Hampton
Gilbert & Moore PLLC
PO Box 1819
222 N. Velasco Street
Angleton, TX 77516
**Attorneys for DOW Chemical Company**

Richard L. Josephson
Paul R. Elliot
Douglas B. Roberson
Baker & Botts
One Shell Plaza
910 Louisiana
Houston, TX 77002-9934
**Attorneys for Merck & Co., Inc.**

Lee Davis Thames
Butler Snow O'Mara Stevens & Cannada
PO Box 22567
Jackson, MS 39225
*and*
Gene M. Williams
Mehaffey & Weber
PO Box 16
Beaumont, TX 77704
**Attorneys for Baxter International, Inc.**

Martin Scott Michelman
Shook Hardy et al
600 Travis, Ste 1600
Houston, TX 77002
*and*
Jeffrey A. Kruse
Shook Hardy & Bacon, LLP
2555 Grand Blvd
Kansas City, Missouri 64108
**Attorneys for Eli Lilly & Co.**

Mathew H Hand
Brown & Fortunato PC
PO Box 9418
Amarillo, TX 79105
**Attorneys for Oribi, Inc.**

133815 45/44

David M. Macdonald
David C. Colley
McCauley, MacDonald et al.
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
**Attorneys for Sigma Aldrich, Inc.**

Michael R. Klatt
Susan E. Burnett
Jeffrey R. Lilly
Randall L. Christian
Clark Thomas & Winters
PO Box 1148
Austin, TX 78767
**Attorneys for Wyeth (f/k/a American Home Products Corp.)**

Jeffrey S. Wolff
Charles Jason Rother
Fulbright & Jaworski
1301 McKinney St, Ste 5100
Houston, TX 77010-3095
*and*
Stephanie A. Smith
Fulbright & Jaworski
600 Congress Avenue, Suite 2400
Austin, TX 78701
**Attorneys for Smithkline Beecham Corp. d/b/a Glaxosmithkline**

Mike Wise