IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL., | § CIVIL ACTION NO. 03-CV-222 § § JURY REQUESTED |
| Plaintiffs | § § |
| v. | § § |
| AMERICAN HOME PRODUCTS d/b/a WYETH, ET AL., | § § § |
| Defendants | § |

## DEFENDANT WYETH'S UNOPPOSED MOTION FOR LEAVE TO APPEAR FOR ATTORNEY-IN-CHARGE

Defendant Wyeth files this motion seeking leave of court to allow counsel for Wyeth other than its designated attorney-in-charge, Mr. Michael R. Klatt, to appear on its behalf at the Initial Pretrial Conference set for March 1, 2004 in this cause.

Wyeth requests the permission of this Court to allow Ms. Susan E. Burnett of the firm Clark, Thomas & Winters, P.C., to appear at the hearing set for Monday, March 1, 2004. Pursuant to Southern District of Texas Local Rule 11.2, Susan E. Burnett is fully informed regarding this matter and has authority to bind Wyeth.

This motion is necessary because the attorney-in-charge for Wyeth, Michael R. Klatt, of Clark, Thomas & Winters, P.C., is unable to attend due to prior obligations in a separate matter. As it would be difficult for Mr. Klatt to reschedule his prior obligations, Wyeth respectfully requests that Susan E. Burnett be permitted to appear at the up-coming hearing.

Wyeth prays that this Court grant this motion and such other and further relief to which it may be justly entitled.

1

## **CERTIFICATE OF CONFERENCE**

Counsel for Defendant has conferred or attempted to confer with all counsel of record in this matter regarding Wyeth's Motion for Leave to Appear. Plaintiffs' counsel has confirmed that plaintiffs do not oppose the motion. Counsel for Wyeth has received no indication of opposition to the Motion for Leave to Appear from any of the defendants.

Respectfully submitted,

**CLARK, THOMAS & WINTERS,
A PROFESSIONAL CORPORATION**
P.O. Box 1148
Austin, TX 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

By: _____
　　Michael R. Klatt
　　Attorney-in-Charge
　　State Bar No. 11554200
　　Southern ID No. 13004

**OF COUNSEL:**

Susan E. Burnett
State Bar No. 20648050
Southern ID No. 18604
Randall L. Christian
State Bar No.00783826
Southern ID No. 15935
Jeffrey R. Lilly
State Bar No. 00787905
Southern ID No. 25873
**CLARK, THOMAS & WINTERS
A PROFESSIONAL CORPORATION**
P.O. Box 1148
Austin, TX. 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

**ATTORNEYS FOR DEFENDANT WYETH**

3

## CERTIFICATE OF SERVICE

I certify that on this 19th day of February, 2004, a copy of the foregoing document has been served on all known counsel of record as follows:

### *VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED:*

**Attorneys for Plaintiffs**
Steve T. Hastings
HASTINGS LAW FIRM
101 N. Shoreline Blvd., Suite 430
Corpus Christi, Texas 78401
(361) 692-2000 (Telephone)
(361) 692-2001 (Facsimile)

Michael A. Simpson
Derrick S. Boyd
SIMPSON, BOYD & POWERS P.L.L.C.
P.O. Box 957
Decatur, Texas 76234
(940) 627-8308 (Telephone)
(940) 627-8092 (Facsimile)

Greg McCarthy
MILLER & McCARTHY
3811 Turtle Creek Blvd., Suite 1950
Dallas, Texas 75219
(469) 916-2552
(469) 916-2555

### *VIA REGULAR MAIL:*

| **Attorneys for Oribi, Inc.** | **Attorneys for Sigma-Aldrich, Inc.** |
|---|---|
| Matthew H. Hand | David M. Macdonald |
| BROWN & FORTUNATO, P.C. | Amy S. Harris |
| 905 South Filmore, Suite 400, | David McCauley |
| P.O. Box 9418 | MCCAULEY, MACDONALD & DEVIN, P.C. |
| Amarillo, Texas 79105-9418 | 3800 Renaissance Tower |
| | 1201 Elm Street |
| | Dallas, Texas 75270-2014 |

4

**Attorneys for SmithKline Beecham Corp.**
**d/b/a GlaxoSmithKline**
Jeffrey S. Wolff
Charles Jason Rosser
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

Stephanie A. Smith Texas
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701

**Attorneys for Merck & Company, Inc.**
Richard L. Josephson
Paul R. Elliott
Douglas B. Roberson
BAKER & BOTTS
One Shell Plaza
910 Louisiana   Suite 3000
Houston, Texas 77002

**Attorneys for Aventis Pasteur Inc.**
Bradley S. Wolff
M. Diane Owens
SWIFT, CURRIE, MCGHEE & HIERS
1355 Peachtree Street, Suite 300
Atlanta, Georgia 30309-3238

Miguel Wise
MIGUEL WISE, P.C.
134 W. 5th Street
Weslaco, Texas 78596

R. Jo Reser
DAVIDSON & TROILO
7550 W. IH-10, Suite 800
San Antonio, Texas 78229

**Attorneys for Eli Lilly & Company**
M. Scott Michelman
SHOOK, HARDY & BACON, LLP
JPMorgan Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002-2911

Jeffery A. Kruse
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.,
Kansas City, MO. 64108-2613

**Attorneys for Baxter International, Inc.**
Gene M. Williams
MEHAFFY & WEBER
P.O. Box 16
Beaumont, Texas 77704

**Attorneys for The Dow Chemical Company**
John Gilbert
GILBERT & GILBERT
222 North Velasco
P.O. Box 1819
Angleton, TX 77516