United States District Court
Southern District of Texas
FILED

FEB 2 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and a/n/f of DEREK TORRES, et al., *Plaintiffs*, <br><br> v. <br><br> AMERICAN HOME PRODUCTS, et al., *Defendants*. | § § § § § § § § § § |

Civil Action No. 03-CV-222

### DEFENDANT SIGMA-ALDRICH, INC.'S UNOPPOSED MOTION FOR LEAVE TO APPEAR FOR ATTORNEY-IN-CHARGE

Defendant SIGMA-ALDRICH, INC., incorrectly named as "Sigma-Aldrich," (hereinafter "Sigma-Aldrich"), files this motion seeking leave of court to allow counsel for Sigma-Aldrich other than its designated attorney-in-charge, Mr. David M. Macdonald, to appear on its behalf at the pre-trial conference set for Monday, March 1, 2004 at 3:30 p.m. in this cause.

Sigma-Aldrich requests the permission of this Court to allow Mr. David C. Colley of the firm McCauley, Macdonald & Devin, P.C., to appear at the pre-trial conference set for March 1, 2004. Pursuant to Southern District of Texas Local Rule 11.2, Mr. Colley is fully informed regarding the facts of this matter and has authority to bind Sigma-Aldrich. Moreover, Mr. Colley has previously briefed and argued the issues raised in this case in similar cases pending in other Courts.

This motion is necessary because the attorney-in-charge for Sigma-Aldrich, Mr. David M. Macdonald of McCauley, Macdonald & Devin, P.C., is unable to attend due to prior obligations in a separate matter. As it would be extremely difficult for Mr. Macdonald to reschedule his prior obligations, Sigma-Aldrich respectfully requests that Mr. Colley be permitted to appear at the up-coming pre-trial conference.

WHEREFORE, Defendant Sigma-Aldrich, Inc. respectfully prays that this Court grant this motion and for general relief.

Respectfully submitted,

By: _____
**David M. Macdonald, Attorney-In-Charge**
State Bar No. 12755300
Southern District of Texas Bar No. 22762
MCCAULEY, MACDONALD & DEVIN, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
(214) 744-3300
(214) 747-0942 (Facsimile)

**ATTORNEY-IN-CHARGE FOR
DEFENDANT SIGMA-ALDRICH, INC.**

**OF COUNSEL:**
David C. Colley
State Bar No. 04583600
Southern District of Texas Bar No. 17310
MCCAULEY, MACDONALD & DEVIN, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 744-3300
(214) 747-0942 (Facsimile)

**ATTORNEYS FOR DEFENDANT
SIGMA-ALDRICH, INC.**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant has conferred with all counsel of record in this matter regarding Sigma-Aldrich, Inc.'s Unopposed Motion for Leave to Appear. Plaintiffs' counsel has confirmed that Plaintiffs do not oppose the motion. Counsel for all defendants have also confirmed that they do not oppose the relief sought in this motion.

Respectfully submitted,

By: _____
David M. Macdonald, Attorney-In-Charge
State Bar No. 12755300
Southern District of Texas Bar No. 22762
MCCAULEY, MACDONALD & DEVIN, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
(214) 744-3300
(214) 747-0942 (Facsimile)

**ATTORNEY-IN-CHARGE FOR
DEFENDANT SIGMA-ALDRICH, INC.**

**OF COUNSEL:**
David C. Colley
State Bar No. 04583600
Southern District of Texas Bar No. 17310
MCCAULEY, MACDONALD & DEVIN, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
(214) 744-3300
(214) 747-0942 (Facsimile)

**ATTORNEYS FOR DEFENDANT
SIGMA-ALDRICH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13 day of February, 2004, a true and correct copy of the foregoing was sent to all known counsel of record as follows:

*Via Certified Mail*
Steve T. Hastings
Hastings Law Firm
101 N. Shoreline, Suite 430
Corpus Christi, Texas 78401

*Via Certified Mail*
Michael A. Simpson
Derrick S. Boyd
Simpson & Boyd, PLLC
P.O. Box 957
Decatur, Texas 76234

*Via Certified Mail*
Greg McCarthy
Miller & McCarthy
3811 Turtle Creek Blvd., Suite 1950
Dallas, Texas 75219
*Attorneys for Plaintiff*

Michael R. Klatt
Susan Burnett
Clark, Thomas & Winters, PC
300 West Sixth Street, 15th Floor
Austin, Texas 78701
*Attorneys for American Home Products Corporation
d/b/a Wyeth, Wyeth Laboratories, Wyeth-Ayerst,
Wyeth-Ayerst Laboratories, Wyeth Lederle,
Wyeth Lederle Vaccines and Lederle Laboratories*

Bradley S. Wolff
M. Diane Owens
Swift Currie, McGhee & Heiers, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3238
*Attorneys for Aventis Pasteur Inc., Individually and
as Successor-in-Interest to Connaught Laboratories,
Inc., Pasteur Merieux, and Pasteur Merieux Connaught*

Wade L. McClure
Gibson McClure Wallace & Daniels
8080 N. Central Expressway
Suite 1300, LB 50
Dallas, Texas 75206-1808
*Attorneys for Aventis Pasteur Inc., Individually and*
*as Successor-in-Interest to Connaught Laboratories,*
*Inc., Pasteur Merieux, and Pasteur Merieux Connaught*

Stephanie A. Smith
Fulbright & Jaworski, LLP
600 Congress Avenue, Ste. 2400
Austin, Texas 78701-3271
*Attorneys for GlaxoSmithKline, Individually and*
*as Successor-in-Interest to SmithKline Beecham Corp.*

Barclay Manley
Fulbright & Jaworski, LLP
1301 McKinney Street, Ste. 5100
Houston, Texas 77010-3095
*Attorneys for GlaxoSmithKline, Individually and*
*as Successor-in-Interest to SmithKline Beecham Corp.*

Richard L. Josephson
Baker Botts, LLP
3000 One Shell Plaza
910 Louisiana
Houston, TX 77002
*Attorneys for Merck & Co., Inc.*

Gene M. Williams
MeHaffey & Webber, P.C.
P.O. Box 16
Beaumont, Texas  77704
*Attorneys for Baxter International, Inc.*

John R. Gilbert
Gilbert & Gilbert, PLLC
222 N. Velasco Street
Angelton, Texas 77515
*Attorneys for the Dow Chemical Company*

Scott Michelman
Shook, Hardy & Bacon, LLP
600 Travis Street, Ste. 1600
Houston, Texas 77002-2911
*Attorneys for Eli Lilly and Company*

Deborah A. Moeller
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118
*Attorneys for Eli Lilly and Company*

Matthew H. Hand
Brown & Fortunato, P.C.
905 South Fillmore, Suite 400
Amarillo, Texas 79101
*Attorneys for Oribi, Inc., Individually and
d/b/a Meridian Chemical & Equipment, Inc.,
and d/b/a Global Fine Chemicals and National
Association of Compounding Pharmacists*

/s/ David M. Macdonald
David M. Macdonald