United States District Court
Southern District of Texas
FILED

FEB 2 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, et al., | § § § § | CIVIL ACTION NO. 03-CV-222 |
| Plaintiffs | § § | JURY REQUESTED |
| VS. | § § | |
| AMERICAN HOME PRODUCTS d/b/a WYETH, et al., | § § § | |
| Defendants | § § | |

**DEFENDANT MERCK & CO., INC.'S UNOPPOSED MOTION FOR LEAVE TO APPEAR FOR ATTORNEY-IN-CHARGE**

Defendant Merck & Co., Inc. ("Merck") files this motion seeking leave of court to allow counsel for Merck other than its designated attorney-in-charge, Mr. Richard L. Josephson, to appear on its behalf at the Initial Pretrial Conference set for March 2, 2004 in this cause.

Merck requests the permission of this Court to allow Mr. Paul R. Elliott of the firm Baker Botts L.L.P., to appear at the hearing set for Monday, March 1, 2004. Pursuant to Southern District of Texas Local Rule 11.2, Paul R. Elliott is fully informed regarding this matter and has authority to bind Merck.

This motion is necessary because the attorney-in-charge, Richard L. Josephson, of Baker Botts L.L.P. is unable to attend due to prior obligations in a separate matter. As it would be difficult for Mr. Josephson to reschedule his prior obligations, Merck respectfully requests that Paul R. Elliott be permitted to appear at the upcoming hearing.

Merck prays that this Court grant this motion and such other and further relief to which it may be justly entitled.

Respectfully submitted,

_____
Richard L. Josephson /s/ *with permission PRE*
Attorney-in-Charge
State Bar No. 11031500
Federal ID No. 04614
One Shell Plaza
910 Louisiana
Houston, TX 77002
(713) 229-1460
(713) 229-1522 (fax)

COUNSEL FOR DEFENDANT
MERCK & CO., INC.

OF COUNSEL:

**BAKER BOTTS L.L.P.**

Paul R. Elliott
State Bar No. 06547500
Federal ID No. 12867
Douglas B. Roberson
State Bar No. 24013409
Federal ID No. 32159
One Shell Plaza
910 Louisiana
Houston, Texas 77002
(713) 229-1226
(713) 229-1522 (Fax)

**ATTORNEYS FOR DEFENDANT
MERCK & CO., INC.**

### CERTIFICATE OF CONFERENCE

Counsel for Defendant Merck & Co., Inc. has conferred or attempted to confer with all counsel of record in this matter regarding Merck's Motion for Leave to Appear. There is no opposition from any party to the Motion for Leave to Appear.

## Certificate of Service

I certify that on this 23rd day of February, 2004, I forwarded a true and correct copy of the foregoing document on all counsel of record via regular U.S. mail.

*[signature]*

| | |
|---|---|
| Steve T. Hastings<br>Attorney-in-Charge<br>HASTINGS LAW FIRM<br>101 N. Shoreline Blvd., Suite 430<br>Corpus Christi, Texas 78401<br><br>Michael A. Simpson<br>Derrick S. Boyd<br>SIMPSON, BOYD & POWERS, P.L.L.C.<br>P.O. Box 957 (105 N. State St #B)<br>Decatur, Texas 76234<br><br>Gregory J. McCarthy<br>MILLER & MCCARTHY<br>3811 Turtle Creek Blvd., Suite 1950<br>Dallas, Texas 75219<br><br>**COUNSEL FOR PLAINTIFFS** | Michael R. Klatt<br>Attorney-in-Charge<br>Susan E. Burnett<br>Randall L. Christian<br>Jeffrey R. Lilly<br>CLARK, THOMAS, & WINTERS<br>P.O. Box 1148<br>Austin, Texas 78767<br><br>**COUNSEL FOR DEFENDANT WYETH** |
| M. Scott Michelman<br>Attorney-in-Charge<br>SHOOK, HARDY & BACON, LLP<br>JP Morgan Chase Tower<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002-2911<br><br>Deborah A. Moeller<br>Jeffery A. Kruse<br>Shook, Hardy & Bacon, L.L.P.<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108-2613<br><br>**COUNSEL FOR DEFENDANT ELI LILLY & COMPANY** | Miguel Wise<br>MIGUEL WISE, P.C.<br>134 W. 5th Street<br>Weslaco, Texas 78596<br><br>R. Jo Reser<br>DAVIDSON & TROILO<br>7550 W. IH-10, Suite 800<br>San Antonio, Texas 78229<br><br>Wade L. McClure<br>Gibson, McClure<br>8080 N. Central Expressway<br>Suite 1300, LB50<br>Dallas, Texas 75206-1838<br><br>M. Diane Owens<br>Bradley S. Wolff<br>Swift, Currie, McGhee & Hiers, L.L.P.<br>1355 Peachtree Street, Suite 300 |

|  | Atlanta, GA 30309<br><br>**COUNSEL FOR DEFENDANT AVENTIS PASTEUR INC.** |
|---|---|
| Jeffrey S. Wolff<br>Attorney-in-Charge<br>Barclay A. Manley<br>Charles Jason Rother<br>Fulbright & Jaworski, L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, TX. 77010-3095<br><br>Stephanie A. Smith<br>Megan A. Hudgeons<br>Fulbright & Jaworski, L.L.P.<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78701<br><br>**COUNSEL FOR DEFENDANT SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE** | Gene M. Williams<br>MEHAFFY & WEBER<br>P.O. Box 16<br>Beaumont, Texas 77704<br><br>Lee Davis Thames<br>Donna Jacobs<br>Butler, Snow, O'Mara, Steves & Cannada, P.L.L.C.<br>P. O. Box 22567<br>Jackson, Mississippi 39225-2567<br><br>**COUNSEL FOR DEFENDANT BAXTER INTERNATIONAL, INC.** |
| John R. Gilbert<br>Attorney-in-Charge<br>GILBERT & GILBERT<br>222 North Velasco<br>P. O. Box 1819<br>Angleton, Texas 77516-1819<br><br>**COUNSEL FOR DEFENDANT THE DOW CHEMICAL COMPANY** | David M. Macdonald<br>Attorney-in-Charge<br>Amy S. Harris<br>David McCauley<br>McCAULEY MACDONALD & DEVIN<br>1201 Elm Street<br>Suite 3800, Renaissance Tower<br>Dallas, Texas 75270<br><br>**COUNSEL FOR DEFENDANT SIGMA-ALDRICH, INC.** |
| Matthew H. Hand<br>BROWN & FORTUNATO, P.C.<br>905 South Filmore, Suite 400<br>P. O. Box 9418<br>Amarillo, Texas 79105-9418<br><br>**COUNSEL FOR ORIBI, INC.** |  |