IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL., | § § § § | CIVIL ACTION NO. 03-CV-222 |
| | § | JURY REQUESTED |
| Plaintiffs | § § | |
| v. | § § | |
| AMERICAN HOME PRODUCTS d/b/a WYETH, ET AL., | § § § | |
| Defendants | § § | |

### ORDER GRANTING DEFENDANT WYETH'S UNOPPOSED MOTION FOR LEAVE TO APPEAR FOR ATTORNEY-IN-CHARGE

The Court has considered the motion of defendant Wyeth that Susan E. Burnett be allowed to appear in the place of Michael R. Klatt, the designated attorney-in-charge for defendant Wyeth, at the March 1, 2004 Initial Pretrial Conference in this cause, and is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that Susan E. Burnett is granted leave to appear in the place of the designated attorney-in-charge for defendant Wyeth at the hearing in this case set for March 1, 2004.

Signed this 25th day of February, 2004.

_____
UNITED STATES DISTRICT JUDGE