United States District Court
Southern District of Texas
ENTERED

FEB 25 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, et al., | § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. 03-CV-222 |
| VS. | § § § | JURY REQUESTED |
| AMERICAN HOME PRODUCTS d/b/a WYETH, et al., | § § § § | |
| Defendants | § § | |

**ORDER GRANTING DEFENDANT MERCK & CO., INC.'S UNOPPOSED MOTION FOR LEAVE TO APPEAR FOR ATTORNEY-IN-CHARGE**

The Court has considered the motion of defendant Merck that Paul R. Elliott be allowed to appear in the place of Richard L. Josephson, the designated attorney-in-charge for defendant Merck, at the March 1, 2004 Initial Pretrial Conference in this cause, and is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that Paul R. Elliott is granted leave to appear in the place of the designated attorney-in-charge for defendant Merck in this case set for March 1, 2004.

SIGNED this 25th day of February, 2004.

_____
UNITED STATES DISTRICT JUDGE

HOU02:975763.1