IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and a/n/f of DEREK TORRES, et al., *Plaintiffs*, § § § § § | |
| v. § § | Civil Action No. 03-CV-222 |
| AMERICAN HOME PRODUCTS, et al., *Defendants*. § § § | |

### ORDER GRANTING
### DEFENDANT SIGMA-ALDRICH, INC.'S UNOPPOSED MOTION
### FOR LEAVE TO APPEAR FOR ATTORNEY-IN-CHARGE

The Court has considered the motion of Defendant Sigma-Aldrich, Inc. that David C. Colley be allowed to appear in the place of David M. Macdonald, the designated attorney-in-charge for Defendant Sigma-Aldrich, Inc., at the March 1, 2004 pre-trial conference in this cause, and is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that David C. Colley is granted leave to appear in the place of the designated attorney-in-charge for Defendant Sigma-Aldrich, Inc. at the conference in this case set for March 1, 2004.

SO ORDERED this 25th day of February, 2004 at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

2010401   2286/609