

United States District Court
Southern District of Texas
FILED

FEB 26 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friends of DEREK TORRES, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 03-CV-222 (Jury requested) |
| AMERICAN HOME PRODUCTS, *et al.*, | § § | |
| Defendants. | § | |

**DEFENDANT THE DOW CHEMICAL COMPANY'S UNOPPOSED MOTION
FOR LEAVE TO APPEAR FOR ATTORNEY-IN-CHARGE**

Defendant The Dow Chemical Company ("TDCC") files this motion seeking leave to allow counsel for TDCC other than its designated attorney-in-charge to appear on its behalf at the hearing set for March 1, 2004, in this cause.

TDCC requests the permission of this Court to allow Mr. Lawrence P. Hampton of the firm of Gilbert & Gilbert to appear at the hearing set for Monday, March 1. Mr. Hampton is fully informed regarding this matter and has authority to bind TDCC.

This motion is necessary because the attorney-in-charge for TDCC, Mr. John R. Gilbert, of Gilbert & Gilbert, is unable to attend due to prior obligations in another matter.

TDCC prays that this Court grant this motion and such other and further relief to which it may be justly entitled.

## CERTIFICATE OF CONFERENCE

Counsel for Defendant has conferred with the other counsel in this matter regarding TDCC's Motion for Leave to Appear, and there is no opposition to this Motion.

Respectfully submitted,

GILBERT & GILBERT

BY: *John R. Gilbert*
John R. Gilbert
SDOT No. 3754
State Bar No. 07898500
222 North Velasco
P. O. Box 1819
Angleton, TX 77516-1819
(979) 849-5741
Fax (979) 849-7729

ATTORNEY-IN-CHARGE FOR DEFENDANT,
THE DOW CHEMICAL COMPANY

## CERTIFICATE OF SERVICE

I certify that I mailed a copy of the foregoing pleading by certified mail, return receipt requested and/or First Class Mail to the following counsel, on the 23rd day of February, 2004.

_____
Lawrence P. Hampton

Gregory J. McCarthy
Miller & McCarthy
3811 Turtle Creek Blvd., Suite 1950
Dallas, TX 75219

Steve T. Hastings
Hastings & Alfaro
101 N. Shoreline Blvd., Suite 430
Corpus Christi, TX 78401

Michael Alan Simpson
Simpson & Boyd
PO Box 957
Decatur, TX 76234

Michael R. Klatt
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767-1148

Jeffrey S. Wolff
Fulbright & Jaworski - Houston
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

Stephanie Smith
Fulbright & Jaworski
One American Center
600 Congress, Suite 2400
Austin, TX 78701

Richard L. Josephson
Baker Botts - Houston
910 Louisiana Street, Suite 3000
Houston, TX 77002

M. Scott Michelman
Shook Hardy & Bacon
Chase Tower
600 Travis St., Suite 1600
Houston, TX 77002

Deborah A. Moeller
Jeffery A. Kruse
One Kansas City Place
1200 Main Street
Kansas City, Missouri 64105-2118

David Michael MacDonald
McCauley, MacDonald & Devin
Renaissance Tower
1201 Elm Street, Suite 3800
Dallas, TX 75270

Matthew Henry Hand
Brown & Fortunato
P.O. Box 9418
Amarillo, TX 79105-9418

R. Jo Reser
Davidson & Troilo
7550 West IH-10, Suite 800
San Antonio, Texas 78229-5815

M. Diane Owens
Bradley S. Wolff
Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309-3238

Gene M. Williams
Mehaffy & Weber, P.C.
P. O. Box 16
Beaumont, Texas 77704

Lee Davis Thames
Butler, Snow, O'Mara, Steves &
  Cannada, PLLC
Post Office Box 22567
Jackson, Mississippi 39225-2567