IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 27 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friends of DEREK TORRES, et al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 03-CV-222 (Jury requested) |
| AMERICAN HOME PRODUCTS, et al., | § § | |
| Defendants. | § | |

### ORDER GRANTING MOTION TO APPEAR

The Court has considered the unopposed motion of defendant The Dow Chemical Company that Lawrence P. Hampton be allowed to appear in the place of John R. Gilbert, the designated attorney-in-charge for defendant, at the March 1, 2004 hearing in this cause, and is of the opinion the motion should be granted.

It is therefore ORDERED that Lawrence P. Hampton is granted leave to appear in the place of the designated attorney-in-charge for defendant The Dow Chemical Company at the hearing in this case set for March 1, 2004.

Signed this 26th day of February, 2004.

_____
UNITED STATES DISTRICT JUDGE