49

United States District Court
Southern District of Texas
FILED

FEB 27 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friends of DEREK TORRES; ERIKA DUREE, Individually and as Next Friend of ERIN JONATHAN DUREE, | § | |
| *Plaintiffs,* | § | |
| V. | § | CIVIL ACTION NO. 03-CV-222 |
| AMERICAN HOME PRODUCTS CORPORATION, d/b/a WYETH, ET AL., | § | |
| *Defendants.* | § | |

**SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE'S UNOPPOSED MOTION FOR LEAVE TO APPEAR FOR ATTORNEY-IN-CHARGE**

Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("SB") files this unopposed motion seeking leave to allow counsel for SB other than its designated attorney-in-charge to appear on its behalf at the hearing set for March 1, 2004, in this cause.

SB requests the permission of this Court to allow Mr. Charles Jason Rother of the firm of Fulbright & Jaworski L.L.P. to appear at the hearing set for Monday, March 1, 2004. Mr. Rother is fully informed regarding this matter and has authority to bind SB.

This motion is necessary because the attorney-in-charge for SB, Mr. Jeffrey S. Wolff of Fulbright & Jaworski L.L.P., is unable to attend due to prior obligations in a separate matter.

SB prays that this Court grant this motion and such other and further relief to which they may be justly entitled.

Respectfully submitted,

By [signature] w/permission GJR
Jeffrey S. Wolff
State Bar No. 21865900
Southern District I.D. No. 1392
Fulbright & Jaworski L.L.P.
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: 713.651.5151
Facsimile: 713.651.5246

Attorney-In-Charge for Defendant
SmithKline Beecham Corporation d/b/a
GlaxoSmithKline

OF COUNSEL:

Stephanie A. Smith
State Bar No. 18684200
Southern District I.D. No. 20008
Fulbright & Jaworski L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: 512.474.5201
Facsimile: 512.536.4598

Charles Jason Rother
State Bar No. 24013423
Southern District I.D. No. 25742
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713.651.5151
Facsimile: 713.651.5246

Jose E. Garcia
State Bar No. 07636780
Southern District I.D. No. 3934
Garcia & Villarreal, L.L.P.
4311 North. McColl Road
McAllen, Texas 78504
Telephone: 956.630.0081
Facsimile: 956.630.3631

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure via Certified Mail, Return Receipt Requested to counsel for Plaintiffs, and via first class U.S. mail to all other counsel and parties on this 26th day of February, 2004 as follows:

Steve Tilden Hastings
Hastings Law Firm
101 North Shoreline, Suite 430
Corpus Christi, Texas 78401
*and*
Derrick S Boyd
Simpson, Boyd & Powers, P.L.L.C.
105 North State Street, Suite B
P.O. Box 957
Decatur, Texas 76234
**Counsel for Plaintiffs**

Bradley S. Wolff
Swift, Currie, McGhee & Hiers, L.L.P.
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309-3238
*and*
Wade Lowrie McClure
Gibson, McClure, Wallace & Daniels, L.L.P.
8080 North Central Expressway
Suite 1300, LB 50
Dallas, Texas 75206-1838
**Counsel for Defendant**
**Aventis Pasteur Inc., f/k/a Connaught Laboratories, Inc., f/d/b/a Pasteur Merieux Connaught**

Lee Davis Thames
Butler, Snow, O'Mara, Stevens & Cannada
P O Box 22567
Jackson, Mississippi 39225-2567
**Counsel for Defendant**
**Baxter International, Inc.**

John R Gilbert
Gilbert & Moore P.L.L.C.
P.O. Box 1819
222 N. Velasco St.
Angleton, Texas 77515
**Counsel for Defendant**
**Dow Chemical Company**

Richard L. Josephson
Paul R. Elliott
Douglas B. Roberson
Baker Botts L.L.P.
910 Louisiana
Houston, Texas 77002-4995
**Counsel for Defendant**
**Merck & Co., Inc.**

M. Scott Michelman
Debbie Moeller
Shook, Hardy & Bacon, LLP
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
**Counsel for Defendant**
**Eli Lilly and Company**

David Michael Macdonald
McCauley, Macdonald & Devin
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
**Counsel for Defendant**
**Sigma Aldrich**

Matthew H Hand
Brown & Fortunato, P.C.
P.O. Box 9418
Amarillo, Texas 79105
**Counsel for Defendant**
**Oribi, Inc. Individually and d/b/a Meridian Chemical & Equipment, Inc. and d/b/a Global Fine Chemicals and d/b/a National Association of Compounding Pharmacists**

Michael R. Klatt
Susan E. Burnett
Clark, Thomas & Winters
P.O. Box 1148
Austin, Texas 78767
**Counsel for Defendant**
**Wyeth (f/k/a American Home Products)**

Charles Jason Rother

CERTIFICATE OF CONFERENCE

Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline has conferred or attempted to confer with all counsel of record in this matter regarding its Motion for Leave to Appear for Attorney-In-Charge. Plaintiffs' counsel has confirmed that plaintiffs do not oppose the motion. Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline has received no indication of opposition to the Motion for Leave to Appear from any of the defendants in this matter.

Charles Jason Rother