United States District Court
Southern District of Texas
FILED

MAR 0 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL., | § § § § | CIVIL ACTION NO. 03-CV-222 |
| | § | JURY REQUESTED |
| Plaintiffs | § § | |
| v. | § § | |
| AMERICAN HOME PRODUCTS d/b/a WYETH, ET AL., | § § § | |
| Defendants | § § | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
A NOTICE OF SUPPLEMENTAL AUTHORITY**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW Defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline, Aventis Pasteur Inc., Merck & Co., Inc., Wyeth, Baxter Healthcare, Inc., and Eli Lilly and Company (hereinafter "Defendants") and file this request for leave of Court to file their Notice of Supplemental Authority, and would show the Court as follows:

1. Considering allegations identical to those made by Plaintiffs here against defendant Oribi, Inc., Individually and d/b/a Meridian Chemical & Equipment, Inc. and d/b/a Global Fine Chemicals and National Association of Compounding Pharmacists ("Oribi"), United States District Judge Hayden W. Head, Jr. recently granted plaintiffs' request to dismiss claims identical to those alleged against defendant Oribi made by Plaintiffs in the instant case. *See Cassidy, et al. v. American Home Products Corp., et al.*, C.A. No. C:03-573 ("Order Dismissing All Claims Against Defendant Oribi, Inc.") (S.D. Tex. Feb. 12, 2004); *Lucio, et al. v. American Home Products Corp., et al.*, C.A. No. C:03-520 ("Order Dismissing All Claims Against Defendant Oribi, Inc.") (S.D. Tex. Feb. 12, 2004); *Mast, et al. v. American Home Products Corp., et al.*, C.A. No. C-03-516 ("Order Granting Plaintiffs' Motion to Withdraw Their Motion

1

to Remand") (S.D. Tex. Feb. 12, 2004); *Perez, et. al. v. American Home Products Corp., et al.*, C.A. No. C-03-519 ("Order Granting Plaintiffs' Motion to Withdraw Their Motion to Remand") (S.D. Tex. Feb. 12, 2004) (attached to Defendants' Notice of Supplemental Authority as Exhibits 1-4).

2.   Because these decisions were rendered after the submission of Defendants' Opposition to Remand and supporting briefs, the attached Notice of Supplemental Authority represents Defendants' only opportunity to advise the Court of this highly relevant authority.

3.   Defendants believe the attached Notice of Supplemental Authority will be of assistance to the Court in resolving the pending motion to remand.

4.   This request is not submitted for the purpose of delay, but rather so that justice may be served.

5.   A proposed order is attached.

## CERTIFICATE OF CONFERENCE

On February 27, 2004, counsel for Defendant Wyeth conferred with counsel for the Plaintiffs, and he indicated that Plaintiffs oppose this request.

        Respectfully submitted,

        **CLARK, THOMAS & WINTERS,**
        **A PROFESSIONAL CORPORATION**
        P.O. Box 1148
        Austin, TX 78767
        (512) 472-8800 (Telephone)
        (512) 474-1129 (Facsimile)

        By: _____
        Michael R. Klatt
        Attorney-in-Charge
        State Bar No. 11554200
        Southern ID No. 13004

**OF COUNSEL:**

Susan E. Burnett
State Bar No. 20648050
Southern ID No. 18604
Randall L. Christian
State Bar No. 00783826
Southern ID No. 15935
Jeffrey R. Lilly
State Bar No. 00787905
Southern ID No. 25873
**CLARK, THOMAS & WINTERS**
**A PROFESSIONAL CORPORATION**
P.O. Box 1148
Austin, TX. 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

        **ATTORNEYS FOR DEFENDANT WYETH**

## CERTIFICATE OF SERVICE

I certify that on this 21 day of February, 2004, a copy of the foregoing document has been served on all known counsel of record as follows:

### *VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED:*

**Attorneys for Plaintiffs**
Steve T. Hastings
HASTINGS LAW FIRM
101 N. Shoreline Blvd., Suite 430
Corpus Christi, Texas 78401
(361) 692-2000 (Telephone)
(361) 692-2001 (Facsimile)

Michael A. Simpson
Derrick S. Boyd
SIMPSON, BOYD & POWERS P.L.L.C.
P.O. Box 957
Decatur, Texas 76234
(940) 627-8308 (Telephone)
(940) 627-8092 (Facsimile)

Greg McCarthy
MILLER & McCARTHY
3811 Turtle Creek Blvd., Suite 1950
Dallas, Texas 75219
(469) 916-2552
(469) 916-2555

### *VIA REGULAR MAIL:*

**Attorneys for Oribi, Inc.**
Matthew H. Hand
BROWN & FORTUNATO, P.C.
905 South Filmore, Suite 400,
P.O. Box 9418
Amarillo, Texas 79105-9418

**Attorneys for Sigma-Aldrich, Inc.**
David M. Macdonald
Amy S. Harris
David McCauley
MCCAULEY, MACDONALD & DEVIN, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014

**Attorneys for SmithKline Beecham Corp.
d/b/a GlaxoSmithKline**
Jeffrey S. Wolff
Charles Jason Rosser
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

Stephanie A. Smith
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701

**Attorneys for Merck & Company, Inc.**
Richard L. Josephson
Paul R. Elliott
Douglas B. Roberson
BAKER & BOTTS
One Shell Plaza
910 Louisiana   Suite 3000
Houston, Texas 77002

**Attorneys for Aventis Pasteur Inc.**
Bradley S. Wolff
M. Diane Owens
SWIFT, CURRIE, MCGHEE & HIERS
1355 Peachtree Street, Suite 300
Atlanta, Georgia 30309-3238

Miguel Wise
MIGUEL WISE, P.C.
134 W. 5th Street
Weslaco, Texas 78596

R. Jo Reser
DAVIDSON & TROILO
7550 W. IH-10, Suite 800
San Antonio, Texas 78229

**Attorneys for Eli Lilly & Company**
M. Scott Michelman
SHOOK, HARDY & BACON, LLP
JPMorgan Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002-2911

Jeffery A. Kruse
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.,
Kansas City, MO. 64108-2613

**Attorneys for Baxter International, Inc.**
Gene M. Williams
MEHAFFY & WEBER
P.O. Box 16
Beaumont, Texas 77704

**Attorneys for The Dow Chemical Company**
John Gilbert
GILBERT & GILBERT
222 North Velasco
P.O. Box 1819
Angleton, TX 77516