United States District Court
Southern District of Texas
FILED

MAR 0 1 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL., | § § § § | CIVIL ACTION NO. 03-CV-222 JURY REQUESTED |
| Plaintiffs | § § | |
| v. | § § | |
| AMERICAN HOME PRODUCTS d/b/a WYETH, ET AL., | § § § | |
| Defendants | § | |

### DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline, Aventis Pasteur Inc., Merck & Co., Inc., Wyeth, Baxter Healthcare, Inc., and Eli Lilly and Company (hereinafter "Defendants") submit this Notice of Supplemental Authority and would show the Court as follows:

I.  **In Similar Cases with Identical Allegations, Plaintiffs Have Conceded that Defendant Oribi, Inc. Has Been Fraudulently Joined.**

In their Original Petition, Plaintiffs named only one non-diverse defendant — Oribi, Inc., Individually and d/b/a Meridian Chemical & Equipment, Inc. and d/b/a Global Fine Chemicals and National Association of Compounding Pharmacists ("Oribi")—which they claimed distributed thimerosal-containing vaccines or component parts of such vaccines.[1] *See* Plaintiffs' Original Petition, p. 4. As demonstrated by the affidavits of Oribi's president, John Rains,

---

[1] While not named as Defendants in the caption of the case, Plaintiffs also included allegations against the City of Laredo Health Department and the City of Laredo. *See* Plaintiffs' Original Petition, p. 9. After Defendant Eli Lilly removed this case, Plaintiffs filed their First Amended Complaint which omitted any reference to the City of Laredo and added claims against new non-diverse healthcare defendants, ABC Pediatrics and Yogesh Trakru. *See* Plaintiffs' First Amended Complaint, ¶ 5.7.

however, Plaintiffs were mistaken. Oribi has nothing to do with this lawsuit and has been fraudulently joined.

Considering allegations identical to those made by Plaintiffs here against Oribi, United States District Judge Hayden W. Head, Jr. recently granted plaintiffs' request to dismiss the very same claims alleged against defendant Oribi made by Plaintiffs in the instant case. *See Cassidy, et al. v. American Home Products Corp., et al.*, C.A. No. C:03-573 ("Order Dismissing All Claims Against Defendant Oribi, Inc.") (S.D. Tex. Feb. 12, 2004) (attached hereto as Exhibit 1); *Lucio, et al. v. American Home Products Corp., et al.*, C.A. No. C:03-520 ("Order Dismissing All Claims Against Defendant Oribi, Inc.") (S.D. Tex. Feb. 12, 2004) (attached hereto as Exhibit 2); *Mast, et al. v. American Home Products Corp., et al.*, C.A. No. C-03-516 ("Order Granting Plaintiffs' Motion to Withdraw Their Motion to Remand") (S.D. Tex. Feb. 12, 2004) (attached hereto as Exhibit 3); *Perez, et. al. v. American Home Products Corp., et al.*, C.A. No. C-03-519 ("Order Granting Plaintiffs' Motion to Withdraw Their Motion to Remand") (S.D. Tex. Feb. 12, 2004) (attached hereto as Exhibit 4).[2] In moving to dismiss their claims against Oribi, plaintiffs conceded that there is no reasonable possibility that they will be able to establish liability against Oribi and withdrew their motions to remand in the *Mast* and *Perez* cases. *Id.*; Transcript of the February 10, 2004 Hearing on Plaintiffs' Motions to Remand in the *Cassidy, Lucio, Mast,* and *Perez* cases (excerpts attached hereto as Exhibit 5). Accordingly, the wholly conclusory allegations leveled against Oribi here are not only unsupported by any factual allegations; they are refuted by the evidence that has been submitted and by plaintiffs' concessions in similar cases, and are, therefore, insufficient to deprive the diverse Defendants of a federal forum.

---

[2] Counsel for Plaintiffs in the instant case is also counsel for the plaintiffs in the *Cassidy, Lucio, Mast,* and *Perez* cases.

## II. Conclusion

Plaintiffs' speculation about what role Oribi might have played in distributing any vaccines at issue in this case is undeniably refuted by the evidence that has been submitted and by plaintiffs' concessions in similar cases. For this reason, and the reasons stated in the opposition to remand and supporting briefs, Defendants therefore respectfully submit that the Court should find Oribi to be fraudulently joined and deny Plaintiffs' Motion to Remand. Alternatively, Defendants respectfully request that the Court stay the proceedings in this case until the Fifth Circuit has reached a final determination as to the fraudulent joinder arguments before it in *Collins* and has issued a mandate in that case.

                                        Respectfully submitted,

                                        **CLARK, THOMAS & WINTERS,**
                                        **A PROFESSIONAL CORPORATION**
                                        P.O. Box 1148
                                        Austin, TX 78767
                                        (512) 472-8800 (Telephone)
                                        (512) 474-1129 (Facsimile)

                                        By: _____
                                            Michael R. Klatt
                                            Attorney-in-Charge
                                            State Bar No. 11554200
                                            Southern ID No. 13004

**OF COUNSEL:**

Susan E. Burnett
State Bar No. 20648050
Southern ID No. 18604
Randall L. Christian
State Bar No.00783826
Southern ID No. 15935
Jeffrey R. Lilly
State Bar No. 00787905
Southern ID No. 25873
**CLARK, THOMAS & WINTERS**
**A PROFESSIONAL CORPORATION**
P.O. Box 1148
Austin, TX. 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

                                        **ATTORNEYS FOR DEFENDANT WYETH**

## CERTIFICATE OF SERVICE

I certify that on this 2\\\\\\\\\\ day of February, 2004, a copy of the foregoing document has been served on all known counsel of record as follows:

### *VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED:*

**Attorneys for Plaintiffs**
Steve T. Hastings
HASTINGS LAW FIRM
101 N. Shoreline Blvd., Suite 430
Corpus Christi, Texas 78401
(361) 692-2000 (Telephone)
(361) 692-2001 (Facsimile)

Michael A. Simpson
Derrick S. Boyd
SIMPSON, BOYD & POWERS P.L.L.C.
P.O. Box 957
Decatur, Texas 76234
(940) 627-8308 (Telephone)
(940) 627-8092 (Facsimile)

Greg McCarthy
MILLER & McCARTHY
3811 Turtle Creek Blvd., Suite 1950
Dallas, Texas 75219
(469) 916-2552
(469) 916-2555

### *VIA REGULAR MAIL:*

| **Attorneys for Oribi, Inc.** | **Attorneys for Sigma-Aldrich, Inc.** |
|---|---|
| Matthew H. Hand | David M. Macdonald |
| BROWN & FORTUNATO, P.C. | Amy S. Harris |
| 905 South Filmore, Suite 400, | David McCauley |
| P.O. Box 9418 | MCCAULEY, MACDONALD & DEVIN, P.C. |
| Amarillo, Texas 79105-9418 | 3800 Renaissance Tower |
| | 1201 Elm Street |
| | Dallas, Texas 75270-2014 |

**Attorneys for SmithKline Beecham Corp.
d/b/a GlaxoSmithKline**
Jeffrey S. Wolff
Charles Jason Rosser
FULBRIGHT & JAWORSKI, L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095

Stephanie A. Smith
FULBRIGHT & JAWORSKI, L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701

**Attorneys for Merck & Company, Inc.**
Richard L. Josephson
Paul R. Elliott
Douglas B. Roberson
BAKER & BOTTS
One Shell Plaza
910 Louisiana Suite 3000
Houston, Texas 77002

**Attorneys for Aventis Pasteur Inc.**
Bradley S. Wolff
M. Diane Owens
SWIFT, CURRIE, MCGHEE & HIERS
1355 Peachtree Street, Suite 300
Atlanta, Georgia 30309-3238

Miguel Wise
MIGUEL WISE, P.C.
134 W. 5th Street
Weslaco, Texas 78596

R. Jo Reser
DAVIDSON & TROILO
7550 W. IH-10, Suite 800
San Antonio, Texas 78229

6

**Attorneys for Eli Lilly & Company**
M. Scott Michelman
SHOOK, HARDY & BACON, LLP
JPMorgan Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002-2911

Jeffery A. Kruse
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.,
Kansas City, MO. 64108-2613

**Attorneys for Baxter International, Inc.**
Gene M. Williams
MEHAFFY & WEBER
P.O. Box 16
Beaumont, Texas 77704

**Attorneys for The Dow Chemical Company**
John Gilbert
GILBERT & GILBERT
222 North Velasco
P.O. Box 1819
Angleton, TX 77516

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 2 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| THERESE CASSIDY, Individually and as § <br> Next Friend of MICHAEL ANTHONY § <br> CASSIDY, et al., § <br> Plaintiffs, § <br> v. § <br> § <br> AMERICAN HOME PRODUCTS d/b/a § <br> WYETH, et al., § <br> Defendants. § | C.A. No. C-03-573 |

## ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT ORIBI, INC.

In the February 10, 2004 hearing before the Court, Plaintiffs moved to dismiss all claims against defendant Oribi, Inc. The Court GRANTS such motion and dismisses all claims against defendant Oribi, Inc. with prejudice.

ORDERED this the _10_ of _Feb_, 2004.

_____
H.W. HEAD, JR.
CHIEF JUDGE

FEB 1 3 2004

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District
Southern District of TX
ENTERED

FEB 1 2 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| TRACY LUCIO, Individually and as Next Friend of JUSTIN LUCIO, et al., Plaintiffs, | § § § § | 73. |
| v. | § | C.A. No. C-03-520 |
| AMERICAN HOME PRODUCTS d/b/a WYETH, et al., Defendants. | § § § § | |

## ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT ORIBI, INC.

In the February 10, 2004 hearing before the Court, Plaintiffs moved to dismiss all claims against defendant Oribi, Inc. The Court GRANTS such motion and dismisses all claims against defendant Oribi, Inc. with prejudice.

ORDERED this the _10_ of _Feb_, 2004.

_____
H.W. HEAD, JR.
CHIEF JUDGE

FEB 1 3 2004

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Cou
Southern District of Tex
ENTERED

FEB 1 2 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JESSICA MAST, Individually and as Next Friend of JACOB ROSSI HINOJOSA and JON DANIEL HINOJOSA, minors, Plaintiffs. v. AMERICAN HOME PRODUCTS d/b/a WYETH, et al., Defendants. | § § § § § § § § § § § | C.A. No. C-03-516 |

### ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION TO REMAND

In the February 10, 2004 hearing before the Court, Plaintiffs moved to dismiss all claims against defendant Oribi, Inc. and moved to withdraw their motion to remand. The Court GRANTS such motions and dismisses all claims against defendant Oribi, Inc. with prejudice. The motion to remand is hereby withdrawn.

ORDERED this the ___10___ of ___Feb___, 2004.

_____
H.W. HEAD, JR.
CHIEF JUDGE

FEB 1 3 2004

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LYDIA PEREZ, Individually and as Next Friend of NATHANIEL TYLER PEREZ, LONGINO PEREZ, and MARIO ALBERTO PEREZ, minors,<br>Plaintiffs,<br>v.<br>AMERICAN HOME PRODUCTS d/b/a WYETH, et al.,<br>Defendants. | § § § § § § § § § § | C.A. No. C-03-519 |

United States District Court
Southern District of Texas
ENTERED

FEB 1 2 2004

Michael N. Milby, Clerk of Court

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW THEIR MOTION TO REMAND

In the February 10, 2004 hearing before the Court, Plaintiffs moved to dismiss all claims against defendant Oribi, Inc. and moved to withdraw their motion to remand. The Court GRANTS such motions and dismisses all claims against defendant Oribi, Inc. with prejudice. The motion to remand is hereby withdrawn.

ORDERED this the __10__ of __Feb__, 2004.

_____
H.W. HEAD, JR.
CHIEF JUDGE

FEB 1 3 2004

```
 1              IN THE UNITED STATES DISTRICT COURT      United States District Court
                    SOUTHERN DISTRICT OF TEXAS           Southern District of Texas
 2                      CORPUS CHRISTI DIVISION                    FILED

 3                                                              FEB 23 2004

    JESSICA MAST, LYDIA PEREZ,      *   CIVIL ACTION        Michael N. Milby
 4  TRACY LUCIO AND THERESE         *                        Clerk of Court
    CASSIDY, ET AL.,                *   CA-C-03-516, CA-C-03-519,
 5                                  *   CA-C-03-520, CA-C-03-573
              PLAINTIFFS,           *
 6                                  *
    VS.                             *
 7                                  *   CORPUS CHRISTI, TEXAS
    AMERICAN HOME PRODUCTS, ET AL., *   FEBRUARY 10, 2004
 8                                  *   1:19 P.M.
              DEFENDANTS.           *
 9                                  *
    * * * * * * * * * * * * * * * * *
10

11                    TRANSCRIPT OF MOTION HEARING

12             BEFORE CHIEF JUDGE HAYDEN W. HEAD, JR.

13

    APPEARANCES:
14

    FOR THE PLAINTIFFS:       MR. STEVE TILDEN HASTINGS
15                            HASTINGS LAW FIRM
                              101 SOUTH SHORELINE, SUITE 430
16                            CORPUS CHRISTI, TEXAS 78401

17  FOR WYETH:                MS. SUSAN E. BURNETT
                              CLARK, THOMAS & WINTERS, P.C.
18                            300 WEST 6TH STREET, SUITE 1500
                              AUSTIN, TEXAS 78701
19
              (APPEARANCES CONTINUED ON PAGE 2)
20

21  COURT RECORDER:           MS. GENAY ROGAN

22

23       PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING
            TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE:
24                 MOLLY CARTER, 2718 WIND ROCK
            CORPUS CHRISTI, TEXAS 78410 (361) 241-7850
25
```

```
 1   APPEARANCES:   (Continued)

 2

     FOR ELI LILLY AND              MR. M. SCOTT MICHELMAN
 3   COMPANY:                       SHOOK, HARDY & BACON, L.L.P.
                                    600 TRAVIS STREET, SUITE 1600
 4                                  HOUSTON, TEXAS 77002-2911

 5   FOR MERCK & COMPANY:           MR. PAUL R. ELLIOTT
                                    BAKER BOTTS, L.L.P.
 6                                  910 LOUISIANA STREET
                                    HOUSTON, TEXAS 77002-4995
 7
     FOR SMITHKLINE BEECHAM         MS. BARCLAY MANLEY
 8   CORPORATION:                   FULBRIGHT & JAWORSKI
                                    1301 McKINNEY STREET, SUITE 5100
 9                                  HOUSTON, TEXAS 77010-3095

10   FOR AVENTIS PASTEUR, INC.:     MR. BRADLEY S. WOLFF
                                    SWIFT, CURRIE, McGHEE & HIERS
11                                  1355 PEACHTREE ST., NE, SUITE 300
                                    ATLANTA, GEORGIA 30309
12
                                    MS. R. JO RESER
13                                  DAVIDSON & TROILO
                                    7550 WEST IH-10, SUITE 800
14                                  SAN ANTONIO, TEXAS 78229-5815

15   FOR SIGMA-ALDRICH, INC.:       MR. DAVID MICHAEL MacDONALD
                                    ATTORNEY AT LAW
16                                  1201 ELM STREET, SUITE 3800
                                    DALLAS, TEXAS 75270
17
     FOR BAXTER INTERNATIONAL,      MR. GENE M. WILLIAMS
18   INC.:                          MEHAFFEY & WEBER
                                    P. O. BOX 16
19                                  BEAUMONT, TEXAS 77704

20   FOR DOW CHEMICAL COMPANY:      MR. LAWRENCE HAMPTON
                                    GILBERT & MOORE
21                                  222 N. VELASCO STREET
                                    ANGLETON, TEXAS 77515
22

23

24

25
```

```
 1          MR. HASTINGS:  Well --
 2          THE COURT:  There's no decision.  It's nice to know
 3  what those three Judges thought, but it doesn't have any --
 4          MR. HASTINGS:  To my recollection, the Collins case
 5  is not sitting en banc.  It is Smallwood versus The Railroad
 6  that is.
 7          THE COURT:  But doesn't -- isn't there some
 8  language --
 9          MR. HASTINGS:  Well, Collins does cite to the
10  Smallwood opinion, Your Honor.
11          THE COURT:  Right.
12          MR. HASTINGS:  And you are correct, I'm sure, that
13  the Collins case's precedent is in question because of what the
14  Court's doing in Smallwood.  My understanding is that Smallwood
15  is set for en banc consideration May 24th.  At this point in
16  time, the panel opinion was that the common defense does not
17  apply.  That affects two of the four cases that are pending on
18  our motions for remand.
19          As far as the Mast and Perez cases, our only basis
20  for remand was claim to assert that we had not fraudulently
21  joined the Oribi case.  I have examined our affidavits in those
22  cases, or not our affidavits, but our assertion.  I will not
23  argue that Oribi was -- that we can prove that Oribi was not
24  fraudulently joined, but I would withdraw our motions to remand
25  in Mast and Perez.
```

1          But in Cassidy, we believe that we've properly joined
2   Nueces County Health District.  We believe that we can properly
3   assert a cause of action against Nueces County Health District,
4   under the Texas Tort Claims Act.  What we have to prove --
5          THE COURT:  Excuse me.  What was the other one
6   besides Perez, Mast?
7          MR. HASTINGS:  Mast.
8          THE COURT:  Before we go any further, let me ask some
9   questions.
10         MR. HASTINGS:  Sure.
11         THE COURT:  What did Oribi do?
12         MR. HASTINGS:  Oribi, we believed, based upon the
13  information we had at the time we filed it, was that they were
14  a distributor of the vaccine, of the thimerosal that goes in
15  the vaccine.  I don't believe that we can prove that
16  sufficiently at this point.  What happened was we filed the
17  lawsuits to beat the deadlines proposed in the new Texas Tort
18  Reform.
19         THE COURT:  Are you dismissing any claims that you
20  have against Oribi?
21         MR. HASTINGS:  We will at this time, Your Honor, yes.
22         THE COURT:  Is Oribi named only in Perez and Mast?
23         MR. HASTINGS:  No.  They are named in the Cassidy and
24  Lucio cases as well.
25         THE COURT:  But you're moving to dismiss them as well

```
 1  there?
 2          MR. HASTINGS:  Yes.
 3          THE COURT:  Granted.
 4          MR. HASTINGS:  We had filed the original petitions in
 5  order to be on file before the changes in the Texas Tort --
 6          THE COURT:  Right.
 7          MR. HASTINGS:  -- Texas Tort Reform Acts that took
 8  place in July and in September.  We have not sought service on
 9  any party, because we were trying to get the vaccination
10  records of all these kids, get the parents' permission from
11  them to --
12          THE COURT:  What kind of vaccinations did the kids
13  get?
14          MR. HASTINGS:  They get -- the thimerosal is a
15  mercury additive.  It's a preservative in most of the
16  children's childhood vaccines that are given, if they're given
17  in a multi vial, or multi-dose vial.  Thimerosal was ordered
18  removed from the vaccines in about 1999, because of the
19  question --
20          THE COURT:  So how long has thimerosal been put into
21  vaccines?
22          MR. HASTINGS:  For about 40 years.  The suspicion,
23  and our contention is that the thimerosal causes autism.  And
24  all of the children in these cases are autistic.  There are
25  ongoing studies now regarding the presence of thimerosal in the
```