IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friends of DEREK TORRES; ERIKA DUREE, Individually and as Next Friend of ERIN JONATHAN DUREE, § § § § § § § | | |
| *Plaintiffs,* § | | |
| V. § | CIVIL ACTION NO. 03-CV-222 | |
| AMERICAN HOME PRODUCTS CORPORATION, d/b/a WYETH, ET AL., § § § | | |
| *Defendants.* § | | |

## ORDER GRANTING UNOPPOSED MOTION TO APPEAR

The Court has considered the unopposed motion of defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline that Charles Jason Rother be allowed to appear in the place of Jeffrey S. Wolff, the designated attorney-in-charge for defendant, at the March 1, 2004, hearing in this cause, and is of the opinion the unopposed motion should be granted.

It is therefore ORDERED that Charles Jason Rother is granted leave to appear in the place of the designated attorney-in-charge for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline at the hearing in this case set for March 1, 2004.

Signed this 1st day of March, 2004.

_____
UNITED STATES DISTRICT JUDGE

30654243.1

-5-