1

54

```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
2                       BROWNSVILLE DIVISION
                                                        United States District Court
3    _____                          Southern District of Texas
                                  )                            FILED
4    MANUEL TORRES, Individually )                      MAR 1 7 2004
     and as Next Friend of Derek )
5    Torres, ET AL.              )                      Michael N. Milby
                                  )                      Clerk of Court
6    VS.                         )    CIVIL ACTION NO.
                                  )    B-03-222
7    AMERICAN HOME PRODUCTS,      )
     ET AL.                      )
8    _____)

9

10                        SCHEDULING CONFERENCE
                  BEFORE THE HONORABLE HILDA G. TAGLE
11                          MARCH 1, 2004
                              VOLUME 1
12
     APPEARANCES:
13
     For the Plaintiffs:        MR. STEVE TILDEN HASTINGS
14                              Hastings Law Firm
                                101 S. Shoreline, Suite 430
15                              Corpus Christi, Texas  78401
                                (361)692-2000
16
     For the Defendant American Home Products:
17                              MS. SUSAN E. BURNETT
                                Clark, Thomas & Winters
18                              300 West 6th Street, 15th Floor
                                Austin, Texas  78701
19                              (512)472-8800

20   For the Defendant Aventis Pasteur, Inc.:
                                MR. MIGUEL WISE
21                              Attorney at Law
                                134 West 5th Street
22                              Weslaco, Texas  78596
                                (956)968-6898
23                                   - and-
                                MR. BRADLEY S. WOLFF
24                              Swift, Currie, McGhee & Hiers
                                1355 Peachtree Street, Suite 300
25                              Atlanta, Georgia  30309-3238
                                (404)874-8800
```

ORIGINAL