## Civil Courtroom Minutes



United States District Court
Southern District of Texas
FILED

MAR 3 0 2004

Michael N. Milby
Clerk of Court
United States District Court
Southern District of Texas
FILED

MAR 0 1 2004

Michael N. Milby, Clerk of Court

| | | | | |
|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | |
| CASE MANAGER | Stella Cavazos | | | |
| LAW CLERK | ☐ Nicolas | ■ Levesque | | |
| DATE | 03 | 01 | 04 | |
| TIME | | a.m. | | a.m. |
| | 3:50 | p.m. | 4:10 | p.m. |
| CIVIL ACTION | B | 03 | 222 | |
| STYLE | MANUEL TORRES, ET AL. *versus* AMERICAN HOME PRODUCTS, ET AL. | | | |

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;    (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff(s):                  Steve Hastings
Attorney(s) for Defendant(s):
Dow Chem. Co.                                  Lawrence P. Hampton
SmithKline Beecham d/b/a Glaxosmithkline       Charles Jason Rother
Am. Home Products d/b/a Wyeth                  Susan Burnett
Aventis Pasteur, Inc.                          Miguel Wise; Brad Wolff
Eli Lilly and Co.                              Martin Michaelman
Merck & Co.                                    Richard Josephson
Sigma Aldrich                                  David C. Colley

Comments:

**Ct. Ruling: Granted agreed motion to stay the case until the Fifth Circuit has issued a final determination in the Collins or Smallwood cases, which involved the common defense theory in determining remand and SMJ.**

**Plaintiffs Args**: (Hastings)

- Pls should be allowed to amend their complaint and add healthcare defs after removal. Cites *Hensgens*, 833 F.2d 1179 (5th Cir. 1987). These defs actually provided the vaccines and failed to provide the informed consent. If they had to bring a sep lawsuit it would inefficient and uneconomical.

- Pls will not agree to dismiss defendant Oribi b/c there is a case from another dist. ct. in SD in which the Court held they were not fraudulently joined - <u>Galindo v. Am. Home Prods., H-03-</u>

<u>5520.</u> Pls provided Ct w/ a copy of the Galindo decision. Pls say there is a factual dispute regarding Oribi and state court should decide this.

**Defs' Args:** (Susan Burnett on behalf of all)

- Ct should not allow Pls to amend complaint and add new non-diverse defs. Cites <u>Wentworth</u>, 914 F.Supp.1434 (E.D. Tex.) When adding new defs after removal use 1447(e) and NOT 15(a).
- Under the Act, Pl cannot sue those who administer the vaccines and therefore amending would be futile.
- *Hensgens* does not apply. Use reasoning applied in Norplant cases.

**Pls' Response:**

<u>Galindo</u> case also addressed adding healthcare providers, although amending will affect diversity, they were not dilatory in amending and Pl would significantly injured if not allowed to amend.