57

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MANUEL TORRES AND DOMINGA TORRES, individually and as Next Friend of DEREK TORRES ET AL., | § § § § | |
| | § | |
| **Plaintiffs** | § § | |
| v. | § § | C.A. No. B-03-222 |
| AMERICAN HOME PRODUCTS CORPORATION, ET AL. | § § § | |
| **Defendants** | § § | |

## ORDER

BE IT REMEMBERED that on May 6, 2004, the Court **denied without prejudice** the following motions: Docket Numbers: 3-1, 6-1, 8-1, 8-2, 9-1, 9-2, 11-1, 16-1, 24-1, 28-1, 50-1, 51-1. In light of the stay currently in place in this case, the Court denies without prejudice these motions for the purpose of internal docket management. When the stay is lifted, the parties may notify the Court of their wish to reactivate these motions. The Court will rule on the merits of the motions at that time.

DONE this 6th day of May, 2004, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

1