IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP - 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, et al § § § § | |
| V. § | CIVIL ACTION NO. 03-CV-222 |
| § | |
| AMERICAN HOME PRODUCTS, d/b/a WYETH, ET AL § § § | |

## ORDER

BE IT REMEMBERED that on this day came on to be heard Defendant's Unopposed Motion to Substitute Counsel of Record, and the Court being of the opinion that Defendant's motion should be granted, it is hereby,

ORDERED that Alan B. Daughtry of Vinson & Elkins L.L.P. be substituted as counsel of record for Baxter International, Inc., in lieu of Gene M. Williams and Mehaffy & Weber, P.C.

SIGNED this 2nd day of September, 2004.

_____
JUDGE PRESIDING

1