**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

Michael N. Milby, Clerk

SEP 2 0 2004
United States District Court
Southern District of Texas
RECEIVED

RECEIVED
SEP 1 0 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

United States Court
Southern District of Texas
FILED
SEP 1 4 2004
Michael N. Milby, Clerk

$00.370
09/07/2004
Mailed From 77002
US POSTAGE

Michael S Simpson
816 Congress
O Box 957

7720R/1010

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208



United States Court-
Southern District of Texas
FILED

SEP 1 4 2004

www.txs.uscourts.gov

Michael N. Milby, Clerk



Michael S Simpson
816 Congress
O Box 957
Austin  TX  78701

---

Case: 1:03-cv-00222   Instrument: 60   (1 pages)
Date: Sep 5, 2004
Control: 040958
FAX number: 940-627-8092   (2 Total pages including cover sheet)
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP - 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, et al | § § § § | |
| V. | § § | CIVIL ACTION NO. 03-CV-222 |
| AMERICAN HOME PRODUCTS, d/b/a WYETH, ET AL | § § § | |

## ORDER

BE IT REMEMBERED that on this day came on to be heard Defendant's Unopposed Motion to Substitute Counsel of Record, and the Court being of the opinion that Defendant's motion should be granted, it is hereby,

ORDERED that Alan B. Daughtry of Vinson & Elkins L.L.P. be substituted as counsel of record for Baxter International, Inc., in lieu of Gene M. Williams and Mehaffy & Weber, P.C.

SIGNED this 2nd day of September, 2004.

_____
JUDGE PRESIDING

1