CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

Michael S Simpson
816 Congress
O Box 957

United States District Court
Southern District of Texas
RECEIVED
SEP 21 2004
Michael N. Milby, Clerk

XRTSX -- INSUFFICIENT ADDRESS

B03cv222

United States Courts
Southern District of Texas
FILED
SEP 16 2004
Michael N. Milby, Clerk

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

Michael S Simpson
816 Congress
O Box 957
Austin  TX  78701

---

Case: 1:03-cv-00222    Instrument: 59    (1 pages)
Date: Sep  5, 2004
Control: 040922
FAX number: 940-627-8092    (2 Total pages including cover sheet)
Notice: The attached order has been entered.

---

If we are unable to sucessfully send this fax, we will print this notice and mail it to you. We will continue to attempt to fax all subsequent notices.  For questions, please call (713) 250-5768.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP - 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, et al | § § § § | |
| V. | § § | CIVIL ACTION NO. 03-CV-222 |
| AMERICAN HOME PRODUCTS, d/b/a WYETH, ET AL | § § § | |

## ORDER

BE IT REMEMBERED that on this day came on to be heard Defendant's Unopposed

Motion to Substitute Counsel of Record, and the Court being of the opinion that Defendant's

motion should be granted, it is hereby,

ORDERED that Alan B. Daughtry of Vinson & Elkins L.L.P. be substituted as counsel of

record for Baxter International, Inc., in lieu of Gene M. Williams and Mehaffy & Weber, P.C.

SIGNED this _2nd_ day of _September_, 2004.

_____
JUDGE PRESIDING

1