United States District Court
Southern District of Texas
FILED

OCT 0 7 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES AND DOMINGA TORRES, Individually and as Next Friends of DEREK TORRES, ET AL. | § § § § | |
| Plaintiffs, | § | |
| vs. | § § | C.A. No. 03-CV-222 |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, et al. | § § § | |
| Defendants. | § | |

## UNOPPOSED MOTION FOR SUBSTITUTION OF ATTORNEY-IN-CHARGE

Comes now, Defendant ELI LILLY AND COMPANY ("Lilly") and moves the Court to allow a substitution of attorney-in-charge as follows:

1. M. Scott Michelman of Shook, Hardy & Bacon L.L.P. is currently attorney-in-charge for Defendant Lilly.

2. Lilly wishes to designate Gene M. Williams, also of Shook, Hardy & Bacon L.L.P., as attorney-in-charge for Lilly in this case, with Mr. Michelman remaining as additional counsel of record.

3. The requisite information for Mr. Williams is as follows:

    Gene M. Williams
    SBN: 21535300
    Southern District of Texas ID No. 1328
    Shook, Hardy & Bacon L.L.P.
    600 Travis, Suite 1600
    Houston, TX 77002-2911
    Telephone: 713/227-8008
    Telefax: 713/227-9508
    E-Mail: gmwilliams@shb.com

4. This substitution will in no way delay any matter pending in the case.

175709v1

Respectfully submitted,

By: _____
GENE M. WILLIAMS
SBN: 21535300
Southern District of Texas ID No. 1328
M. SCOTT MICHELMAN
Attorney-in-Charge
SBN: 00797075
Southern District of TX ID No. 20802
SHOOK, HARDY & BACON L.L.P.
600 Travis, Suite 1600
Houston, TX  77002-2911
Telephone:  713/227-8008
Telefax:  713/227-9508

ATTORNEYS FOR DEFENDANT
ELI LILLY AND COMPANY

OF COUNSEL:

DEBORAH A. MOELLER
MO State Bar No. 15193
JEFFERY A. KRUSE
MO State Bar No. 45482
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO  64108
Telephone:  816/474-6550
Telefax:  816/421-554

## CERTIFICATE OF CONFERENCE

I have spoken with counsel for plaintiffs and co-defendants in this matter and they do not oppose this motion.

_____
M. SCOTT MICHELMAN

175709v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure on this the __6th__ day of October, 2004.

| Attorney(s) | Counsel For: | Method of Service |
|---|---|---|
| Steve T. Hastings<br>Hastings & Alfaro<br>101 N. Shoreline Boulevard, Suite 430<br>Corpus Christi, TX  78401<br><br>Michael A. Simpson/Derrick S. Boyd<br>Simpson & Boyd, P.L.L.C.<br>Post Office Box 957<br>Decatur, TX  76234<br><br>Greg McCarthy<br>Miller & McCarthy<br>3811 Turtle Creek Boulevard, Suite 1950<br>Dallas, TX  75219 | Plaintiffs, Jesus Saucedo and Mirtal Saucedo, Individually and a/n/f of Christian Saucedo, et al. | U.S. 1st Class Mail<br><br><br><br>U.S. 1st Class Mail<br><br><br><br>U.S. 1st Class Mail |
| Michael R. Klatt/Susan E. Burnett<br>Randall L. Christian/Jeffrey R. Lilly<br>Clark, Thomas & Winters<br>Post Office Box 1148<br>Austin, TX  78767 | Defendant, Wyeth, f/k/a American Home Products Corporation | U.S. 1st Class Mail |
| Bradley S. Wolff/M. Diane Owens<br>Swift Currie McGhee & Heiers, LLP<br>1355 Peachtree Street, N.E., Suite 300<br>Atlanta, GA  30309-3238<br><br>Wade L. McClure<br>Gibson McClure Wallace & Daniels<br>8080 N. Central Expressway, Suite 1300<br>LB50<br>Dallas, TX  75206-1808<br><br>R. Jo Reser<br>Davidson & Trolio<br>7550 West IH-10, Suite 800<br>San Antonio, TX  78229<br><br>Miguel David Wise<br>134 West 5th Street<br>Weslaco, TX  78596 | Defendant, Aventis Pasteur, Inc., Individually and as Successor in Interest to Connaught Laboratories, Inc., f/d/b/a Pasteur Merieux Connaught | U.S. 1st Class Mail<br><br><br><br>U.S. 1st Class Mail<br><br><br><br><br>U.S. 1st Class Mail<br><br><br><br>U.S. 1st Class Mail |
| David M. Macdonald<br>McCauley Macdonald & Devin, P.C.<br>1201 Elm Street, Suite 3800<br>Dallas, TX  75270-2014 | Defendant, Sigma-Aldrich, Inc. | U.S. 1st Class Mail |

175709v1

| Attorney(s) | Counsel For: | Method of Service |
|---|---|---|
| Matthew H. Hand<br>Brown & Fortunato, P.C.<br>905 S. Fillmore, Suite 500<br>Post Office Box 9418<br>Amarillo, TX 79105-9418 | Defendant, Oribi, Inc., Individually and d/b/a Meridian Chemical & Equipment, Inc. and d/b/a Global Fine Chemicals and National Association of Compounding Pharmacists | U.S. 1st Class Mail |
| Jeffrey S. Wolff/Charles Jason Rother<br>Fulbright & Jaworski L.L.P.<br>1301 McKinney, Suite 5100<br>Houston, TX 77010-3095<br><br>Stephanie A. Smith<br>Fulbright & Jaworski L.L.P.<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78701 | Defendant, SmithKline Beecham Corp. | U.S. 1st Class Mail |
| Richard L. Josephson/Douglas Roberson<br>Baker & Botts LLP<br>910 Louisiana<br>Houston, TX 77002 | Defendant, Merck & Company, Inc. | U.S. 1st Class Mail |
| Alan B. Daughtry<br>Vinson & Elkins, L.L.P.<br>1001 Fannin, Suite 2300<br>Houston, Texas 77002<br><br>Lee Davis Thames<br>Butler, Snow, O'Mara, Steves & Cannada, P.L.L.C.<br>Post Office Box 22567<br>Jackson, MS 39225-2567 | Defendant, Baxter International, Inc. | U.S. 1st Class Mail |
| John Gilbert<br>Gilbert & Gilbert<br>222 North Velasco<br>Post Office Box 1819<br>Angleton, TX 77516 | Defendant, Dow Chemical Company | U.S. 1st Class Mail |
| Jose Eduardo Garcia<br>Garcia & Villarreal LLP<br>4401 N. McColl<br>McAllen, TX 78504 | Defendant, GlaxoSmithKline | U.S. 1st Class Mail |

M. SCOTT MICHELMAN

175709v1