UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL TORRES AND DOMINGA TORRES, § <br> Individually and as Next Friends of § <br> DEREK TORRES, ET AL. § <br>    Plaintiffs, § <br> vs. § <br> § <br> AMERICAN HOME PRODUCTS CORPORATION § <br> d/b/a WYETH, et al. § <br>    Defendants. § | C.A. No. 03-CV-222 |

## ORDER

BE IT REMEMBERED that on this day came on to be heard Defendant Eli Lilly and Company's ("Lilly") Unopposed Motion for Substitution of Attorney-in-Charge. The Court is of the opinion that Defendant's Motion is well taken and should be granted. It is, therefore,

ORDERED that GENE M. WILLIAMS of Shook, Hardy & Bacon L.L.P. be substituted as attorney-in-charge for Lilly and that M. SCOTT MICHELMAN, also of Shook, Hardy & Bacon L.L.P., will remain as additional counsel for Lilly.

SIGNED this the _____ day of _____, 2004.

_____
JUDGE PRESIDING

175709v1