UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUEL TORRES AND DOMINGA TORRES, Individually and as Next Friends of DEREK TORRES, ET AL. | § § § § | |
| Plaintiffs, | § | |
| vs. | § § | C.A. No. 03-CV-222 |
| AMERICAN HOME PRODUCTS CORPORATION d/b/a WYETH, et al. | § § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on this day came on to be heard Defendant Eli Lilly and Company's ("Lilly") Unopposed Motion for Substitution of Attorney-in-Charge. The Court is of the opinion that Defendant's Motion is well taken and should be granted. It is, therefore,

ORDERED that GENE M. WILLIAMS of Shook, Hardy & Bacon L.L.P. be substituted as attorney-in-charge for Lilly and that M. SCOTT MICHELMAN, also of Shook, Hardy & Bacon L.L.P., will remain as additional counsel for Lilly.

SIGNED this the ___8th___ day of ___October___, 2004.

_____
JUDGE PRESIDING

175709v1