IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 8 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MANUEL TORRES AND DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL, § § § § § Plaintiffs, § § V. § § AMERICAN HOME PRODUCTS, et al., § § Defendants. § | C.A. No. B-03-222 |

### VACCINE DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' <u>MOTION TO REMAND</u>

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW the Vaccine Defendants[1], and file this request for leave of the Court to file their Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand, and would show the Court as follows:

1.  On March 23, 2004, the Court stayed this case until the Fifth Circuit rendered a final mandate in *Collins v. American Home Products Corp.*, 343 F.3d 765 (5th Cir. 2003). See "Order" (Docket Entry #55). Recent developments in *Collins* and related cases have prompted this request for leave of court to file the attached Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand.

2.  The Vaccine Defendants respectfully request leave of the Court to file the attached Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand so

---

[1] The "Vaccine Defendants" are Aventis Pasteur Inc., Baxter International, Inc., Merck & Co., Inc., SmithKline Beecham Corporation d/b/a GlaxoSmithKline (incorrectly named as GlaxoSmithKline, individually and as successor in interest to SmithKline Beecham Corp.), and Wyeth. In addition, the Dow Chemical Company also joins in and adopts this motion.

30806090.1

1

they may inform the Court of recent developments in the Fifth Circuit, and to explain how new rulings from the Fifth Circuit and district courts within the Fifth Circuit support their opposition to the pending motion to remand.

3. Because these decisions were rendered after the submission of the Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss, Or, Alternatively, to Stay these Proceedings, the attached Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand represents the Vaccine Defendants' only opportunity to advise the Court of this highly relevant authority.

4. The Vaccine Defendants believe the attached Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand will be of assistance to the Court in resolving the pending motion to remand.

5. This request is not submitted for the purpose of delay, but rather so that justice may be served.

6. A proposed order is attached.

Respectfully submitted,

By _____
Jeffrey S. Wolff
State Bar No. 21865900
Southern District I.D. No. 1392
Fulbright & Jaworski L.L.P.
1301 McKinney Street, Suite 5100
Houston, Texas 77010-3095
Telephone: 713.651.5151
Facsimile: 713.651.5246

Attorney-In-Charge for Defendant
SmithKline Beecham Corporation d/b/a
GlaxoSmithKline

OF COUNSEL:

Stephanie A. Smith
  State Bar No. 18684200
  Southern District I.D. No. 20008
Fulbright & Jaworski L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701
Telephone: 512.474.5201
Facsimile: 512.536.4598

Charles Jason Rother
  State Bar No. 24013423
  Southern District I.D. No. 25742
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: 713.651.5151
Facsimile: 713.651.5246

Jose E. Garcia
  State Bar No. 07636780
  Southern District I.D. No. 3934
Garcia & Villarreal, L.L.P.
4311 North. McColl Road
McAllen, Texas 78504
Telephone: 956.630.0081
Facsimile: 956.630.3631

_____
Jeffrey S. Wolff    by perm.

## CERTIFICATE OF CONFERENCE AMONG ALL COUNSEL

The undersigned has conferred with all counsel of record regarding the parties' position on this motion. Derrick Boyd's office informed the undersigned that plaintiffs oppose the relief requested, and the remaining parties did not indicate any opposition.

_____
Jeffrey S. Wolff

by perm.

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure to counsel for Plaintiffs and to all other counsel and parties via first class U.S. mail on this 13th day of October, 2004, as follows:

Steve Tilden Hastings
Hastings Law Firm
101 North Shoreline, Suite 430
Corpus Christi, Texas 78401
*and*
Michael A. Simpson
Derrick S Boyd
Simpson, Boyd & Powers, P.L.L.C.
105 North State Street, Suite B
P.O. Box 957
Decatur, Texas 76234
*and*
Greg McCarthy
Miller & McCarthy
3811 Turtle Creek Blvd., Suite 1950
Dallas, Texas 75219
**Counsel for Plaintiffs**

M. Diane Owens
Bradley S. Wolff
Swift, Currie, McGhee & Hiers, L.L.P.
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309-3238
*and*
Wade Lowrie McClure
Gibson, McClure, Wallace & Daniels, L.L.P.
8080 North Central Expressway
Suite 1300, LB 50
Dallas, Texas 75206-1838
*and*
Miguel Wise
Miguel Wise, P.C.
134 W. 5th Street
Weslaco, TX 78596
*and*

Richard L. Josephson
Paul R. Elliott
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995
**Counsel for Defendant**
**Merck & Co., Inc.**

M. Scott Michelman
Debbie Moeller
Shook, Hardy & Bacon, LLP
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
*and*
Jeffrey A. Kruse
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613
**Counsel for Defendant**
**Eli Lilly and Company**

David Michael Macdonald
McCauley, Macdonald & Devin
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
**Counsel for Defendant**
**Sigma Aldrich**

Matthew Hand
Brown & Fortunato, P.C.
P.O. Box 9418
Amarillo, Texas 79105
**Counsel for Defendant**
**Oribi, Inc. Individually and d/b/a Meridian**
**Chemical & Equipment, Inc. and d/b/a**
**Global Fine Chemicals and d/b/a National**
**Association of Compounding Pharmacists**

30806090.1

5

R. Jo Reser
Davidson & Troilo, P.C.
7550 IH-10 West
San Antonio, Texas 78229
**Counsel for Defendant**
**Aventis Pasteur Inc., f/k/a Connaught**
**Laboratories, Inc., f/d/b/a Pasteur Merieux**
**Connaught**

Alan B. Daughtry
Vinson & Elkins LLP
1001 Fannin, Suite 2300
Houston, Texas 77002
*and*
Lee Davis Thames
Butler, Snow, O'Mara, Stevens & Cannada
P O Box 22567
Jackson, Mississippi 39225-2567
**Counsel for Defendant**
**Baxter International, Inc.**

John R Gilbert
Gilbert & Gilbert
P.O. Box 1819
222 N. Velasco St.
Angleton, Texas 77516
**Counsel for Defendant**
**Dow Chemical Company**

Michael R. Klatt
Susan E. Burnett
Clark, Thomas & Winters
P.O. Box 1148
Austin, Texas 78767
**Counsel for Defendant**
**Wyeth (f/k/a American Home Products)**

_____
Jeffrey S. Wolff

30806090.1

6