IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES AND DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL, | § § § § | |
| Plaintiffs, | § § | |
| V. | § | C.A. No. B-03-222 |
| AMERICAN HOME PRODUCTS, et al., | § § § | |
| Defendants. | § § | |

## ORDER

ON THIS DAY, the Court considered the Vaccine Defendants' Motion For Leave to File Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand, and the Court finds the Motion should be GRANTED.

IT IS ORDERED that the clerk of the Court file the Vaccine Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand.

SIGNED AND ENTERED this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

30806090.1

7