## *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

September 27, 2004

Mr Nathaniel Austin Bosio
Dogan & Wilkinson
734 Delmas Avenue
Pascagoula, MS 39568

Mr Charles S Siegel
Waters & Kraus
Suite 3000
3219 McKinney Avenue
Dallas, TX 75204

Mr Ross F Bass Jr
Phelps Dunbar
Suite 600
111 E Capitol Street
Jackson, MS 39201

Mr Christopher W Bayuk
Bayuk & Associates
Suite 1800
610 W Ash Street
San Diego, CA 92101

Mr Neville Henry Boschert
Watkins, Ludlam, Winter & Stennis
633 N State Street
Jackson, MS 39202

Mr George Q Evans
Wise, Carter, Child & Caraway
Suite 600
401 E Capitol Street
Heritage Building
Jackson, MS 39201

Ms Donna Brown Jacobs
Butler, Snow, O'Mara, Stevens & Cannada
Suite 1700
210 E Capitol Street
AmSouth Building
Jackson, MS 39201

Ms Christy D Jones
Butler, Snow, O'Mara, Stevens & Cannada
Suite 1700
210 E Capitol Street
AmSouth Building
Jackson, MS 39201

Mr Richard L Josephson
Baker Botts
Suite 3732
910 Louisiana Street
1 Shell Plaza
Houston, TX 77002

Mr Stephen P Kruger
Page, Kruger & Holland
Suite 200
10 Canebrake Boulevard
Jackson, MS 39232

Mr David Michael Macdonald
McCauley, MacDonald & Devin
Suite 3800
1201 Elm Street
Dallas, TX 75270

Ms Deborah A Moeller
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108

Mr Chris J Walker
Markow, Walker & Reeves
Suite 100
599 Highland Colony Parkway
Ridgeland, MS 39157

Mr Roy C Williams
Colingo, Williams, Heidelberg, Steinberger & McElhaney
711 Delmas Avenue
Pascagoula, MS 39567

Mr Bradley S Wolff
Swift, Currie, McGhee & Hiers
Suite 300
1355 Peachtree Street NE
Atlanta, GA 30309

No. 02-60773 McDonal v. Abbott Laboratories
USDC No.  3:02-CV-77

Dear Counsel:

The court has requested the parties to file simultaneous supplemental briefs addressing the effect of the decision in Smallwood v. Illinois Central R.R. Co. ___ F.3d ___, 2004 WL 2011408 (5th Cir. Sept. 10, 2004)(en banc), on this case. All supplemental briefs must be filed within fifteen (15) days from this date, or by no later than October 12, 2004. There is no page limit on the supplemental briefs.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Allison Lopez, Deputy Clerk
504-310-7702