IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES AND DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | C.A. No. B-03-222 |
| AMERICAN HOME PRODUCTS, et al., | § § § | |
| Defendants. | § | |

**VACCINE DEFENDANTS' OPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL STATUS REPORT CONCERNING DECISIONS OF THE COURT OF APPEALS BEARING UPON THE MOTION TO REMAND AND STAY OF THIS ACTION**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW the Vaccine Defendants[1], and file this request for leave of the Court to file their Supplemental Status Report Concerning Decisions of the Court of Appeals Bearing Upon the Motion to Remand and Stay of This Action, and would show the Court as follows:

1.   On March 23, 2004, this Court granted the parties' Agreed Motion to Stay Scheduling Order Deadlines until the Fifth Circuit issues the final mandate in *Collins v. American Home Products Corp.*, 343 F.3d 765 (5th Cir. 2003). See "Order" (Docket Entry #55). Recent developments in *Collins* and related cases have prompted this request for leave of court to file the attached Supplemental Status Report Concerning Decisions of the Court of Appeals Bearing Upon the Motion to Remand and Stay of This Action.

---

[1] The "Vaccine Defendants" are Aventis Pasteur Inc., Baxter International, Inc., Merck & Co., Inc., SmithKline Beecham Corporation d/b/a GlaxoSmithKline (incorrectly named as GlaxoSmithKline, individually and as successor in interest to SmithKline Beecham Corp.), and Wyeth. In addition, the Dow Chemical Company also joins in and adopts this motion.

30831948.1

1

2.	The Vaccine Defendants respectfully request leave of the Court to file the attached Supplemental Status Report Concerning Decisions of the Court of Appeals Bearing Upon the Motion to Remand and Stay of This Action in order inform the Court of recent developments in the Fifth Circuit, and to explain how a new ruling from the Fifth Circuit supports their opposition to the pending motion to remand.

3.	Because this decision was rendered after the submission of the Vaccine Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand filed on October 13, 2004, the attached Supplemental Status Report represents the Vaccine Defendants' only opportunity to advise the Court of this highly relevant authority.

4.	The Vaccine Defendants believe the attached Supplemental Status Report Concerning Decisions of the Court of Appeals Bearing Upon the Motion to Remand and Stay of This Action will be of assistance to the Court in resolving the pending motion to remand.

5.	This request is not submitted for the purpose of delay, but rather so that justice may be served.

6.	A proposed order is attached.

Respectfully submitted,

By /s/ Jeffrey S. Wolff
    Jeffrey S. Wolff
    State Bar No. 21865900
    Southern District I.D. No. 1392
Fulbright & Jaworski L.L.P.
1301 McKinney Street, Suite 5100
Houston, Texas  77010-3095
Telephone:  713.651.5151
Facsimile:  713.651.5246

Attorney-In-Charge for Defendant
SmithKline Beecham Corporation d/b/a
GlaxoSmithKline

OF COUNSEL:
Stephanie A. Smith
  State Bar No. 18684200
  Southern District I.D. No. 20008
Fulbright & Jaworski L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas  78701
Telephone:  512.474.5201
Facsimile:  512.536.4598

Charles Jason Rother
  State Bar No. 24013423
  Southern District I.D. No. 25742
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone:  713.651.5151
Facsimile:  713.651.5246

Jose E. Garcia
  State Bar No. 07636780
  Southern District I.D. No. 3934
Garcia & Villarreal, L.L.P.
4311 North. McColl Road
McAllen, Texas  78504
Telephone:  956.630.0081
Facsimile:  956.630.3631

## CERTIFICATE OF CONFERENCE AMONG ALL COUNSEL

The undersigned has conferred with all counsel of record regarding the parties' position on this motion.  Derrick Boyd's office informed the undersigned that plaintiffs oppose the relief requested, and the remaining parties did not indicate any opposition.

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S.Wolff
　　　　　　　　　　　　　　　　　　　　Jeffrey S. Wolff

CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the Federal Rules of Civil Procedure to counsel for Plaintiffs and to all other counsel and parties via first class U.S. mail on this 24th day of November, 2004, as follows:

Steve Tilden Hastings
Hastings Law Firm
101 North Shoreline, Suite 430
Corpus Christi, Texas 78401
and
Michael A. Simpson
Derrick S Boyd
Simpson, Boyd & Powers, P.L.L.C.
105 North State Street, Suite B
P.O. Box 957
Decatur, Texas  76234
and
Greg McCarthy
Miller & McCarthy
3811 Turtle Creek Blvd., Suite 1950
Dallas, Texas 75219

**Counsel for Plaintiffs**

M. Diane Owens
Bradley S. Wolff
Swift, Currie, McGhee & Hiers, L.L.P.
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia  30309-3238
and
Wade Lowrie McClure
Gibson, McClure, Wallace & Daniels, L.L.P.
8080 North Central Expressway
Suite 1300, LB 50
Dallas, Texas 75206-1838
and
Miguel Wise
Miguel Wise, P.C.
134 W. 5th Street
Weslaco, TX 78596

Richard L. Josephson
Paul R. Elliott
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas  77002-4995
**Counsel for Defendant**
**Merck & Co., Inc.**

M. Scott Michelman
Debbie Moeller
Shook, Hardy & Bacon, LLP
600 Travis Street, Suite 1600
Houston, Texas  77002-2911
and
Jeffrey A. Kruse
Shook, Hardy & Bacon
2555 Grand Boulevard
Kansas City, MO 64108-2613
**Counsel for Defendant**
**Eli Lilly and Company**

David Michael Macdonald
McCauley, Macdonald & Devin
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270-2014
**Counsel for Defendant**
**Sigma Aldrich**

Matthew Hand
Brown & Fortunato, P.C.
P.O. Box 9418
Amarillo, Texas 79105
**Counsel for Defendant**
**Oribi, Inc. Individually and d/b/a Meridian Chemical & Equipment, Inc. and d/b/a Global Fine Chemicals and d/b/a National Association of Compounding Pharmacists**

*and*

R. Jo Reser
Davidson & Troilo, P.C.
7550 IH-10 West
San Antonio, Texas 78229
**Counsel for Defendant**
**Aventis Pasteur Inc., f/k/a Connaught Laboratories, Inc., f/d/b/a Pasteur Merieux Connaught**

Alan B. Daughtry
Vinson & Elkins LLP
1001 Fannin, Suite 2300
Houston, Texas 77002
*and*
Lee Davis Thames
Butler, Snow, O'Mara, Stevens & Cannada
P O Box 22567
Jackson, Mississippi 39225-2567
**Counsel for Defendant**
**Baxter International, Inc.**

John R Gilbert
Gilbert & Gilbert
P.O. Box 1819
222 N. Velasco St.
Angleton, Texas 77516
**Counsel for Defendant**
**Dow Chemical Company**

Michael R. Klatt
Susan E. Burnett
Clark, Thomas & Winters
P.O. Box 1148
Austin, Texas 78767
**Counsel for Defendant**
**Wyeth (f/k/a American Home Products)**

　/s Jeffrey S. Wolff
Jeffrey S. Wolff

30831948.1

5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES AND DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL, <br><br> Plaintiffs, <br><br> V. <br><br> AMERICAN HOME PRODUCTS, et al., <br><br> Defendants. | § § § § § § § § § § § § § | C.A. No. B-03-222 |

### ORDER

ON THIS DAY, the Court considered the Vaccine Defendants' Motion For Leave to File Supplemental Status Report Concerning Decisions of the Court of Appeals Bearing Upon the Motion to Remand and Stay of This Action, and the Court finds the Motion should be GRANTED.

IT IS ORDERED that the clerk of the Court file the Vaccine Defendants' Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand.

SIGNED AND ENTERED this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE

30831948.1