United States District Court
Southern District of Texas
FILED

MAR 1 0 2005

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, et al | § § § § | |
| V. | § § | CIVIL ACTION NO. 03-CV-222 |
| AMERICAN HOME PRODUCTS, d/b/a WYETH, ET AL | § § | |

## DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BAXTER INTERNATIONAL, INC., Defendant herein, and moves this Court to substitute as its attorney of record Benjamin F. S. Elmore of the law firm of Vinson & Elkins L.L.P., in lieu of Alan B. Daughtry of the law firm of Vinson & Elkins L.L.P. Mr. Elmore's contact information is set out below. Baxter International, Inc., approves this substitution, and the motion is not opposed by the parties of record. This motion is not sought for purposes of delay.

Respectfully submitted,

VINSON & ELKINS LLP

By: /s/ Ben Elmore
Benjamin F. S. Elmore
State Bar No. 24026821
Southern ID No. 28461
1001 Fannin, Suite 2300
Houston, Texas 77002
(713) 758-4634 (Telephone)
(713) 615-5150 (Facsimile)
belmore@velaw.com (E-mail)

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 7, 2005, I contacted a counsel of record for all parties concerning my substitution of counsel for Baxter, to which I received no opposition.

_____
Benjamin F. S. Elmore

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of March, 2005, a copy of the above and foregoing document was forwarded to all known counsel of record as follows:

*Via Regular Mail:*

**Attorneys for Plaintiffs**
Steve T. Hastings
Hastings Law Firm
101 N. Shoreline Blvd., Suite 430
Corpus Christi, TX 78401
(361) 692-2000 (Telephone)
(361) 692-2001 (Facsimile)

Michael A. Simpson
Derrick S. Boyd
Simpson, Boyd, & Powers, P.L.L.C.
P. O. Box 957
Decatur, TX 76234
(940) 627-8308 (Telephone)
(940) 627-8092 (Facsimile)

Greg McCarthy
Miller & McCarthy
3811 Turtle Creek Blvd., Suite 1950
Dallas, Texas 75219
(469) 916-2552 (Telephone)
(469) 916-2555 (Facsimile)

**Attorneys for Wyeth**
Michael R. Klatt
Clark, Thomas & Winters, A Professional Corporation
P. O. Box 1148
Austin, Texas 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

**Attorneys for Aventis Pasteur Inc.**
M. Diane Owens
Bradley S. Wolff
Swift, Currie, McGhee & Heirs, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA  30309-3238
(404) 874-8800 (Telephone)
(404) 888-6199 (Facsimile)

Miguel Wise
Miguel Wise, P.C.
134 W. 5th Street
Weslaco, TX  78596

R. Jo Reser
Law Offices of Davidson & Troilo
7550 W. IH-10, Suite 800
San Antonio, TX  78229-5815
(210) 349-6484 (Telephone)
(210) 349-0041 (Facsimile)

**Attorneys for SmithKline Beecham Corp. d/b/a GlaxoSmith Kline**
Jeffrey S. Wolff
Charles Jason Rother
Fulbright & Jaworski, L.L.P.
1301 McKinney, Suite 5100
Houston, TX  77010-3095
(713) 651-5151 (Telephone)
(713) 651-5246 (Facsimile)

Stephanie A. Smith
Fulbright & Jaworski
600 Congress Avenue, Suite 2400
Austin, TX  78701
(512) 474-5201 (Telephone)
(512) 536-4598 (Facsimile)

**Attorneys for Merck & Company, Inc.**
Richard L. Josephson
Baker & Botts
One Shell Plaza
910 Louisiana
Houston, TX  77002
(713) 229-1460 (Telephone)
(713) 229-1522 (Facsimile)

**Attorneys for Baxter International, Inc.**
Lee Davis Thames
Butler, Snow, O'Mara, Steves & Cannada, P.L.L.C.
P. O. Box 22567
Jackson, MS 39225-2567
(601) 948-5711 (Telephone)
(601) 985-4500 (Facsimile)

**Attorneys for The Dow Chemical Company**
John Gilbert
Larry Hampton
Gilbert & Gilbert
222 North Velasco
P. O. Box 1819
Angleton, TX 77516
(979) 849-5741 (Telephone)
(979) 849-7729 (Facsimile)

**Attorneys for Eli Lilly and Company**
M. Scott Michelman
Shook, Hardy & Bacon, L.L.P.
JP Morgan Chase Tower
600 Travis, Suite 1600
Houston, TX 77002-2911
(713) 227-8008 (Telephone)
(713) 227-9508 (Facsimile)

Jeffery A. Kruse
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613

**Attorneys for Sigma-Aldrich, Inc.**
David M. Macdonald
McCauley, Macdonald & Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270-2014
(214) 744-3300 (Telephone)
(214) 748-3526 (Facsimile)

4

**Attorneys for Oribi, Inc.**
Mathew W. Hand
Brown & Fortunato PC
P. O. Box 9418
Amarillo, Texas 79105
(806) 345-6300

_____
Benjamin F. S. Elmore

5