IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 1 5 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, et al | § § § § |
| V. | §  CIVIL ACTION NO. 03-CV-222 |
| AMERICAN HOME PRODUCTS, d/b/a WYETH, ET AL | § § § |

### ORDER

BE IT REMEMBERED that on this day came on to be heard Defendant's Unopposed Motion to Substitute Counsel of Record, and the Court being of the opinion that Defendant's motion should be granted, it is hereby,

ORDERED that Benjamin F. S. Elmore of Vinson & Elkins L.L.P. be substituted as counsel of record for Baxter International, Inc., in lieu of Alan B. Daughtry of Vinson & Elkins L.L.P.

SIGNED this 15th day of March, 2005.

_____
JUDGE PRESIDING

1