IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL., | § § § § | CIVIL ACTION NO. 1:03-CV-00222 JURY REQUESTED |
| *Plaintiffs* | § § | |
| v. | § § | |
| AMERICAN HOME PRODUCTS d/b/a WYETH, ET AL., | § § § § | |
| *Defendants* | § § | |

## VACCINE DEFENDANTS' NOTICE OF REACTIVATION

Pursuant to the Court's March 23, 2004 and May 6, 2004 Orders, and in light of the recent denial of certiorari in the *Collins* case, the Vaccine Defendants hereby move to reactivate their Motion to Dismiss. Due to the intervening substantive law changes, the Vaccine Defendants hereby file under separate cover their Renewed Rule 12(b) and 12(c) Motion to Dismiss or, in the Alternative, to Stay These Proceedings.

          Respectfully submitted,

          **CLARK, THOMAS & WINTERS,**
          **A PROFESSIONAL CORPORATION**
          P.O. Box 1148
          Austin, TX 78767
          (512) 472-8800 (Telephone)
          (512) 474-1129 (Facsimile)

          By:   /s/ Michael R. Klatt*
                  Michael R. Klatt
                  Attorney-in-Charge
                  State Bar No. 11554200
                  Southern ID No. 13004

**OF COUNSEL:**

Susan E. Burnett
State Bar No. 20648050
Southern ID No. 18604
**CLARK, THOMAS & WINTERS**
**A PROFESSIONAL CORPORATION**
P.O. Box 1148
Austin, TX. 78767
(512) 472-8800 (Telephone)
(512) 474-1129 (Facsimile)

          *Signed with permission by Susan E. Burnett

          **ATTORNEYS FOR DEFENDANT WYETH**
          **AND ON BEHALF OF THE VACCINE**
          **DEFENDANTS**

## CERTIFICATE OF SERVICE

      This pleading was served electronically on July 8, 2005 in compliance with Rule 5 of the Federal Rules of Civil Procedure as well as the Administrative Procedures for Electronic Filing, United States District Court, Southern District of Texas. Service upon parties whose attorneys are known to be users of the Electronic Filing system for the Southern District of Texas will be automatically accomplished through the Notice of Electronic Filing. Service for those parties whose attorneys are not known to be users of the Electronic Filing system for the Southern District of Texas was accomplished via certified mail, and/or regular U.S. mail on July 8, 2005.

      /s/ Susan E. Burnett