IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL.,** | § § § § | CIVIL ACTION NO. 1:03-CV-00222 |
| | § | **JURY REQUESTED** |
| *Plaintiffs* | § | |
| v. | § § | |
| **AMERICAN HOME PRODUCTS d/b/a WYETH, ET AL.,** | § § § § | |
| *Defendants* | § | |

## ORDER GRANTING VACCINE DEFENDANTS' RENEWED RULE 12(b) AND 12(c) MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THESE PROCEEDINGS

On this day came on to be considered the Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss or, in the Alternative, to Stay These Proceedings, in the above-styled and numbered cause. The Court, after a thorough review of the Motion, is of the opinion that the Motion should be **GRANTED** in its entirety.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Vaccine Defendants' Rule 12(b) and 12(c) Motion to Dismiss or, in the Alternative, to Stay These Proceedings, is **GRANTED** in its entirety.

**SIGNED** on this _____ day of _____, 2005

_____
United States District Judge