IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES AND DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL., | § § § § | |
| vs. | § § § | CIVIL ACTION 1:03-CV-00222 |
| AMERICAN HOME PRODUCTS d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH AYERST LABORATORIES, WYETH LEDERLE WYETH LEDERLE VACCINES, and LEDERLE LABORATORIES | § § § § § § § | (Jury Requested) |

**PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE TIME TO FILE PLAINTIFFS' RESPONSE TO VACCINE DEFENDANTS' RENEWED RULE 12(b) and 12(c) MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY THESE PROCEEDINGS**

Plaintiffs submit this Agreed Motion to Enlarge Time to File Plaintiffs' Response to Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss or, in the alternative, To Stay These Proceedings:

1. Plaintiffs seek to extend the deadline for Plaintiffs' Response to Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss or, in the alternative, To Stay These Proceedings due on July 28, 2005.

2. Plaintiffs are requesting an extension of the deadline prior to the expiration of the twenty (20) day deadline. In addition Plaintiffs have acted in good faith as evidenced by the agreement of the extension by the Vaccine Defendants. *See* Certificate of Conference hereinbelow and Attachment A.

3. Plaintiffs contend that the Vaccine Defendants will not be prejudiced by the extension because Vaccine Defendants are not opposed to this motion.

4. Plaintiffs requests an additional twenty (20) days to file Response to Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss or, in the alternative, To Stay These Proceedings, extending the time until August 17, 2005. The extension of time's potential impact on judicial proceedings is insignificant.

For these reasons, Plaintiffs respectfully pray that the Court grants a twenty (20) day extension of time to file Plaintiffs' Response to Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss or, in the alternative, To Stay These Proceedings.

Respectfully Submitted,

Derrick S. Boyd, Attorney-in-Charge
State Bar No. 00790350
Michael A. Simpson
State Bar No. 18403650

SIMPSON, BOYD & POWERS, P.L.L.C.
P. O. Box 957
Decatur, Texas 76234
(940) 627-8308
Fax (940) 627-8092

Steve Hastings
State Bar No. 09211000

HASTINGS LAW FIRM
101 N. Shoreline Blvd., Suite 430
Corpus Christi, Texas 78401
(361) 692-2000
Fax (361) 692-2001

Greg McCarthy
State Bar No. 13367500

MILLER & McCARTHY
3811 Turtle Creek Blvd, Suite 1950
Dallas, Texas 75219
(469) 916-2552
Fax (469) 916-2555

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that I conferred with attorney Susan E. Burnett, attorney of record for Wyeth and on behalf of the Vaccine Defendants on July 27, 2005. Susan E. Burnett does not oppose this motion for extension of time to file Plaintiff's Response to Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss or, in the alternative, To Stay These Proceedings.

_____
Derrick S. Boyd

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that the foregoing document was served on the following attorneys via Facsimile and/or U.S. Certified Mail-Return Receipt Requested on this the 27th day of July, 2005.

*Attorneys for Sigma-Aldrich, Inc.*
**David M. Macdonald**
**David Colley**
McCauley, Macdonald & Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270


*Attorneys for American Home Products Corporation
d/b/a Wyeth, Wyeth Laboratories, Wyeth Ayerst,
Wyeth-Ayerst Laboratories, Wyeth Lederle,
Wyeth Lederle Vaccines and Lederle Laboratories*
**Michael R. Klatt**
**Susan Burnett**
Clark, Thomas & Winters, P.C.
300 West Sixth Street, 15th Floor
P.O. Box 1148
Austin, Texas 78701


*Attorneys for Aventis Pasteur Inc., Individually and
as Successor-in-Interest to Connaught Laboratories,
Inc., Pasteur Merieux, and Pasteur Merieux Connaught*
**Bradley S. Wolff**
**M. Diane Owens**
Swift, Currie, McGhee & Heiers, L.L.P.
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3238

**Wade L. McClure**
Gibson McClure Wallace & Daniels
8080 N. Central Expressway
Suite 1300, LB 50
Dallas, Texas 75206-1808

R. Jo Reser
Law Offices of Davidson & Troilo
7550 W. IH-10, Suite 800
San Antonio, Texas 78229


*Attorneys for GlaxoSmithKline, Individually and
as Successor-in-Interest to SmithKline Beecham Corp.*
**Stephanie A. Smith**
Fulbright & Jaworski, L.L.P.
600 Congress Avenue, Ste. 2400
Austin, Texas 78701-3271

**Barclay Manley**
**Jason Rother**
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Ste. 5100
Houston, Texas 77010-3095


*Attorneys for Merck & Co., Inc.*
**Richard L. Josephson**
**Doug Roberson**
**Paul Elliott**
Baker Botts, L.L.P.
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002


*Attorneys for Baxter International, Inc.*
**Laura J. O'Rourke**
Vinson & Elkins, L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

**Benjamin F.S. Elmore**
Vinson & Elkins
2300 First City tower
1001 Fannin Street
Houston, TX 77002-6760

*Attorneys for the Dow Chemical Company*
**John R. Gilbert**
Gilbert & Gilbert, P.L.L.C.
222 N. Velasco Street
P.O. Box 1819
Angleton, Texas 77516

*Attorneys for Eli Lilly and Company*
**Jennifer Spencer-Jackson**
**Bryan Haynes**
Locke, Liddell & Sapp, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas Texas 75201

**M. Scott Michelman**
**Gene M. Williams**
Shook, Hardy & Bacon, L.L.P.
JP Morgan Chase Tower
600 Travis Street, Ste. 1600
Houston, Texas 77002-2911


**Deborah A. Moeller**
**Jeffery A. Druse**
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613


*Attorneys for Oribi, Inc., Individually and*
*d/b/a Meridian Chemical & Equipment, Inc.*
*and d/b/a Global Fine Chemicals and National*
*Association of Compounding Pharmacists*
**Mathew H. Hand**
Brown & Fortunato, P.C.
905 South Fillmore, Suite 400
P.O. Box 9418
Amarillo, Texas 79105

_/s/ Derrick S. Boyd_
Derrick S. Boyd, Attorney for Plaintiffs