# ATTACHMENT
## "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES AND DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL., | § § § § | |
| | § | CIVIL ACTION 1:03-CV-00222 |
| vs. | § § | |
| AMERICAN HOME PRODUCTS d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH AYERST LABORATORIES, WYETH LEDERLE WYETH LEDERLE VACCINES, and LEDERLE LABORATORIES | § § § § § § | (Jury Requested) |

## AFFIDAVIT OF DERRICK S. BOYD

BEFORE ME, the undersigned authority, on this day personally appeared Derrick S. Boyd, who being by me duly sworn, deposed as follows:

"My name is Derrick S. Boyd. My business address is P.O. Box 957, Decatur, Texas 76234. I am over eighteen (18) years of age, I have never been convicted of nor have I plead guilty to a felony or a crime involving moral turpitude. I am physically and mentally capable of making this Affidavit. The facts set forth in this Affidavit are based upon my personal knowledge and are true and correct. I am one of the attorneys for the Plaintiffs in the above entitled and number cause.

I have personally spoken with Susan E. Burnett attorney for Defendant Wyeth and on behalf of the Vaccine Defendants and she is unopposed to Plaintiff's Motion to Enlarge Time to File Plaintiffs' Response to Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss or, in the alternative, To Stay These Proceedings. All matters of act and opinions set forth in Plaintiffs' Unopposed Motion to Enlarge Time to File Plaintiffs' Response to Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss or, in the alternative, To Stay These Proceedings are true and correct.

"Further Affiant saith naught."

_____
Derrick S. Boyd

SUBSCRIBED AND SWORN TO BEFORE ME on this 27th day of July, 2005.

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

KAREN E. DAUGHERTY
Notary Public, State of Texas
My Commission Expires 04-08-2006