IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL TORRES AND DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL., <br><br> vs. <br><br> AMERICAN HOME PRODUCTS d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH AYERST LABORATORIES, WYETH LEDERLE WYETH LEDERLE VACCINES, and LEDERLE LABORATORIES | § § § § § § § § § § § § § | CIVIL ACTION 1:03-CV-00222 <br><br> (Jury Requested) |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION TO ENLARGE**

CAME ON THIS THE _____ DAY OF _____, 2005, to be heard the Plaintiffs' Agreed Motion to Enlarge Time to File Plaintiffs' Response to Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss or, in the alternative, To Stay These Proceedings in the above referenced case. The Court has found that Plaintiffs should be granted and extension of twenty (20) days to file Plaintiffs' Response to Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss or, in the alternative, To Stay These Proceedings. Therefore, the court is of the opinion that the Agreed Motion to Enlarge should be GRANTED.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Enlarge Time to File Plaintiffs' Response to Vaccine Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss or, in the alternative, To Stay These Proceedings is GRANTED

SIGNED this the _____ day of _____, 2005.

_____
U.S. DISTRICT COURT JUDGE