IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES AND DOMINGA TORRES, individually and as Next Friend of DEREK TORRES ET AL.,<br><br>  Plaintiffs<br><br>v.<br><br>AMERICAN HOME PRODUCTS CORPORATION, ET AL.<br>  Defendants | § § § § § § § § § § § § § § | C.A. No. B-03-222 |

### ORDER

BE IT REMEMBERED that on August 2, 2005, the Court **granted in part** Plaintiffs' Unopposed Motion to Enlarge Time to File Plaintiffs' Response to Defendants' Renewed Rule 12(b) and 12(c) Motion to Dismiss [Dkt. No. 73].

Plaintiffs have provided no reason for the delay in filing their response. Defendants' Motion to Dismiss is a renewed motion to one that is already on file, but was denied without prejudice when this case was stayed. As a result, the content of Plaintiffs' response should at least in part build on their previous response, which is also on file. The Court is now ready to rule on any pending motions. As a result, the Court **GRANTS** Plaintiffs' until noon on Monday, August 8, 2005, to file their response.

DONE this 2nd day of August, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

1