IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL., <br><br> *Plaintiffs,* <br> v. <br><br> AMERICAN HOME PRODUCTS d/b/a WYETH, ET AL., <br><br> *Defendants.* | § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 1:03-CV-00222 <br> § <br> § <br> § JURY REQUESTED <br> § <br> § <br> § |

## ORDER DENYING PLAINTIFFS' RENEWED MOTION TO REMAND

On this day came on to be considered Plaintiffs' Renewed Motion to Remand in the above-styled and numbered cause. The Court, having entertained the motion, response, and argument of counsel, is of the opinion that Plaintiffs' Renewed Motion to Remand should be **DENIED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Renewed Motion to Remand is **DENIED** in its entirety.

Signed this ____ day of _____, 2005

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE