IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Fried of DEREK TORRES<br><br>ERIKA DUREE, Individually and as Next Friend of ERIN JONATHON DUREE<br><br>vs.<br><br>AMERICAN HOME PRODUCTS d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH AYERST LABORATORIES, WYETH LEDERLE WYETH LEDERLE VACCINES, and LEDERLE LABORATORIES, et al. | § § § § § § § § § § § § § § § § § | CIVIL ACTION 1:03-CV-00222<br><br>(Jury Requested) |

**PLAINTIFFS' UNOPPOSED MOTION TO DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Plaintiffs Manuel Torres and Dominga Torres, Individually and as Next Friend of Derek Torres and Erika Duree, Individually and as Next Friend of Erin Jonathon Duree, in the above entitled and numbered cause, and move this Court to dismiss with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all claims against Dow Chemical Company.

WHEREFORE, Plaintiffs respectfully request that the Court enter its Order dismissing with prejudice all claims against Dow Chemical Company.

Respectfully submitted,

[signature]

Derrick S. Boyd, Attorney-in-Charge
State Bar No. 00790350
Southern District of Texas Bar No. 36820
Michael A. Simpson
State Bar No. 18403650

SIMPSON, BOYD & POWERS, P.L.L.C.
P. O. Box 957
Decatur, Texas 76234
(940) 627-8308
Fax (940) 627-8092

Steve Hastings,
State Bar No. 09211000
Southern District of Texas Bar No. 2232

HASTINGS LAW FIRM
101 N. Shoreline Blvd., Suite 430
Corpus Christi, Texas 78401
(361) 692-2000
Fax (361) 692-2001

Greg McCarthy
State Bar No. 13367500

MILLER & McCARTHY
3811 Turtle Creek Blvd, Suite 1950
Dallas, Texas 75219
(469) 916-2552
Fax (469) 916-2555

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that I conferred with attorney Larry Hampton, attorney of record for Dow Chemical Company. Larry Hampton does not oppose this Motion to Dismiss.

_____
Derrick S. Boyd

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that the foregoing document was served on the following attorneys via Facsimile and/or U.S. Certified Mail-Return Receipt Requested on this the 29th day of August, 2005.

*Attorneys for Sigma-Aldrich, Inc.*
**David M. Macdonald**
**David Colley**
McCauley, Macdonald & Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270


*Attorneys for American Home Products Corporation
d/b/a Wyeth, Wyeth Laboratories, Wyeth Ayerst,
Wyeth-Ayerst Laboratories, Wyeth Lederle,
Wyeth Lederle Vaccines and Lederle Laboratories*
**Michael R. Klatt**
**Susan Burnett**
Clark, Thomas & Winters, P.C.
300 West Sixth Street, 15th Floor
P.O. Box 1148
Austin, Texas 78701

**Plaintiffs' Motion to Dismiss – Page 3**

*Attorneys for Aventis Pasteur Inc., Individually and as Successor-in-Interest to Connaught Laboratories, Inc., Pasteur Merieux, and Pasteur Merieux Connaught*
**Bradley S. Wolff**
**M. Diane Owens**
Swift, Currie, McGhee & Heiers, L.L.P.
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA  30309-3238

**Wade L. McClure**
Gibson McClure Wallace & Daniels
8080 N. Central Expressway
Suite 1300, LB 50
Dallas, Texas 75206-1808

**R. Jo Reser**
Law Offices of Davidson & Troilo
7550 W. IH-10, Suite 800
San Antonio, Texas  78229


*Attorneys for GlaxoSmithKline, Individually and as Successor-in-Interest to SmithKline Beecham Corp.*
**Stephanie A. Smith**
Fulbright & Jaworski, L.L.P.
600 Congress Avenue, Ste. 2400
Austin, Texas 78701-3271

**Barclay Manley**
**Jason Rother**
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Ste. 5100
Houston, Texas  77010-3095


*Attorneys for Merck & Co., Inc.*
**Richard L. Josephson**
**Doug Roberson**
**Paul Elliott**
Baker Botts, L.L.P.
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002


**Plaintiffs' Motion to Dismiss – Page 4**

*Attorneys for Baxter International, Inc.*
**Laura J. O'Rourke**
Vinson & Elkins, L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas  75201

**Benjamin F.S. Elmore**
Vinson & Elkins
2300 First City tower
1001 Fannin Street
Houston, TX 77002-6760


*Attorneys for the Dow Chemical Company*
**John R. Gilbert**
Gilbert & Gilbert, P.L.L.C.
222 N. Velasco Street
P.O. Box 1819
Angleton, Texas  77516


*Attorneys for Eli Lilly and Company*
**Jennifer Spencer-Jackson**
Bryan Haynes
Locke, Liddell & Sapp, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas Texas  75201

**M. Scott Michelman**
**Gene M. Williams**
Shook, Hardy & Bacon, L.L.P.
JP Morgan Chase Tower
600 Travis Street, Ste. 1600
Houston, Texas  77002-2911
*Attorneys for Eli Lilly and Company*

**Deborah A. Moeller**
**Jeffery A. Druse**
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108-2613

*Attorneys for Oribi, Inc., Individually and*
 *d/b/a Meridian Chemical & Equipment, Inc.*
*and d/b/a Global Fine Chemicals and National*
*Association of Compounding Pharmacists*
**Mathew H. Hand**
Brown & Fortunato, P.C.
905 South Fillmore, Suite 400
P.O. Box 9418
Amarillo, Texas  79105

**Plaintiffs' Motion to Dismiss – Page 6**