IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Fried of DEREK TORRES<br><br>ERIKA DUREE, Individually and as Next Friend of ERIN JONATHON DUREE<br><br>vs.<br><br>AMERICAN HOME PRODUCTS d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH AYERST LABORATORIES, WYETH LEDERLE WYETH LEDERLE VACCINES, and LEDERLE LABORATORIES, et al. | § § § § § § § § § § § § § § § § | CIVIL ACTION 1:03-CV-00222<br><br>(Jury Requested) |

**ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION TO DISMISS**

CAME ON THIS THE _____ DAY OF _____, 2005, to be heard the Plaintiffs' Unopposed Motion to Dismiss in the above referenced case. The Court has found that all claims against Dow Chemical Company should be dismissed with prejudice. Therefore, the court is of the opinion that the Motion to Dismiss with prejudice should be GRANTED.

THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Dismiss with prejudice is GRANTED.

SIGNED this the _____ day of _____, 2005.

_____
U.S. DISTRICT COURT JUDGE

Order Granting Plaintiffs' Motion to Dismiss – 1