IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL TORRES and DOMINGA TORRES, § Individually and as Next Fried of DEREK § TORRES § § ERIKA DUREE, Individually and as Next § Friend of ERIN JONATHON DUREE § § § vs. § § AMERICAN HOME PRODUCTS d/b/a § WYETH, WYETH LABORATORIES, § WYETH-AYERST, WYETH AYERST § LABORATORIES, WYETH LEDERLE § WYETH LEDERLE VACCINES, and § LEDERLE LABORATORIES, et al. § | CIVIL ACTION 1:03-CV-00222 (Jury Requested) |

PLAINTIFFS' NOTICE OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Please take notice that Plaintiffs Manuel Torres and Dominga Torres, Individually and as Next Friend of Derek Torres and Erika Duree, Individually and as Next Friend of Erin Jonathon Duree, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, discontinues the above-entitled action and dismisses without prejudice all claims against all remaining Defendants excluding Dow Chemical Company. Plaintiffs are concurrently herewith filing a separate notice of dismissal with prejudice as to all claims asserted against Defendant Dow Chemical Company. Plaintiffs' filed their original petition on August 29, 2003 in the 404th Judicial District Court, Cameron County, Texas. Before any defendants were served with process in state court, Defendants removed this case to this court. The remaining Defendants excluding Dow Chemical Company have not filed an answer or motion for summary judgment.

Plaintiffs' Notice of Dismissal – Page 1

Therefore, Plaintiffs file this notice of dismissal with the intention of dismissing the case under Rule 41(a)(1)(i) without prejudice to refiling.

        Respectfully submitted,

Derrick S. Boyd, Attorney-in-Charge
State Bar No. 00790350
Southern District of Texas Bar No. 36820
Michael A. Simpson
State Bar No. 18403650

SIMPSON, BOYD & POWERS, P.L.L.C.
P. O. Box 957
Decatur, Texas 76234
(940) 627-8308
Fax (940) 627-8092

Steve Hastings,
State Bar No. 09211000
Southern District of Texas Bar No. 2232

HASTINGS LAW FIRM
101 N. Shoreline Blvd., Suite 430
Corpus Christi, Texas 78401
(361) 692-2000
Fax (361) 692-2001

Greg McCarthy
State Bar No. 13367500

MILLER & McCARTHY
3811 Turtle Creek Blvd, Suite 1950
Dallas, Texas 75219
(469) 916-2552
Fax (469) 916-2555

**ATTORNEYS FOR PLAINTIFF**

**Plaintiffs' Notice of Dismissal – Page 2**

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that the foregoing document was served on the following attorneys via Facsimile and/or U.S. Certified Mail-Return Receipt Requested on this the 29th day of August, 2005.

*Attorneys for Sigma-Aldrich, Inc.*
**David M. Macdonald**
**David Colley**
McCauley, Macdonald & Devin, P.C.
3800 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270


*Attorneys for American Home Products Corporation*
*d/b/a Wyeth, Wyeth Laboratories, Wyeth Ayerst,*
*Wyeth-Ayerst Laboratories, Wyeth Lederle,*
*Wyeth Lederle Vaccines and Lederle Laboratories*
**Michael R. Klatt**
**Susan Burnett**
Clark, Thomas & Winters, P.C.
300 West Sixth Street, 15th Floor
P.O. Box 1148
Austin, Texas 78701


*Attorneys for Aventis Pasteur Inc., Individually and*
*as Successor-in-Interest to Connaught Laboratories,*
*Inc., Pasteur Merieux, and Pasteur Merieux Connaught*
**Bradley S. Wolff**
**M. Diane Owens**
Swift, Currie, McGhee & Heiers, L.L.P.
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, GA 30309-3238

**Wade L. McClure**
Gibson McClure Wallace & Daniels
8080 N. Central Expressway
Suite 1300, LB 50
Dallas, Texas 75206-1808

R. Jo Reser
Law Offices of Davidson & Troilo
7550 W. IH-10, Suite 800
San Antonio, Texas 78229


*Attorneys for GlaxoSmithKline, Individually and
as Successor-in-Interest to SmithKline Beecham Corp.*
**Stephanie A. Smith**
Fulbright & Jaworski, L.L.P.
600 Congress Avenue, Ste. 2400
Austin, Texas 78701-3271

**Barclay Manley**
**Jason Rother**
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Ste. 5100
Houston, Texas 77010-3095


*Attorneys for Merck & Co., Inc.*
**Richard L. Josephson**
**Doug Roberson**
**Paul Elliott**
Baker Botts, L.L.P.
3000 One Shell Plaza
910 Louisiana
Houston, Texas 77002


*Attorneys for Baxter International, Inc.*
**Laura J. O'Rourke**
Vinson & Elkins, L.L.P.
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201

**Benjamin F.S. Elmore**
Vinson & Elkins
2300 First City tower
1001 Fannin Street
Houston, TX 77002-6760


**Plaintiffs' Notice of Dismissal – Page 4**

*Attorneys for the Dow Chemical Company*
**John R. Gilbert**
Gilbert & Gilbert, P.L.L.C.
222 N. Velasco Street
P.O. Box 1819
Angleton, Texas 77516


*Attorneys for Eli Lilly and Company*
**Jennifer Spencer-Jackson**
Bryan Haynes
Locke, Liddell & Sapp, L.L.P.
2200 Ross Avenue, Suite 2200
Dallas Texas 75201

**M. Scott Michelman**
**Gene M. Williams**
Shook, Hardy & Bacon, L.L.P.
JP Morgan Chase Tower
600 Travis Street, Ste. 1600
Houston, Texas 77002-2911
*Attorneys for Eli Lilly and Company*

**Deborah A. Moeller**
**Jeffery A. Druse**
Shook, Hardy & Bacon, L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613


*Attorneys for Oribi, Inc., Individually and*
*d/b/a Meridian Chemical & Equipment, Inc.*
*and d/b/a Global Fine Chemicals and National*
*Association of Compounding Pharmacists*
**Mathew H. Hand**
Brown & Fortunato, P.C.
905 South Fillmore, Suite 400
P.O. Box 9418
Amarillo, Texas 79105


_____

**Plaintiffs' Notice of Dismissal – Page 5**