IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUEL TORRES and DOMINGA TORRES, Individually and as Next Fried of DEREK TORRES<br><br>ERIKA DUREE, Individually and as Next Friend of ERIN JONATHON DUREE<br><br>vs.<br><br>AMERICAN HOME PRODUCTS d/b/a WYETH, WYETH LABORATORIES, WYETH-AYERST, WYETH AYERST LABORATORIES, WYETH LEDERLE WYETH LEDERLE VACCINES, and LEDERLE LABORATORIES, et al. | CIVIL ACTION 1:03-CV-00222<br><br>(Jury Requested) |

ORDER

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs filed the Notice of Dismissal to dismiss without prejudice all claims against all remaining Defendants excluding Dow Chemical Company. This dismissal without prejudice was effective at the filing of the Notice of Dismissal.

SIGNED this the _____ day of _____, 2005.

_____
U.S. DISTRICT COURT JUDGE

Order– 1