IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MANUAL TORRES AND DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL.<br>Plaintiffs,<br><br>v.<br><br>AMERICAN HOME PRODUCTS d/b/a WYETH, ET AL.,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ C.A. No. B-03-222<br>§<br>§<br>§<br>§ |

## ORDER

BE IT REMEMBERED that on September 14, 2005, the Court **GRANTED** Plaintiffs' Unopposed Motion to Dismiss. [Dkt. No. 82] A court may order dismissal of an action at the plaintiff's request upon such terms and conditions as the court deems proper. Fed. R. Civ. P. 41(a)(2). The Court **DISMISSES WITH PREJUDICE** all of Plaintiffs' claims against Dow Chemical Company.

Additionally, the Court takes notice of Plaintiffs' Notice of Dismissal. [Dkt. No. 83] An action may be dismissed by the plaintiff without order of the court at any time before service by the adverse party of an answer or of a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(i). Unless otherwise stated, the dismissal is without prejudice. *Id.* Plaintiffs dismiss without prejudice all claims against all remaining Defendants excluding Dow Chemical Company.

The Court **GRANTS** Plaintiffs' Unopposed Motion to Dismiss and takes notice of Plaintiffs' Notice of Dismissal.

DONE this 14th day of September 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge