IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 6 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| MANUAL TORRES AND DOMINGA TORRES, Individually and as Next Friend of DEREK TORRES, ET AL. Plaintiffs, | § § § § § | |
| v. | § | C.A. No. B-03-222 |
| AMERICAN HOME PRODUCTS d/b/a WYETH, ET AL., Defendants. | § § § § | |

## OPINION AND ORDER

BE IT REMEMBERED that on September 16, 2005, having received Plaintiffs' Unopposed Motion to Dismiss Dow Chemical Company [Dkt. No. 82] and Plaintiffs' Notice of Dismissal of all claims against all remaining Defendants [Dkt. No. 83], the Court **DENIED AS MOOT** the following pending motions: Sigma Aldrich's Motion to Dismiss [Dkt. No. 3]; Defendants' Motion to Dismiss [Dkt. No. 6]; Defendant Dow Chemical Company's Motion Dismiss [Dkt. Nos. 8-1 & 9-1]; Defendant Dow Chemical Company's Motion for Summary Judgment [Dkt. No. 9-2]; Defendant Eli Lilly's Motion to Dismiss [Dkt. No. 11-1]; Plaintiffs' Motion to Remand [Dkt. No. 16]; Defendant Sigma Aldrich's Motion to Dismiss Plaintiffs' First Amended Complaint [Dkt. No. 24]; Defendant Eli Lilly's Motion to Strike Plaintiffs' First Amended Complaint [Dkt. No. 28]; Defendants' Motion for Leave to File Notice of Supplemental Authority [Dkt. No. 50]; Vaccine Defendants' Renewed Motion to Dismiss [Dkt. No. 51]; Defendant Glaxosmithkline's Motion for Leave to File Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion to Remand [Dkt. No. 65]; Defendant Glaxosmithkline's Motion for Leave to File Supplemental Status Report [Dkt. No. 67]; and all renewed motions that reiterate arguments already presented to the Court [Dkt. Nos. 72, 75, 76, 77 & 79].

DONE this 16 day of September, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge